Name: M. Gregory Weisz
Address: 1720 Carey Avenue, Suite 600
Address2/Firm: P.O. Box 765
City/State/Zip: Cheyenne, WY 82001
Phone: 307-638-0386
Email Address: gweisz@penceandmac.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 MAY 19 AM 10: 02
MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

ERIK PRINCE

Plaintiff(s),

vs

THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, an individual, and ALEX EMMONS, an individual,

Defendant(s).

Case Number: 20-CV-84-J

## NOTICE OF COMPLEXITY OF CIVIL CASE

Pursuant to U.S.D.C.L.R. 16.4, the Plaintiff hereby notifies the Court and the opposing party(s) that the above named civil case is:

☑ Non-Complex ☐ Complex

Dated this 19 day of May, 2020.

M. Gregory Weisz
1720 Carey Avenue, Suite 600
P.O. Box 765
Cheyenne, WY 82001
307-638-0386
gweisz@penceandmac.com
*Attorney for Plaintiff*