FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 MAY 19 AM 10:02

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

ERIK PRINCE,

V.

THE INTERCEPT, a New York company,
FIRST LOOK MEDIA WORKS, INC., a
Delaware corporation, et al.,

Case Number: 20-CV-84-J

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons**

in the above-entitled cause for:

THE INTERCEPT
114 5TH AVENUE
NEW YORK, NY 10011

Attorney for Plaintiff

05/19/2020
Date



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 MAY 19 AM 10: 03

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

ERIK PRINCE,

V.

THE INTERCEPT, a New York company,
FIRST LOOK MEDIA WORKS, INC., a
Delaware corporation, et al.,

Case Number:

20-CV-84-J

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a <u>Summons</u>

in the above-entitled cause for:

FIRST LOOK MEDIA WORKS, INC.
114 5TH AVENUE
NEW YORK, NY 10011

Attorney for Plaintiff

05/19/2020
Date

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 MAY 19 AM 10:03

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

ERIK PRINCE,

V.

THE INTERCEPT, a New York company,
FIRST LOOK MEDIA WORKS, INC., a
Delaware corporation, et al.,

Case Number: 20-CV-84-J

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a **Summons**

in the above-entitled cause for:

MATTHEW COLE
114 5TH AVENUE
NEW YORK, NY 10011

Attorney for Plaintiff

05/19/2020
Date



# UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

ERIK PRINCE,

V.

THE INTERCEPT, a New York company,
FIRST LOOK MEDIA WORKS, INC., a
Delaware corporation, et al.,

Case Number: 20-CV-84-J

## PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a Summons

in the above-entitled cause for:

ALEX EMMONS
114 5TH AVENUE
NEW YORK, NY 10011

Attorney for Plaintiff

05/19/2020
Date