M. Gregory Weisz, Wyo. Bar No. 6-2934
PENCE AND MACMILLAN LLC
1720 Carey Ave., Ste. 600
Cheyenne, Wyoming 82001
Tel.: (307) 638-0386
gweisz@penceandmac.com
Plaintiff's Attorney

Matthew L. Schwartz (*pro hac vice forthcoming*)
Sara K. Winik (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
mlschwartz@bsfllp.com
swinik@bsfllp.com
Plaintiff's Attorneys

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 MAY 19 AM 10: 06

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ERIK PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 20-CV-84-J |
| ) | |
| THE INTERCEPT, a New York company, ) | |
| FIRST LOOK MEDIA WORKS, INC., a ) | |
| Delaware corporation, MATTHEW COLE, ) | |
| an individual, and ALEX EMMONS, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION OF SARA K. WINIK *PRO HAC VICE*

COMES NOW M. Gregory Weisz, of the law firm of Pence and MacMillan LLC, a practicing attorney and a member in good standing of the State Bar of Wyoming, and an attorney admitted to practice in this Court, and pursuant to U.S.D.C.L.R. 84.2(b) hereby

1

moves for admission of Sara K. Winik, *pro hac vice*, to this Court in the above-referenced matter, to appear as co-counsel for Erik Prince, along with the undersigned movant.

1. My contact information is:
   M. Gregory Weisz
   Wyoming State Bar #6-2934
   Pence and MacMillan LLC
   P.O. Box 765
   Cheyenne, Wyoming 82003
   Telephone: 307-638-0386
   Fax: 307-634-0336
   gweisz@penceandmac.com

2. I am a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

3. To the best of my knowledge and belief, Sara K. Winik is of good moral character and veracity.

4. I am fully prepared to represent Erik Prince, the client in this matter, at any time and in any capacity.

5. Attached hereto as is an affidavit in support of this motion, completed by Sara K. Winik.

DATED this 19th day of May, 2020.

M. Gregory Weisz (WSB # 6-2934)
Pence and MacMillan LLC
1720 Carey Ave., Suite 600
P.O. Box 765
Cheyenne, WY 82003-0765
307-638-0386 phone
307-634-0336 fax
**Attorney for Plaintiff**

M. Gregory Weisz, Wyo. Bar No. 6-2934
PENCE AND MACMILLAN LLC
1720 Carey Ave., Ste. 600
Cheyenne, Wyoming 82001
Tel.: (307) 638-0386
gweisz@penceandmac.com
Plaintiff's Attorney

Matthew L. Schwartz (*pro hac vice forthcoming*)
Sara K. Winik (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
mlschwartz@bsfllp.com
swinik@bsfllp.com
Plaintiff's Attorneys

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 MAY 19  AM 10: 06
MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ERIK PRINCE,                             )  | |
|                                          )  | |
|             Plaintiff,                   )  | |
|                                          )  | |
| v.                                       )  | CIVIL ACTION NO. 20-CV-84-J |
|                                          )  | |
| THE INTERCEPT, a New York company,       )  | |
| FIRST LOOK MEDIA WORKS, INC., a          )  | |
| Delaware corporation, MATTHEW COLE,      )  | |
| an individual, and ALEX EMMONS, an       )  | |
| individual,                              )  | |
|                                          )  | |
|             Defendants.                  )  | |

### AFFIDAVIT OF SARA K. WINIK IN RELATION TO APPLICATION FOR ADMISSION *PRO HAC VICE*

1

STATE OF NEW YORK      )
                       )ss.
COUNTY OF NEW YORK  )

BEFORE ME, the undersigned notary public, on this day personally appeared before me Sara K. Winik, being by me duly sworn, deposed as follows:

1. My name is Sara K. Winik. I am over eighteen years of age and am competent to make this Affidavit. I am personally acquainted with the facts herein stated, and affirm that the following facts are true, to the best of my knowledge, information and belief:

2. My full name is: Sara Klinger Winik

3. I practice under the following firm name:

   BOIES SCHILLER FLEXNER LLP
   55 Hudson Yards
   New York, New York 10001
   Tel: (212) 446-2300

4. I have been admitted to practice in the following courts: Supreme Court of the State of New York, United States District Court for Southern District of New York, United States District Court for the Eastern District of New York, and the Massachusetts Supreme Judicial Court.

5. No disciplinary or grievance proceedings are pending against me in any jurisdiction and I have had no past public sanctions. Further, no disciplinary or grievance proceedings have been previously filed against me.

6. I affirm I will comply with and be bound by the Local Rues of the United States District Court for the District of Wyoming.

7. Pursuant to Local Rule 84.2, M. Gregory Weisz of Pence and MacMillan LLC has been retained as local counsel to assist in the representation in this case, and I acknowledge that he is required to be fully prepared to represent the plaintiff in this matter at any time and in any capacity to the extent required by the Court.

8. I acknowledge I am subject to and hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings of this case.

9. I am in good standing in all bars of which I am a member. *See* Exhibit A attached hereto.

10. Further Affiant sayeth naught.

*[signature]*
Sara K. Winik

Subscribed and sworn to before me by Marilyn Kunstler this the 12th day of May, 2020.

Witness my hand and official seal.

*[signature]*
Notary Public

My Commission Expires: Sept. 16, 2022

SEAL

MARILYN KUNSTLER
Notary Public, State of New York
No. 02KU5065863
Qualified in New York County
Commission Expires Sept. 16, 20 22

# Exhibit A

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Sara Klinger Winik

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 12, 2015,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**December 18, 2019**

_____
Clerk of the Court

869