IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ERIK PRINCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE INTERCEPT, a New York company, )<br>FIRST LOOK MEDIA WORKS, INC., a )<br>Delaware corporation, MATTHEW COLE, )<br>an individual, and ALEX EMMONS, an )<br>individual, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 20-CV-84-J |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF SARA K. WINIK AS COUNSEL FOR ERIK PRINCE**

**THIS MATTER** having come before the Court upon the motion of counsel for Erik Prince and pursuant to U.S.D.C.L.R. 84.2(b) for the purpose of admitting Sara K. Winik as *Pro Hac Vice* counsel in the District of Wyoming. The Court reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Sara K. Winik is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the clients in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleadings, or other paper shall be served on all counsel of record, including local co-counsel.

1

2

DONE this _____ day of _____, 2020.

BY THE COURT:

_____
United States District Court Judge