Theodore J. Hartl, #7-5623
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 232-2400
hartlt@ballardspahr.com

Jay Ward Brown
(Motion for Admission *Pro Hac Vice* Forthcoming)
Mara J. Gassmann
(Motion for Admission *Pro Hac Vice* Forthcoming)
BALLARD SPAHR LLP
1909 K Street, NW
Washington, D.C. 20006
brownjay@ballardspahr.com
gassmannm@ballardspahr.com

*Counsel for Defendants First Look Media Works, Inc.,*
*Matthew Cole, and Alex Emmons*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ERIK PRINCE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-cv-00084-ABJ |
| THE INTERCEPT, et al. | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE OF THEODORE J. HARTL
## ON BEHALF OF DEFENDANTS FIRST LOOK MEDIA WORKS, INC.,
## MATTHEW COLE, AND ALEX EMMONS

To:   The clerk of court and all parties of record

Pursuant to Local Rule 84.3(a), the undersigned hereby certifies that he is a member in good standing of the bar of this court, and he hereby appears in this case as counsel for Defendants First Look Media Works, Inc., Matthew Cole, and Alex Emmons.

| | |
|---|---|
| Dated June 5, 2020. | **BALLARD SPAHR LLP** |

By: /s/ Theodore J. Hartl
Theodore J. Hartl, #7-5623
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel: (303) 232-2400
hartlt@ballardspahr.com

Jay Ward Brown
(Motion for Admission *Pro Hac Vice* Forthcoming)
Mara J. Gassmann
(Motion for Admission *Pro Hac Vice* Forthcoming)
1909 K Street, NW
Washington, D.C. 20006
brownjay@ballardspahr.com
gassmannm@ballardspahr.com

*Attorneys for Defendants First Look Media Works, Inc., Matthew Cole, and Alex Emmons*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2020, true and correct copies of the foregoing were served electronically via the Court's CM/ECF notice system, and/or via U.S. Mail, first class postage prepaid, addressed to:

M Gregory Weisz
Pence & Macmillan LLC
1720 Carey Avenue, Suite 600
PO Box 765
Cheyenne, WY 82003

Matthew L Schwartz
Sara K Winik
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001

/s/ *Brandon Blessing*