# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

ERIK PRINCE,

        Plaintiff,

v.

THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, an individual, and ALEX EMMONS, an individual,

        Defendants.

No. 20-CV-84-J

## DECLARATION OF SARA K. WINIK

I, Sara K. Winik, declare as follows:

1. I am a member of the law firm Boies Schiller Flexner LLP, counsel for Erik Prince in the above-captioned matter. I submit this declaration in compliance with Local Rule 84.3 to notify the Court that I am withdrawing as counsel because I am leaving Boies Schiller Flexner LLP on June 19, 2020.

2. Boies Schiller Flexner LLP will continue to represent Mr. Prince in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:    June 18, 2020
                  New York, New York

                                            /s/ Sara K. Winik
                                            Sara K. Winik