**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

ERIK PRINCE,

                      *Plaintiff*,

    v.

THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, an individual, and ALEX EMMONS, an individual,

                      *Defendants*.

No. 20-cv-84-ABJ-KHR

## DECLARATION OF ERIK PRINCE

Pursuant to 28 U.S.C. § 1746, I, Erik Prince, declare as follows:

1. Among other positions, I am the founder and Chairman of the private equity firm Frontier Resources Group, as well as an executive Director and Vice Chairman of Frontier Services Group, a leading provider of integrated security, logistics, insurance, and infrastructure services for clients operating in frontier markets.

2. I am a citizen and resident of Park County, Wyoming. I have owned a house located on a ranch there since 1992.

3. I currently pay taxes in Wyoming, and I have been registered to vote in Wyoming since 2017.

4. I maintain an office on the Wyoming ranch, and while I travel extensively, Wyoming is the single place from which I conduct the most business. I also own several operating business entities registered under the address of my Wyoming residence, including

Jones Creek and CMNS Systems, among others.  Further, I regularly host customers, investors, employees, and other business associates at my Wyoming ranch.

5. Although Wyoming is my primary residence, I am signing this declaration from a hotel in Texas because I am currently on professional travel.

6. The Intercept, and its reporters, know that I live and work in Wyoming.  For example, one of Matthew Cole's previous articles[1] referenced my Wyoming home, included at least two purported photographs of the property, and discussed alleged business activities occurring there.  Moreover, I have fielded phone calls and e-mails from The Intercept's reporters while at my Wyoming residence.

7. Contrary to the Article, I have never "sought . . . to provide military services to a sanctioned Russian mercenary firm" known as Wagner PMC or the Wagner Group.

8. Contrary to the Article, I did not "me[e]t earlier this year with a top official of Russia's Wagner Group," let alone "offer[ my] mercenary forces to support the firm's operations in Libya and Mozambique."

9. Contrary to the Article, I did not "sen[d] a proposal to the Russian firm [*i.e.*, Wagner] offering to supply a ground force as well as aviation-based surveillance."

10. I have never written or spoken publicly about my desire to sell military contractor services to Russia, nor have I written or spoken publicly about the United States' sanctions on Russian mercenaries including, but not limited to, Wagner.

11. To my knowledge, prior to the publication of the Article, I had never before been accused of offering to sell military services to Russian mercenaries, the Russian government, any other sanctioned Russian person or entity, or America's enemies.

---

[1] https://theintercept.com/2019/05/03/erik-prince-trump-uae-project-veritas/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2020
       Dallas, Texas

_____
Erik Prince