# EXHIBIT O

## to the Second Declaration

## of Matthew Cole

**The Intercept_**

# THE COMPLETE MERCENARY

How Erik Prince Used the Rise of Trump to Make an Improbable Comeback

Photo illustration: Soohee Cho/The Intercept, Getty Images



Matthew Cole
May 3 2019, 5:00 a.m.

When Erik Prince arrived at the Four Seasons resort in the Seychelles in January 2017 for his now-famous meetings with a Russian banker and UAE ruler Mohammed bin Zayed, he was in the middle of an unexpected comeback. The election of Donald Trump had given the disgraced Blackwater founder a new opportunity to prove himself. After years of trying and failing to peddle a sweeping vision of mercenary warfare around the world, Erik Prince was back in the game.

Bin Zayed had convened a group of close family members and advisers

at the luxurious Indian Ocean resort for a grand strategy session in anticipation of the new American administration. On the agenda were discussions of new approaches for dealing with the civil wars in Yemen, Syria, and Libya, the threat of the Islamic State, and the United Arab Emirates' longstanding rivalry with Iran. Under bin Zayed's leadership, the UAE had used its oil wealth to become one of the world's largest arms purchasers and the third largest importer of U.S. weapons. A new American president meant new opportunities for the tiny Gulf nation to exert its outsized military and economic influence in the Gulf region and beyond.

Prince was no stranger to the Emiratis. He had known bin Zayed, the crown prince of Abu Dhabi and de facto ruler of the UAE, since 2009, when he sold the sheikh on creating an elite counterterrorism unit. That deal ended badly for Prince, but Trump's election had recalibrated his usefulness. As a prominent Trump supporter and close associate of Steve Bannon, not to mention the brother of incoming cabinet member Betsy DeVos, Prince was invited to the meeting as an unofficial adviser to the incoming administration.

When Prince joined the Emirati royals and other government officials on a deck overlooking the Indian Ocean, bin Zayed made it clear to everyone there that "Erik was his guy," said a source close to the Emirati rulers, who was briefed by some of those in attendance. Prince, in bin Zayed's view, had built and

# Prince's meeting with a Putin intimate shortly before Trump's inauguration has drawn intense interest from

established an elite ground force that bin Zayed had deployed to wars in Syria and Yemen, the first foreign conflicts in his young country's history. It was because of Prince, bin Zayed said, that the Emiratis had no

# Congress, the Mueller investigation, and the press.

terrorists in their country. Prince had solved their problem with Somali pirates. "He let his court know that they owed Erik a favor," the source said.

Part of that favor apparently involved facilitating an introduction to Kirill Dmitriev, CEO of an $8 billion Russian sovereign wealth fund and a close associate of President Vladimir Putin. Prince repeatedly and under oath in testimony to Congress denied that his meeting with Dmitriev had anything to do with the Trump administration, describing it as no more than a chance encounter over a beer.

"We were talking about the endless war and carnage in Iraq and Syria," Prince told the House Intelligence Committee. "If Franklin Roosevelt can work with Joseph Stalin after the Ukraine terror famine, after killing tens of millions of his own citizens, we can certainly at least cooperate with the Russians in a productive way to defeat the Islamic State."





Russian Direct Investment Fund CEO Kirill Dmitriev, center, attends the Russian-Saudi Investment Forum at the Ritz-Carlton Moscow Hotel on Oct. 5, 2017. Photo: Sergei Bobylev/TASS via Getty Images

Although the UAE has been a very good customer of U.S. arms dealers, bin Zayed had grown frustrated with the Obama administration's refusal to work with Russia to end the war in Syria. Russia was actively courting the UAE, and from bin Zayed's perspective Russia was a key player that couldn't be ignored, according to a current and a former U.S. intelligence official. Trump's public infatuation with Putin and his apparent eagerness to improve relations with Russia gave the UAE a chance to play dealmaker and diminish Iran's position in the Middle East, starting with the war in Syria.

Prince's 30-minute meeting with a Putin intimate shortly before Trump's inauguration has drawn intense interest from Congress, the Mueller investigation, and the press. The Mueller report established that the meeting was a pre-arranged attempt to establish a backchannel between Russia and the incoming Trump administration and has led House Intelligence Committee chair Adam Schiff to make a criminal referral to the Justice Department for perjury. Yet the focus on Russian interference with the 2016 presidential election has deflected scrutiny from what the meeting reveals about Prince's unique role in the world of covert services.

Blackwater made Prince an infamous symbol of U.S. foreign policy hubris, but America's most famous mercenary has moved on. Although he continues to dream of deploying his military services in the world's failed states, and persists in hawking a crackpot scheme of privatizing the U.S. war in Afghanistan, Prince has diversified his portfolio. No longer satisfied with contracting out former special forces operators to the State Department and Pentagon, Prince is now attempting to offer an entire supply chain of warfare and conflict. He wants to be able to skim a profitable cut from each stage of a hostile operation, whether it be overt or covert, foreign or domestic. His offerings range from the traditional mercenary toolkit, military hardware and manpower, to cellphone surveillance technology and malware, to psychological operations and social media manipulation in partnership with shadowy operations like James O'Keefe's Project Veritas.

This account is based on interviews with more than a dozen of Prince's former colleagues and peers, as well as court records, emails, and internal documents provided to The Intercept. An examination of Prince's time working with the UAE in particular reveals suspicious financial transactions at a moment when his personal finances were under stress and his mercenary ventures were failing. The picture that emerges is one of a man desperately trying to avoid U.S. tax and weapons trafficking laws even as he offers military services, without a license, in no fewer than 15 countries around the world.

Prince's former and current associates describe him as a visionary, a brilliant salesman with remarkable insight into the future of warfare, who is nonetheless so shady and incompetent that he fails at almost every enterprise he attempts. And yet he endures. Prince is thus, in many ways, an emblematic figure for the Trump era.

# Suitcases Full of Cash

Prince's partnership with bin Zayed got underway, fittingly, with a slapstick moment in early 2010, when two of Prince's men, a veteran of the Canadian special forces and a Lebanese fixer, were ordered by Emirati security officials to meet at an Abu Dhabi intersection. There, a few government employees helped Prince's men load the trunk of a Chevy Impala with more than half a dozen carry-on suitcases, most worn and with busted wheels. The two drove back to their hotel, Le Méridian, where they unloaded the bags, returned to their room, and summoned their immediate supervisor, a former Navy SEAL who had known Prince in the military, telling the American that they had a problem. Their new company, Reflex Responses, often called R2 for short, was so new it didn't yet have a bank account or even an office with a safe.

When the former SEAL entered their hotel room, the contents of the suitcases had been largely removed, much of it dumped onto a bed: bricks of new, sequential $100 bills, in $10,000 stacks, each bound by a green and white band. The three men counted each stack, measuring the height to be sure that they all had 100 $100 bills, until they tallied it all: roughly $13 million. For the first two weeks of the program, the hotel room, always occupied by a security guard or a company employee, served as the Reflex Responses vault. Hotel staff were not allowed to clean the room, and by the time R2 opened a bank account and deposited the money, the room was covered in empty whiskey bottles and ashtrays overflowing with cigarette butts.

Prince had arrived in the UAE at a low moment. The Obama administration had made clear in its first months that it would not welcome new Blackwater contracts. The company had become infamous after Blackwater security contractors shot and killed 17 Iraqi civilians and

wounded dozens more in Baghdad's Nisour Square in 2007. By 2010, Prince had changed Blackwater's name and sold the company, ceasing to work on any U.S. government contracts. As Prince negotiated a settlement with the Justice Department for a series of Blackwater arms trafficking violations,  then-CIA Director Leon Panetta discovered a secret assassination program involving Blackwater operatives that former Vice President Dick Cheney had hidden from Congress. Prince was bitter, blaming the Obama administration for leaking his CIA role and comparing himself to exposed CIA operative Valerie Plame. Prince couldn't understand why the American public viewed him as a villain. "He was genuinely upset," said a former colleague who discussed the public scrutiny of Blackwater. "He kept asking, 'Why do they hate me?'"

A converted Catholic raised by Christian fundamentalists and the scion of a Midwestern auto-parts fortune would seem to be an unlikely ally to the Muslim crown prince of a tiny, oil-rich Arab kingdom, but from their first meeting in 2009, Prince and bin Zayed hit it off. Almost immediately it was clear they shared common enemies: Islamic militants and, especially, Iran. Prince was introduced to bin Zayed after pitching a two-page schematic of a light attack airplane — an agricultural crop duster modified with surveillance and laser-guided munitions — to the Emirati government as the Blackwater sale to a private equity group was being negotiated. When the Emirati ambassador to the U.S., Yousef Al Otaiba, learned that Prince's legal problems with the Justice Department would mean that he wouldn't be able to be involved in building, selling, or brokering armed aircraft, the Emirati government approached another aviation manufacturer to help establish an entire air wing of armored and weaponized crop dusters. In exchange for Prince bowing out of the deal quietly, Otaiba introduced him to bin Zayed explicitly in order to find another role in which he could assist the UAE government.



Abu Dhabi's Crown Prince Sheikh Mohammed bin Zayed Al Nahyan in Jeddah on June 6, 2018.
Photo: Balkis Press/Abaca/Sipa via AP

Bin Zayed was determined to bolster the UAE's sphere of influence and project power in the Middle East. Despite Prince's tarnished reputation, bin Zayed saw in him a glimpse of the future. It didn't hurt that "Erik could sell you your own hat," according to one former associate. The former SEAL and self-described CIA "asset" saw in bin Zayed a willing buyer who shared his desire to play soldier. Prince sold bin Zayed on the idea of creating a half-billion-dollar program in which he would train, equip, and lead an elite cadre of foreign soldiers called the Security Support Group that would serve as a presidential guard for the Emirati monarchies and help quell any internal unrest. Bin Zayed insisted that Prince use non-Muslim ex-soldiers, according to two senior advisers who helped build the unit, telling him that he did not believe Muslim soldiers could be trusted to kill other Muslims. Eventually, Prince also sold bin Zayed on the creation of an armed avi-

ation wing, a team to protect the Emirates from a weapons of mass destruction attack, and a separate force to combat Somali piracy.

One indication of both Prince and R2's growing value to bin Zayed was that Prince became a favored foreign policy and military adviser, joining bin Zayed's inner sanctum. Prince told his colleagues at R2 that bin Zayed, whom Prince often referred to as "the boss," gave him ownership of two side-by-side villas in Abu Dhabi, which were originally worth $10 million each. The wealthy enclave was built as a luxury community, each villa with a private beach, and quickly housed several foreign embassies. Prince's neighboring houses sat at the end of a residential peninsula and had expansive views of central Abu Dhabi across a sea channel, a pool, and beachfront in the Persian Gulf. Prince built a dock for his sailboat, which has a Blackwater logo across the port side.

## Despite Prince's tarnished reputation, bin Zayed saw in him a glimpse of the future. The former SEAL and self-described CIA "asset" saw in bin Zayed a willing buyer

The $13 million in the suitcases was an advance on $110 million the UAE gave Prince to get Reflex Responses off the ground. The deal gave Prince and his team a guaranteed 15 percent profit margin on whatever the company spent in addition to salaries. Prince had long tried to own a piece of each part of the foreign conflict supply chain: planes, ships, vehicles, weapons, intelligence, men, and logistics.

# who shared his desire to play soldier.

Reflex Responses gave him a blank check to do just that.

Structurally, Reflex Responses became a model for how Prince masks his involvement in selling or providing military services, which was a necessity given that he's unlikely to obtain an arms trafficking license under the U.S. State Department's International Traffic in Arms Regulations (ITAR). Officially, Prince was never an R2 employee. He officially worked for a company called Assurance Management Consultants, which shared a floor in an Abu Dhabi office tower with Reflex, where he oversaw the entire military program. It was Prince who hired and installed Reflex's senior management, according to people directly involved in the effort. And it was Prince who recruited and hired the subcontractors who fulfilled Reflex's contractual requirements. Prince flew to South America, where he helped oversee the recruitment of former Colombian soldiers who served as both hired guns and a training cadre for the fledgling Emirati security force.





Erik Prince's residency visa for the UAE, showing that he was, at the time, employed by
Assurance Management Consultancy. Some personal information has been redacted for privacy.
Photo: Provided to The Intercept

Prince's approach to management created problems almost immedi-
ately, issues that would arise again and again in his various projects.
In what would become a pattern, Prince's American colleagues at
Reflex were troubled by his directives about ITAR regulations. Prince
argued to his lawyers that because Reflex was an Emirati company,
working on an Emirati government contract, he was not required to
have an ITAR license from the State Department to sell military ser-
vices. "We'd tell him, 'No, that's not how it works. You're an
American,'" said one of Prince's former colleagues involved in Reflex
Responses. "It was stupid, honestly. There was a way to do it legally
and make lots of money, but Erik didn't care. When Erik wakes up in
the morning, Erik does whatever he feels like doing. I always assumed
that's how it is when your father is a billionaire."

In response to a request for comment, a Prince spokesperson stated:
"Mr. Prince at all times relied upon the advice of counsel, including
both in-house compliance counsel and outside experts, to ensure com-
pliance with ITAR and other laws."

Prince also hid his financial interest in subcontractors working with
R2. Six months into the project, senior executives discovered that
Prince had an arrangement with Thor Global, the company that he'd
insisted Reflex use to hire the Colombian soldiers. On paper, Thor

Global was wholly owned by Robert Owens, a former aide to Oliver North during the Iran-Contra affair, but Prince received a substantial amount of the money R2 paid Thor Global, according to court documents and two former Prince colleagues familiar with the arrangement. "I asked Erik if the crown prince knew he was self-dealing," said one of the former colleagues. "Erik wouldn't answer."

Owens's involvement and connection to North is not incidental. Prince and North are friends, and Prince has told others over the years that he greatly admires the former Marine officer and Reagan National Security Council staffer, who was convicted on three felony counts during the Iran-Contra scandal. (The convictions were reversed in 1991.)

**Prince had long tried to own a piece of each part of the foreign conflict supply chain: planes, ships, vehicles, weapons, intelligence, men, and logistics. Reflex Responses gave him a blank check to do just that.**

A former colleague said it took him some time to recognize that Prince generally works to control the entire supply chain of any mercenary or security contract. "Everything he does, he skims," said the former colleague, who has known Prince for two decades and described how Prince generally operates as a military services provider. "He will run a contract through two companies and

then dictate that those two companies have to subcontract out to another eight companies. What he doesn't disclose is that he owns all or part of those eight companies and will take 25 percent from each company. Then, he can use those same eight entities to make the money disappear."

After Prince's first team of U.S. executives quit, he brought in another former SEAL and a former CIA officer. That team conducted audits and quickly discovered financial problems. "There was massive embezzlement going on inside R2," said a third former employee with direct knowledge of the company's finances. "Overbilling, false billing, missing cash — millions were gone."

According to four former Reflex employees and consultants, the alleged graft and embezzlement ran through two of Prince's lieutenants, who handled logistics and administration for R2. The first was a former Blackwater employee who told colleagues at Reflex that he'd done intelligence work in the Middle East for the Pentagon's intelligence agency. Internal R2 documents list him as the first employee of the company. Several of Prince's colleagues confronted him about the missing money and his lieutenants' conduct, but Prince rebuffed any effort to remove them. Contacted by The Intercept for comment, Prince's lieutenant denied that he had ever embezzled or stolen money and denied ever working for R2. He said that he had worked for Assurance Management and occasionally "consulted" for R2.

Prince did not respond on the record to questions about the financial improprieties.

While money was disappearing from Reflex Responses's accounts as a result of these financial shenanigans, Somali pirates were engaging in a more traditional form of robbery off the Horn of Africa, harming UAE shipping interests. Prince had a solution: a sea, air, and land bat-

talion to eradicate the pirates. He established a group for this purpose within Reflex Responses known as Special Projects and hired a former South African special forces officer named Lafras Luitingh, who also worked for Executive Outcomes, a private military company comprised mainly of apartheid-era South African soldiers.



Members of the Puntland Maritime Police Force on patrol for pirates near the village of Elayo, Somalia, on Sept. 18, 2011. Photo: Jason Florio/Corbis via Getty Images

Together, Prince and Luitingh created the Puntland Maritime Police Force in northeastern Somalia, in a semiautonomous region home to the most active Somali pirates. A United Nations monitoring team subsequently documented extensive violations of the U.N. arms embargo of Somalia, including falsifying export paperwork for small arms and attacks that left civilian casualties by Luitingh's company, Saracen, a subcontractor on the project. The two-year program resulted in "an elite force outside any legal framework … answerable

only to the Puntland presidency," according to a U.N. investigation into the PMPF. Both Prince and the UAE denied involvement, but one source with knowledge of the operation witnessed Emirati intelligence officers providing a suitcase with millions of dollars in $100 bills to Luitingh for his payroll. Citing Prince's involvement in the police force, the U.N. report said, "This externally financed assistance programme has remained the most brazen violation of the arms embargo by a private security company."

Although Prince and the UAE's involvement was meant to be largely clandestine, Prince sought publicity for the program, according to a person with direct knowledge. Prince arranged for a February 2012 Fox News segment from North, then a military analyst for Fox News, who embedded with the PMPF in Puntland and explicitly reported that the UAE was behind the fledgling military unit. The media attention enraged the Emirati government, according to one of Prince's former colleagues who worked with him at the time, and blamed him for the unwanted publicity.

The program's lack of legal legitimacy was perhaps the least troubling legacy of Prince's vision, however. The program shut down shortly after a South African mercenary was murdered by one of the local soldiers hired to fight the pirates during one of the first operations the Puntland force conducted. According to a contemporaneously filmed documentary of the anti-piracy effort, the killer was a relative of a pirate targeted by the unit. The unit had been infiltrated from the beginning, a failure of basic counterintelligence, which a former CIA officer, who was also involved, readily admitted in on-camera interviews. The U.N. would later report "credible" allegations of human rights violations stemming from corporal punishment, which led to severe injuries and a death at the South African-run PMPF camp.

Robert Young Pelton, an author who worked for Prince on the Somalia

project and helped write Prince's autobiography (and recently lost a civil suit against Prince over a contract dispute), said Prince's efforts were "delusional. He operates with a 12-year-old's mindset of war. He's romanticized the South African mercenaries who fought those ugly wars." Pelton said when Prince first showed him a map with plans for the security force, he realized that Prince had never been to Somalia. Pelton said Prince told him that the idea for an anti-piracy force came from reading "The Pirate Coast," a book detailing a secret American operation in 1805 to end piracy off the coast of Libya.

As with the Security Support Group, the anti-piracy force suffered from mismanagement. According to two individuals who worked on the program, at least $50 million meant for the anti-piracy force had gone missing by the time the Emirates decided to stop funding the effort. Among the items that were never returned or accounted for were several aircraft, including at least one cargo plane and two helicopters, as well as several ships. Before he was asked by the Emirates to end his involvement in the program, Prince brought in a former intelligence operative to conduct an audit of the PMPF program. The American identified $38 million in cash that the UAE had delivered to Luitingh, for which the former South African mercenaries refused to provide accounting or receipts. "I told Erik, '[Luitingh] and the South Africans couldn't account for $38 million,'" said a former Prince employee. "Erik wasn't upset at all. He just said, 'I'm sure they are just saving it for a rainy day.'" Luitingh did not respond to multiple requests for comment.

## "When Erik wakes up in the morning, Erik

Over a six month period beginning in late 2011, after the New York Times exposed Prince's involvement with the UAE's Security

# does whatever he feels like doing. I always assumed that's how it is when your father is a billionaire."

Support Group and the deployment of the anti-piracy force, bin Zayed gradually removed Prince from his multiple projects for the government. The parting of ways came as a result of the unwanted media exposure, U.N. pressure, and ongoing financial audits. The UAE shut down Reflex Responses and rolled what they wanted to keep into new companies with new management.

As his private military ventures with the UAE stumbled, Prince shifted to private equity, establishing an investment fund focused on African natural resources called Frontier Resource Group. But Prince's income dried up after the UAE stopped funding him and he began having cash-flow problems. One of his personal bankers grew alarmed as Prince cashed out Treasury bonds to fund Frontier Resource. According to tax, banking, and internal business documents obtained by The Intercept, Prince at the time was worth less than $100 million, and much of his wealth was tied up in real estate and fixed-income investments. One of Prince's creditors, Michigan's Huntington Bank, refused a request for a $6 million increase on a $17.5 million line of credit, according to emails and other documents obtained by The Intercept. In turning Prince down, the bank reduced his line of credit by $2.5 million.

In late 2011, the Emirati government asked one of Prince's former colleagues, Reno Alberto, if he would take over Prince's aviation contract. Alberto was a former Navy SEAL who Prince originally hired to help

save the Reflex Responses project. An Emirati general offered Alberto the job on two conditions: Reflex Responses needed to be shuttered so that a new corporate entity could take its place, and Prince could not be involved. Alberto agreed and created a new, temporary holding company called Vulcan Management. Vulcan would take the roughly $100 million resulting from the liquidation of R2 and hold it until a new entity could be established to create a wing of armed helicopters for the UAE air force.

Prince soon came calling on Alberto, however, claiming that a portion of the roughly $100 million left over from Reflex Responses was his and that any future contract for Alberto was a consequence of Prince's efforts and therefore should result in him receiving a percentage. Prince claimed repeatedly to Alberto that bin Zayed had directed that some of the leftover R2 funding be paid to him. Prince and his business adviser Dorian Barak arranged to structure the payout as a loan from Alberto's Vulcan Management to one of Prince's holding companies in Bermuda. Barak, on behalf of Prince, requested that the loan be divided into 10 transactions, which Prince could then call on Vulcan to pay out as needed. Prince told several other colleagues that he felt he was owed upwards of $40 million for his effort in getting bin Zayed to create the SSG and establish R2. Alberto, who stood to make millions in his new venture, reluctantly agreed to pay his former boss through a loan.

On July 26, 2012, Barak emailed Prince, informing him that a wire transfer of approximately $5.9 million was sent by Vulcan, according to an email obtained by The Intercept. The money was wired to Prince's Frontier Resource bank account in Abu Dhabi.

"That was fast. Well done," Prince responded.

```
That was fast. Well done


On Jul 26, 2012, at 3:41 AM, Dorian Barak <████████████████████>
wrote:

> The wire is en route.  Please confirm to me when it arrives.  Total
amount is AED 21,750,000.
>
> I'll forward on the agreement for signature once I review the final
draft.
>
>
>
>
>
> ---------- Forwarded message ----------
> From: Gary Hodgson <████████████████>
> Date: Thu, Jul 26, 2012 at 10:20 AM
> Subject: Re: Fwd: Loan agreement - markup
> To: "████████████████" <████████████████>
>
>
> The wire transfer has been made, Reno has signed for Vulcan and I am
waiting for the company stamp to be affixed. Should have the document
with you within the hour.
>
> Gary
>
> From: Dorian Barak [mailto:████████████████]
> Sent: Thursday, July 26, 2012 10:31 AM
>
> To: Gary Hodgson
> Subject: Re: Fwd: Loan agreement - markup
>
> At what time do you expect the final agreement? I ask because we
have people flying. Thanks
>
>
> -
>
> Sent from my BlackBerry® smartphone
>
```

An email exchange between Dorian Barak and Erik Prince in July 2012. Some personal informa-
tion has been redacted for privacy. Screenshot: The Intercept

Prince pitched Frontier Resource to potential investors as a $500 mil-
lion private equity fund. Fund documents state that Prince would pro-
vide 10 percent of the funding. In late 2011 and early 2012, as FRG tried
to get off the ground, Prince had soft commitments from investors in

the UAE, including bin Zayed's brother Sheikh Tahnoon bin Zayed, the Emirati national security adviser. But by the time he'd taken his first draw of the Vulcan loan, Prince was toxic, and the outside financial commitments had withered and disappeared. Sheikh Tahnoon, however, appears to have invested at least $5 million, according to internal Frontier Resource documents provided to The Intercept.

Then, in October 2012, Prince directed Alberto and Vulcan to make a second wire transfer. This one, however, was not sent to Prince or his companies. According to documents reviewed by The Intercept, and confirmed by a person with direct knowledge of the transaction, more than $9 million was wired to Zafra Group, the company Sheikh Tahnoon had originally created to invest in Prince's Frontier Resource. It is unclear why Prince wanted the Vulcan money routed to Zafra Group, but he told Vulcan that the payment had been ordered by "the boss," according to the person with direct knowledge of the transaction. In effect, Prince had steered UAE government money meant for an armed helicopter wing to one his fund's investors, a senior member of the Emirati royal family.

When Prince asked for $10 million in the third installment, Alberto refused and subsequently told Prince that no more installments would be paid. According to a person with knowledge of the dispute, Alberto learned that no one in the Emirati royal family had ordered the payments to Prince.

The loan to Prince, which has not been previously reported, was not repaid to Vulcan, and the entire $15 million was written off as a loss by the company in subsequent years, according to a person with direct knowledge of the transaction. Prince did report the $5.9 million payment as a loan on his personal tax returns that year.

The Intercept sent Prince a detailed list of questions for this article. In

response, a Prince spokesperson stated that "Vulcan Management's loan, which was made in connection with FRG's investment activity, was at all times fully disclosed to both FRG's auditors and the IRS." Prince would not comment for the record about the circumstances of the loan, or why he directed the $9 million payment to Zafra.



Erik Prince, center, in one of his first meetings in China with Chinese investors for Frontier Services Group in 2013. At the far right is Johnson Ko, a Hong Kong tycoon. Photo: Obtained by The Intercept

# A New Frontier

Over the next several years, as his speculations in African natural resources turned into losers time and again, Prince looked to China for new funds, creating Frontier Services Group with an investment banker and former Marine named Gregg Smith. For Smith, the business model seemed simple enough: Frontier Resource would find un-

dervalued, distressed assets, and Frontier Services would transport the materials out of Africa. Smith says he saw the potential of a logistics company to move freight and natural resources across Africa, where the Chinese were increasingly active. "We wanted to start a straight-forward logistics company," Smith said recently. "Trucks and planes and that's it."

Prince had other ideas, as did some Chinese investors, who made it clear that they wanted a "Blackwater China." Although Frontier Services attracted a $110 million investment from a Hong Kong tycoon named Johnson Ko and the China International Trust Investment Corporation, a state-owned investment company, Prince's investment fund lost money, and several projects ended in a total loss, according to three people with knowledge of Prince's investment portfolio. Instead, Prince would end up directing FSG to purchase companies that Prince had a financial interest in — as well as services from such companies — in an effort to salvage his private-equity fund's invest-ment. In total, according to documents, FSG spent $8.5 million on Prince-connected businesses. And as he had with Thor Global and Reflex Responses, Prince failed to disclose his financial interest to the FSG board prior to most of the transactions. The board eventually passed a resolution prohibiting undisclosed self-dealing.

For two years, beginning in 2013, while Frontier Services executives ran a legitimate logistics and aviation company, Prince was traveling around Africa pitching paramilitary services under the Frontier Services banner. As reported by The Intercept, Prince proposed creat-ing counterterrorism forces, a private air force, and a "black ops" pro-gram for Nigeria to defeat Boko Haram. He made a similar pitch to President Salva Kiir Mayardit of South Sudan to help him defeat rebels there. There were meetings and proposals for Libya, Cameroon, and Kurdish Iraq, none of which found a buyer. Although Prince failed to

sell an entire paramilitary force, he did make money across the continent and the Middle East "advising" countries on how to fight wars. According to one of his closest colleagues, over a roughly five-year period, including his time as chair of the board of FSG, Prince earned as much as $10 million from his meetings. Prince's efforts were nothing if not ambitious. "Erik was trying to create a private JSOC," said a former senior military officer who discussed many of Prince's ideas with him. Since he left Blackwater, Prince has sold or pitched his war supply chain in no fewer than 15 countries, nearly all of them with majority Muslim populations.

Prince tried to hawk surveillance products and services as well. In 2014, he demonstrated for some of his Frontier Services colleagues cellphone geolocation software that he said he had licensed from an Israeli company. At a strip mall diner in Washington, D.C., Prince pulled out a laptop and punched in a cellphone number. The program identified the most recent cell tower the phone had connected with, allowing the user to locate the

## Since he left Blackwater, Prince has sold or pitched his war supply chain in no fewer than 15 countries, nearly all of them in countries with majority Muslim populations.

target within 300 meters and revealing the last 10 calls the targeted user made. Prince, according to one person who discussed the software with him, believed his time at Frontier Services had "cleaned" his image up with the U.S. government enough that he approached

both the CIA and the Pentagon, offering to run the software in counterterrorism operations. He was rebuffed. Later, he and one of his deputies claimed that they sold the program to the Saudi and Emirati air forces to locate bombing targets in Yemen.

In 2015, Prince became involved in the ongoing conflict between Azerbaijan and Armenia over the disputed area of Nagorno-Karabakh. Azerbaijan spent hundreds of millions of dollars equipping and training their small military. Prince was brought in by a former Russian weapons supplier to help create a training force. Prince would ultimately be kicked off the contract after his business partners accused him of wildly padding the proposed contract by adding a series of unnecessary expenditures that would have been provided by companies to which Prince had financial ties. In an effort to smooth over Prince's anger at being fired, the Russian weapons supplier offered him $5 million, according to three people with direct knowledge of the offer. Prince agreed to take the money but insisted the payment be made through a complex series of loans between companies that Barak would set up. When his Russian colleague refused the terms and offered a simple check made out to Prince for the total amount, Prince walked away from the deal, according to a person with direct knowledge of the incident.

In response to questions from The Intercept, a Prince spokesperson stated: "FSG contemplated a logistics, construction, and aviation support project in Azerbaijan, but neither FSG nor Erik Prince ever moved forward with it, and neither FSG nor Mr. Prince was ever offered money to abandon the project."

As The Intercept has reported previously, when Frontier Services Group discovered that Prince had secretly modified two crop dusters to be used as light attack aircraft, and had used an Austrian company he'd secretly purchased a stake in, FSG hired the law firm King &

Spalding to conduct an investigation to determine whether Prince had violated arms trafficking laws. (Prince attempted to sell the two weaponized aircraft to Azerbaijan as part of their buildup — another potential violation of ITAR). The attorneys, supervised by current FBI Director Christopher Wray, concluded that Prince had likely violated U.S. law in his effort to sell the crop dusters. In 2016, FSG disclosed the ITAR violations to the Justice Department, which opened an investigation.



Then-White House Chief Strategist Steve Bannon listens as President Donald Trump speaks during a meeting on cybersecurity at the White House on Jan. 31, 2017. Photo: Evan Vucci/AP

# The Rise of Trump

Although Prince's turn in Africa as a mercenary was a bust, he was somewhat successful at recasting himself as a globetrotting business-

man through Frontier Services Group. The 2016 presidential election and the rise of Donald Trump now promised a full-scale rehabilitation. The potential for a Republican administration would be an opportunity for new U.S. government contracts and, possibly, something even more lucrative. After Trump had clinched the Republican nomination, Prince told his Chinese business and government contacts that if Trump won, he would be the next secretary of defense.

Prince's family has a history of supporting right-wing and conservative causes. Edgar Prince, Erik's father, was a major financial contributor to former President Gerald Ford, and in recent years, the family has supported Mike Pence, first as a member of Congress and later as Indiana governor. While in Congress, Pence helped Prince navigate Capitol Hill in the aftermath of the killing of four Blackwater contractors in Fallujah in 2004. Prince became an enthusiastic Trump supporter. By Election Day, Prince had donated $250,000 to Trump's 2016 election effort.

During the campaign, Prince solidified his relationship with Steve Bannon, appearing on his Breitbart radio show on SiriusXM less than a month before Bannon formally joined the Trump campaign. Four days before the 2016 election, Prince went on Bannon's show and smeared Hillary Clinton, claiming without evidence that a New York City police investigation into former Rep. Anthony Weiner had uncovered extensive criminal activity by the Democratic presidential candidate. Prince claimed that the Obama administration had suppressed the investigation implicating Clinton using "Stalinist tactics."

In apparent coordination with Trump's advisers, Prince had also begun exploring the world of domestic information warfare. In August 2016, according to the New York Times, Prince brokered a meeting at Trump Tower between George Nader, an aide to bin Zayed, Donald Trump Jr., and Joel Zamel, the owner of Psy-Group, an Israeli private

intelligence company that specialized in manipulating elections using social media accounts and untraceable websites. The Trump campaign apparently passed on the offer. Prince already had familiarity with private Israeli intelligence companies through Dorian Barak. Several years earlier, Prince had been offered a financial stake in what was then a fledgling company called Black Cube, run by former Mossad officers. The company gained notoriety during the #MeToo movement when a firm representing Hollywood producer Harvey Weinstein hired Black Cube to help stop publication of an account of his abuses. Black Cube hired an operative who used false identities to approach actress Rose McGowan, as well as a reporter looking into the multitude of sexual misconduct and assault allegations against Weinstein.

Prince declined to invest in Black Cube, but appears to have liked the idea of selling a service that provided undercover operatives. During the 2016 election, he became involved with James O'Keefe and Project Veritas, a group of conservative provocateurs who specialize in using hidden-camera footage and secret recordings. O'Keefe, a protégé of the conservative firebrand Andrew Breitbart, describes himself as a "guerrilla journalist" and has used undercover cameras in an effort to expose purported liberal bias in political groups and the media. Trump often promoted O'Keefe's videos and met with O'Keefe just days after he declared his candidacy. (A few weeks before that, Trump had donated $10,000 to Project Veritas through his foundation.) It is unclear if Trump's support of Project Veritas spurred Prince's interest in the group, but in late 2015 or early 2016, Prince arranged for O'Keefe and Project Veritas to receive training in intelligence and elicitation techniques from a retired military intelligence operative named Euripides Rubio Jr. According to a former Trump White House official who discussed the Veritas training with Rubio, the former special operative quit after several weeks of training, complaining that

the Veritas group wasn't capable of learning. Rubio did not respond to requests for comment.

## "Erik was weaponizing a group that had close ties to the Trump White House."

In the winter of 2017, Prince arranged for a former British MI6 officer to provide more surveillance and elicitation training for Veritas at his family's Wyoming ranch, according to a person with direct knowledge of the effort. Prince was trying to turn O'Keefe and his group into domestic spies. For his part, O'Keefe posted photos on Instagram and Twitter from the Prince family ranch of himself holding a handgun with a silencer attached and wearing pseudo-military clothing. He described the ranch as a "classified location" where he was learning "spying and self-defense," in an effort to make Project Veritas "the next great intelligence agency."

"Erik was weaponizing a group that had close ties to the Trump White House," said the former White House official familiar with Prince's relationship with O'Keefe and Project Veritas.





11:36 AM - 10 Feb 2017



5:39 PM - 11 Feb 2017

In February 2017, O'Keefe and another Project Veritas associate, Seijah Drake, posted photos
on their individual Twitter accounts of them training at Prince's family ranch in
Wyoming.  Screenshots: The Intercept

It is unclear how much involvement Prince has with the selection of
targets for O'Keefe's stings and undercover operations, but several
months after the organization received training in Wyoming, a Project
Veritas operative was exposed by the Washington Post after she posed
as a sexual assault victim of Roy Moore, who was then a Senate candi-
date in Alabama.

After Trump won the election, Prince began sending defense and intel-
ligence policy proposals to the Trump team via Bannon, including his
plan for privatizing the war in Afghanistan. The plan called for remov-
ing all U.S. troops and replacing them with a small cadre of security
trainers, a small fleet of light attack aircraft, and a surge of covert CIA
operations. In an attempt to appeal to Trump, Prince tweaked his pro-
posal with a plan to secure mining concessions for Afghanistan's vast
untapped mineral resources, an idea with obvious parallels to his
failed efforts in Africa. But the national security establishment was
uniformly opposed and it failed to gain traction.

Armed with his beliefs about reshaping the Middle East and
Afghanistan, and enjoying his new status as an unofficial adviser to
the next U.S. president, Prince was invited back to Mohammed bin
Zayed's royal court.

Prince later testified before the House Intelligence Committee that his
invitation was linked directly to Trump's victory. "I think the Obama
administration went out of their way to tarnish my ability to do busi-
ness in the Middle East, and, with a different administration in town,

[the Emiratis] probably figured that that downdraft wasn't present anymore … so it was not a surprise that the meeting happened. And those are the kind of things we talked about, whether it's Somalia and terrorism there or Libya, Nigeria, and of course all the places that are even closer to the UAE."

Meanwhile, Prince's relationship with Bannon has gone from fellow ideological traveler to business partner. According to a former Trump White House official and the former U.S. official close to the UAE royal family, Prince has teamed up with Bannon to offer a newer version of the armed crop duster to the Emirati air force. The pitch includes Israeli-made avionics and surveillance software for geolocating targets on the ground. Prince and Bannon are also offering a different package to the Emirate's despised rival, Qatar. According to a former senior U.S. official who reviewed the proposal, Prince is currently hawking proposals for preventing social and political unrest from Qatar's foreign laborers before and during the 2022 FIFA World Cup. The proposal specifically names Project Veritas as a partner and offers the Qatari government an ability to infiltrate the community of foreign laborers, who make up almost 90 percent of the country's population of roughly 2.3 million. The pitch is designed to appeal to Qatari fears of a popular uprising and to fend off and neuter political dissent leading up to the soccer tournament. The proposal also offers social media monitoring and messaging — something Bannon would be familiar with from his past work for Cambridge Analytica.

In response to questions from The Intercept, Prince's spokesperson said, "Mr. Prince supports Project Veritas's mission of uncovering government largesse and corruption, and has allowed Project Veritas to use his family's ranch in Wyoming. Mr. Prince has no business relationship with Steve Bannon, James O'Keefe, or Project Veritas, and has never pitched a project with Mr. Bannon to the Qatari or any other

government." Bannon would not comment.

**Join Our Newsletter**
**Original reporting. Fearless journalism. Delivered to you.**

**I'm in →**

To those who know him best, Prince's latest proposals suggest that he sees business opportunities in services that are closer to political skullduggery than outright conflict. By marrying the two capabilities — social media manipulation and undercover surveillance by trained operatives — Prince has moved further along the spectrum of contemporary warfare. If a government won't pay him for a heavily armed paramilitary force in a hot conflict, he appears prepared to offer services that utilize a less obvious, but perhaps more insidious, kind of weaponry.

Given his wealth and political ties, it may be that the Department of Justice will never have the political fortitude to thoroughly investigate Prince for defense brokering and trafficking violations, or to challenge his questionable ties to China's intelligence service. But he does face legal scrutiny. The FBI is currently probing Prince's work at Frontier Services Group, with a team assigned from the Washington field office. It is unclear whether the investigation is a continuation of the 2016 probe or stems from the Mueller investigation. Three different congressional committees are also investigating Prince, including his relationship with the Chinese government. The FBI declined to comment and would not confirm the existence of an investigation. Prince's spokesperson stated that "other than his well-documented cooperation with the Special Counsel's Office, Mr. Prince has had no interaction, directly or through counsel, with the FBI in years."



Erik Prince walks to a closed-door House Intelligence Committee meeting on Capitol Hill in
Washington, D.C., on Nov. 30, 2017. Photo: Aaron P. Bernstein/Bloomberg via Getty Images

Prince's role in the Trump-Russia affair perfectly encapsulates his latest effort to refashion himself, this time as a self-appointed warrior diplomat. According to the Mueller report, Prince flew to the Seychelles a week before the inauguration, at least in part to meet with Kirill Dmitriev, who was acting as Putin's emissary and sought a backchannel to the incoming Trump administration. But Prince repeatedly denied in his testimony that he flew to the Seychelles to meet Dmitriev. Prince also failed to disclose that he met with Dmitriev twice during his stay at the Four Seasons.

The Mueller investigation relied on the cooperation and testimony of George Nader, who arranged the meeting at bin Zayed's behest. Nader testified that Dmitriev was "not enthusiastic" about meeting Prince. To help sell the meeting, Nader described Prince to Dmitriev as Bannon's chosen representative for the Kremlin-directed meeting:

"this guy [Prince] is designated by Steve [Bannon] to meet you!" Which suggests that Prince presented himself to Nader as an influential member of Trump's circle. Testimony from both Bannon and Prince cast doubt on whether Prince flew to the Seychelles with Bannon's knowledge or approval. If Bannon's testimony is accurate, it's quite possible that Prince oversold his influence with Trump and Trump's inner circle to get the meeting with Dmitriev.

Although in his congressional testimony Prince described only a single interaction with Dmitriev at the resort bar, there was an earlier, longer private meeting in Nader's villa. After the first meeting, Prince learned that an Russian aircraft carrier was moving off the coast of Libya, according to the Mueller report. Prince, who has spent years offering his paramilitary services in Libya, was incensed at the news, calling Nader to demand a second meeting with Dmitriev. Prince told Nader that he'd just checked with his "associates" and needed to convey an important message to Putin's emissary. Prince told Mueller that he was speaking only for himself, based on his three years as a Navy SEAL. In the second meeting, Prince went off-script and warned Dmitriev that the U.S. could not accept Russian involvement in Libya.

As the report describes Dmitriev's complaints to Nader after meeting Prince, he expected to meet a member of the Trump team who had more authority and substance: "Dmitriev told Nader that [redacted] Prince's comments [redacted] were insulting [redacted]." As in so many other episodes involving Prince over the last decade, his involvement in the Trump-Russia political scandal is a result of his relentless ambition, combined with his snake-oil salesmanship and his ability to gain entry to rooms with genuine power, even if it quickly becomes apparent that he doesn't belong there.

**WAIT! BEFORE YOU GO** on about your day, ask yourself: How likely is it that the story you just read would have been produced by a different news outlet if The Intercept hadn't done it?

As the pandemic worsens, it's not just the virus itself that threatens human life. The corruption, cronyism, and incompetence of those in power is adding fuel to the fire. The public deserves to know more than just case counts and death tolls, which is why our reporters are digging deep to break stories on corporate profiteering and political jockeying that undermine public health.

The kind of reporting we do is essential to democracy, but it is not easy, cheap, or profitable. The Intercept is an independent nonprofit news outlet. We don't have ads, so we depend on our members — 55,000 and counting — to help us hold the powerful to account. Joining is simple and doesn't need to cost a lot: You can become a sustaining member for as little as $3 or $5 a month. That's all it takes to support the journalism you rely on.

**Become a Member** →

**RELATED**



**Trump White House Weighing Plans for Private Spies to Counter "Deep State" Enemies**



**Did Blackwater's Erik Prince Lie to Congress About a Trump Tower Meeting? I Asked Him.**



**Notorious Mercenary Erik Prince Is Advising Trump From the Shadows**



**Rep. Jan Schakowsky Calls for Investigation Into Trump's Ties to Blackwater Founder Erik Prince**

## LATEST STORIES

**Facebook Sued Over Kenos**

Theodore Hamm — 9:14 a.m.

"If Facebook won't change their
needs to tell them to enforce th

**The Coronavirus Crisis**

**Hunger in America, Especial
"Skyrocketed" During Covid**

Jon Schwarz — 7:00 a.m.

The number of children who do
has soared in the pandemic, acc
Bureau and Agriculture Departm

**Texas Deployed SWAT, Bomb
of Cops to Arrest a Woman a**

Seth Harp — Sep. 22

She had done nothing wrong. St
following her because of "anti la
rhetoric" on her car windows.

# The Intercept_

ABOUT

EDITORIAL POLICIES

BECOME A SOURCE

JOIN NEWSLETTER

BECOME A MEMBER

TERMS OF USE

PRIVACY

SECUREDROP

© FIRST LOOK MEDIA. ALL RIGHTS RESERVED

## SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| | |
|---|---|
| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 | ☐ 15 |

PAGE 120 OF 192

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Taylor for Congress 2020

---

**A.** Full Name (Last, First, Middle Initial)
LAMON, JAMES, R., ,

Mailing Address 9222 NORTH FIRERIDGE TRAIL

| City | State | Zip Code |
|---|---|---|
| FOUNTAIN HILLS | AZ | 85268-5989 |

FEC ID number of contributing federal political committee. **C**

Name of Employer: DEPCOM POWER
Occupation: CEO

Receipt For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
1000.00

Date of Receipt
M M 03 / D D 31 / Y Y Y Y 2020

Transaction ID : SA11A.14564

Amount of Each Receipt this Period
1000.00

☐ Memo Item
CONTRIBUTION

EARMARKED FROM WINRED

---

**B.** Full Name (Last, First, Middle Initial)
WINRED

Mailing Address PO BOX 9891

| City | State | Zip Code |
|---|---|---|
| ARLINGTON | VA | 22219-1891 |

FEC ID number of contributing federal political committee. **C** C00694323

Name of Employer:
Occupation:

Receipt For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
142138.54

Date of Receipt
M M 03 / D D 31 / Y Y Y Y 2020

Transaction ID : SA11C.145561078

Amount of Each Receipt this Period
5600.00

☒ Memo Item
CONTRIBUTION

SEE ATTRIBUTION BELOW FOR ALL DONORS ABOVE ITEMIZATION THRESHOLD

---

**C.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address P.O. BOX 808

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer: SELF EMPLOYED
Occupation: BUSINESS

Receipt For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
5600.00

Date of Receipt
M M 03 / D D 31 / Y Y Y Y 2020

Transaction ID : SA11A.14567

Amount of Each Receipt this Period
5600.00

☐ Memo Item
CONTRIBUTION

EARMARKED FROM WINRED; SEE REDESIGNATION

---

SUBTOTAL of Receipts This Page (optional) ............................................................ ▶ 6600.00

TOTAL This Period (last page this line number only) ............................................. ▶

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER: PAGE 05660 OF 2182043
(check only one)

[✗] 11a [ ] 11b [ ] 11c [ ] 12
[ ] 13 [ ] 14 [ ] 15 [ ] 16 [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

WINRED

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Wright, Sherrie, , ,

Mailing Address 21933 Bluffs Hwy

| City | State | Zip Code |
|------|-------|----------|
| Onaway | MI | 49765-9786 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Bittersweet

Occupation (for Individual)
SALES

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
335.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 31 / 2020

**Transaction ID : AEEB460FB4F764989834**

Amount of Each Receipt this Period
25.00

[ ] Memo Item

Earmarked for NRSC (C00027466)

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Singer, Barbara, , ,

Mailing Address 1983 Vista Creek Dr

| City | State | Zip Code |
|------|-------|----------|
| Frisco | TX | 75036-1354 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
RETIRED

Occupation (for Individual)
Retired

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify) ▼

Aggregate Year-to-Date ▼
85.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 31 / 2020

**Transaction ID : AD328416AEF5F4D2A929**

Amount of Each Receipt this Period
35.00

[ ] Memo Item

Earmarked for NRSC (C00027466)

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , ,

Mailing Address PO Box 808

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
SELF-EMPLOYED

Occupation (for Individual)
BUSINESS

Receipt For:
[ ] Primary [ ] General
[ ] Other (specify)

Aggregate Year-to-Date ▼
5600.00

Date of Receipt
M M / D D / Y Y Y Y
03 / 31 / 2020

**Transaction ID : A6A8AACF1E5CC42DBAE0**

Amount of Each Receipt this Period
5600.00

[ ] Memo Item

Earmarked for TAYLOR FOR CONGRESS 2020 (C00733394)

---

**SUBTOTAL** of Receipts This Page (optional)............................................. ▶ 5660.00

**TOTAL** This Period (last page this line number only)............................. ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| | | | |
|---|---|---|---|
| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 ☐ 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Taylor for Congress 2020

---

**A.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address P.O. BOX 808

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer
SELF EMPLOYED

Occupation
BUSINESS

Receipt For: 2020
☒ Primary  ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
5600.00

Date of Receipt
03 / 31 / 2020

Transaction ID : SA11A.14627

Amount of Each Receipt this Period
− 2800.00

☒ Memo Item
CONTRIBUTION

REDESIGNATION TO GENERAL

---

**B.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address P.O. BOX 808

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer
SELF EMPLOYED

Occupation
BUSINESS

Receipt For: 2020
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date
5600.00

Date of Receipt
03 / 31 / 2020

Transaction ID : SA11A.14628

Amount of Each Receipt this Period
2800.00

☒ Memo Item
CONTRIBUTION

REDESIGNATION FROM PRIMARY

---

**C.** Full Name (Last, First, Middle Initial)
WINRED

Mailing Address PO BOX 9891

| City | State | Zip Code |
|---|---|---|
| ARLINGTON | VA | 22219-1891 |

FEC ID number of contributing federal political committee. **C** C00694323

Name of Employer

Occupation

Receipt For: 2020
☒ Primary  ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
142138.54

Date of Receipt
03 / 31 / 2020

Transaction ID : SA11C.145561082

Amount of Each Receipt this Period
25.00

☒ Memo Item
CONTRIBUTION

SEE ATTRIBUTION BELOW FOR ALL DONORS ABOVE ITEMIZATION THRESHOLD

---

SUBTOTAL of Receipts This Page (optional).............................................................▶  0.00

TOTAL This Period (last page this line number only).............................................▶

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 121 OF 192

| ☒ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 | ☐ 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Taylor for Congress 2020

---

**A.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address P.O. BOX 808

| City | State | Zip Code |
| MIDDLEBURG | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer: SELF EMPLOYED
Occupation: BUSINESS

Receipt For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
5600.00

Date of Receipt
| M M | D D | Y Y Y Y |
| 03 | 31 | 2020 |

Transaction ID : SA11A.14627

Amount of Each Receipt this Period
− 2800.00

☒ Memo Item
CONTRIBUTION

REDESIGNATION TO GENERAL

---

**B.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address P.O. BOX 808

| City | State | Zip Code |
| MIDDLEBURG | VA | 20118-0808 |

FEC ID number of contributing federal political committee. **C**

Name of Employer: SELF EMPLOYED
Occupation: BUSINESS

Receipt For: 2020
☐ Primary ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date
5600.00

Date of Receipt
| M M | D D | Y Y Y Y |
| 03 | 31 | 2020 |

Transaction ID : SA11A.14628

Amount of Each Receipt this Period
2800.00

☒ Memo Item
CONTRIBUTION

REDESIGNATION FROM PRIMARY

---

**C.** Full Name (Last, First, Middle Initial)
WINRED

Mailing Address PO BOX 9891

| City | State | Zip Code |
| ARLINGTON | VA | 22219-1891 |

FEC ID number of contributing federal political committee. **C** C00694323

Name of Employer:
Occupation:

Receipt For: 2020
☒ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date
142138.54

Date of Receipt
| M M | D D | Y Y Y Y |
| 03 | 31 | 2020 |

Transaction ID : SA11C.145561082

Amount of Each Receipt this Period
25.00

☒ Memo Item
CONTRIBUTION

SEE ATTRIBUTION BELOW FOR ALL DONORS
ABOVE ITEMIZATION THRESHOLD

---

SUBTOTAL of Receipts This Page (optional) ............................................................. ▶ 0.00

TOTAL This Period (last page this line number only) ............................................................. ▶

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 41 OF 69

[x] 11a [ ] 11b [ ] 11c [ ] 11d
[ ] 12 [ ] 13a [ ] 13b [ ] 14 [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions
or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## KOBACH FOR SENATE

---

**A.** Full Name (Last, First, Middle Initial)
Oddo, Rick, , ,

Mailing Address 15431 West 100Th Terrace

| City | State | Zip Code |
|------|-------|----------|
| Lenexa | KS | 66219 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer
Oddo Development Company

Occupation
President

Receipt For: 2020
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
1500.00

Date of Receipt
M M / D D / Y Y Y Y
09 / 30 / 2019

Transaction ID : SA11AI.4144

Amount of Each Receipt this Period
1500.00

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Peluchiwski, Bill, , ,

Mailing Address 1058 W Alfelb

| City | State | Zip Code |
|------|-------|----------|
| Chicago | IL | 60614 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer
Holahan & Loukey

Occupation
Banker

Receipt For: 2020
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
1000.00

Date of Receipt
M M / D D / Y Y Y Y
09 / 12 / 2019

Transaction ID : SA11AI.4164

Amount of Each Receipt this Period
1000.00

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Prince, Erik, , ,

Mailing Address PO Box 808

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20118 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer
Self Employed

Occupation
Investor

Receipt For: 2020
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
2200.00

Date of Receipt
M M / D D / Y Y Y Y
09 / 24 / 2019

Transaction ID : SA11AI.6989

Amount of Each Receipt this Period
2200.00

[ ] Memo Item

---

SUBTOTAL of Receipts This Page (optional)..................................................► 4700.00

TOTAL This Period (last page this line number only)..................................►

# SCHEDULE A (FEC Form 3)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| | | | |
|---|---|---|---|
| ✗ 11a | ☐ 11b | ☐ 11c | ☐ 11d |
| ☐ 12 | ☐ 13a | ☐ 13b | ☐ 14 ☐ 15 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Rohrabacher for Congress**

---

**A.** Full Name (Last, First, Middle Initial)
**Kazan, Kyle, , ,**

Mailing Address 27416 Sunnyridge Rd

| City | State | Zip Code |
|---|---|---|
| Palos Verdes Penin | CA | 90274 |

FEC ID number of contributing federal political committee. **C**

Name of Employer
Beach Front Property Management

Occupation
CEO

Receipt For: 2018
✗ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
2700.00

Date of Receipt
M M 09 / D D 30 / Y Y Y Y 2017

**Transaction ID : INCA13083**

Amount of Each Receipt this Period
2700.00

☐ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
**Pitkin, Jason, , ,**

Mailing Address 429 Heliotrope Ave

| City | State | Zip Code |
|---|---|---|
| Corona del Mar | CA | 92625 |

FEC ID number of contributing federal political committee. **C**

Name of Employer
Pacific Fundraising Strategies

Occupation
Consulting

Receipt For: 2018
✗ Primary ☐ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
1705.00

Date of Receipt
M M 09 / D D 30 / Y Y Y Y 2017

**Transaction ID : INCA13170**

Amount of Each Receipt this Period
1000.00

☐ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
**Prince, Erik, , ,**

Mailing Address PO Box 80805

| City | State | Zip Code |
|---|---|---|
| Middleburg | VA | 20118 |

FEC ID number of contributing federal political committee. **C**

Name of Employer
Prince Household LLC

Occupation
Owner

Receipt For: 2018
☐ Primary ✗ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
5400.00

Date of Receipt
M M 09 / D D 30 / Y Y Y Y 2017

**Transaction ID : INCA13167**

Amount of Each Receipt this Period
400.00

☐ Memo Item

---

SUBTOTAL of Receipts This Page (optional) ............................................................► 4100.00

TOTAL This Period (last page this line number only) ............................................►

# SCHEDULE A (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 31 OF 140

[x] 11a [ ] 11b [ ] 11c [ ] 11d
[ ] 12 [ ] 13a [ ] 13b [ ] 14 [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Rohrabacher for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Prince, Erik, , ,

Mailing Address PO Box 80805

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20118 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer: Prince Household LLC
Occupation: Owner

Receipt For: 2018
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
5000.00

Date of Receipt
M M 01 D D 04 Y Y Y Y 2017

Transaction ID : INCA12096

Amount of Each Receipt this Period
2700.00

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Rodriguez, OScar, , ,

Mailing Address 2444 E Thackery

| City | State | Zip Code |
|------|-------|----------|
| West Covina | CA | 91791 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer: Century 21 Citrus Realty
Occupation: CEO/Broker

Receipt For: 2018
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
1000.00

Date of Receipt
M M 01 D D 04 Y Y Y Y 2017

Transaction ID : INCA12085

Amount of Each Receipt this Period
1000.00

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Sikora, Daniel, , ,

Mailing Address 907 Clipper Dr

| City | State | Zip Code |
|------|-------|----------|
| Henderson | NV | 89015 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer: None
Occupation: Retired

Receipt For: 2018
[x] Primary [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date ▼
1000.00

Date of Receipt
M M 01 D D 04 Y Y Y Y 2017

Transaction ID : INCA12060

Amount of Each Receipt this Period
1000.00

[ ] Memo Item

---

SUBTOTAL of Receipts This Page (optional)..................................... ▶ 4700.00

TOTAL This Period (last page this line number only).......................... ▶

Image# 201704149052171319

# SCHEDULE A  (FEC Form 3)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

[x] 11a   [ ] 11b   [ ] 11c   [ ] 11d
[ ] 12   [ ] 13a   [ ] 13b   [ ] 14   [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Rohrabacher for Congress

---

**A.** Full Name (Last, First, Middle Initial)
Price, William, , ,

Mailing Address 6479 Nancy St

| City | State | Zip Code |
|------|-------|----------|
| Los Angeles | CA | 90045 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer: None
Occupation: Retired

Receipt For: 2018
[x] Primary   [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date
500.00

Date of Receipt
M M 01 / D D 04 / Y Y Y Y 2017

Transaction ID : INCA12065

Amount of Each Receipt this Period
500.00

[ ] Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
Primorac, Max, , ,

Mailing Address 1314 Massachusetts Ave NW, #403

| City | State | Zip Code |
|------|-------|----------|
| Washington | DC | 20005 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer: Between Two Rivers, LLC
Occupation: Consultant

Receipt For: 2018
[x] Primary   [ ] General
[ ] Other (specify) ▼

Election Cycle-to-Date
1000.00

Date of Receipt
M M 01 / D D 04 / Y Y Y Y 2017

Transaction ID : INCA12093

Amount of Each Receipt this Period
1000.00

[ ] Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
Prince, Erik, , ,

Mailing Address PO Box 80805

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20118 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer: Prince Household LLC
Occupation: Owner

Receipt For: 2018
[ ] Primary   [x] General
[ ] Other (specify) ▼

Election Cycle-to-Date
5000.00

Date of Receipt
M M 01 / D D 04 / Y Y Y Y 2017

Transaction ID : INCA12097

Amount of Each Receipt this Period
2300.00

[ ] Memo Item

---

SUBTOTAL of Receipts This Page (optional) ................................................►   3800.00

TOTAL This Period (last page this line number only) ................................►

Image# 201705229055131433

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## Make America Number 1

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, DEAN, ,

Mailing Address  PO BOX 808

| City | State | Zip Code |
|------|-------|----------|
| MIDDLEBURG | VA | 20118 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)
SELF EMPLOYED

Occupation (for Individual)
INVESTOR

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
100000.00

Date of Receipt
09 / 21 / 2016

Transaction ID : SA963563

Amount of Each Receipt this Period
100000.00

☐ Memo Item
CONTRIBUTION

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Mailing Address

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)

Occupation (for Individual)

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼

Date of Receipt
/ /

Amount of Each Receipt this Period

☐ Memo Item

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

Mailing Address

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)

Occupation (for Individual)

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼

Date of Receipt
/ /

Amount of Each Receipt this Period

☐ Memo Item

---

SUBTOTAL of Receipts This Page (optional)............................................................ ▶   100000.00

TOTAL This Period (last page this line number only)............................................ ▶   2181250.00

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 6 OF 14

- [x] 11a
- [ ] 11b
- [ ] 11c
- [ ] 12
- [ ] 13
- [ ] 14
- [ ] 15
- [ ] 16
- [ ] 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Make America Number 1

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
MOSKOWITZ, CHERNA, , ,

Mailing Address 4744 N BAY RD

| City | State | Zip Code |
|------|-------|----------|
| MIAMI | FL | 33140- |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
HAWAIIAN GARDENS CASINO

Occupation (for Individual)
SELF EMPLOYED BUSINESS OWNER

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Date of Receipt
08 / 23 / 2016

Transaction ID : SA11A.161

Amount of Each Receipt this Period
1000000.00

- [ ] Memo Item

CONTRIBUTION

Aggregate Year-to-Date ▼
1000000.00

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, DEAN, ,

Mailing Address PO BOX 808

| City | State | Zip Code |
|------|-------|----------|
| MIDDLEBURG | VA | 20118- |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
SELF

Occupation (for Individual)
INVESTOR

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Date of Receipt
08 / 21 / 

Transaction ID : SA11A.159

Amount of Each Receipt this Period
50000.00

- [ ] Memo Item

CONTRIBUTION

Aggregate Year-to-Date ▼
50000.00

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
SCHILLING, PAUL, , ,

Mailing Address 431 PORPOISE POINT DRIVE

| City | State | Zip Code |
|------|-------|----------|
| SAINT AUGUSTINE | FL | 32084-2959 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
SELF

Occupation (for Individual)
PHYSICIAN

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify)

Date of Receipt
08 / 04 / 2016

Transaction ID : SA11A.69

Amount of Each Receipt this Period
250.00

- [ ] Memo Item

CONTRIBUTION

Aggregate Year-to-Date ▼
250.00

---

SUBTOTAL of Receipts This Page (optional)............................................................. ▶ 1050250.00

TOTAL This Period (last page this line number only)............................................ ▶

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 32 OF 102

| 11a | 11b | 11c | ☒ 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**New Jersey Republican State Committee**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Merchantz, Cathy, , ,

Mailing Address 723 W North St

| City | State | Zip Code |
| Hinsdale | IL | 60521-3001 |

FEC ID number of contributing federal political committee.   **C**

Name of Employer (for Individual)   Homemaker
Occupation (for Individual)   Homemaker

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
661.90

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : AFF9D7664D78F4F21B15**

Amount of Each Receipt this Period
661.90

☒ Memo Item

JFC Transfer - Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Chouest, Carolyn, , ,

Mailing Address PO Box 310

| City | State | Zip Code |
| Galliano | LA | 70354-0310 |

FEC ID number of contributing federal political committee.   **C**

Name of Employer (for Individual)   Homemaker
Occupation (for Individual)   Homemaker

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
661.90

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : A1865851A6E504E0D8AE**

Amount of Each Receipt this Period
661.90

☒ Memo Item

JFC Transfer - Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee.   **C**

Name of Employer (for Individual)   Self
Occupation (for Individual)   Businessman

Receipt For:
☐ Primary   ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : AF37F15FFA0114FBEBA7**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer - Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶   0.00

TOTAL This Period (last page this line number only).................................. ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 80 OF 144

| ✗ 11a | ☐ 11b | ☐ 11c | ☐ 12 |
| ☐ 13 | ☐ 14 | ☐ 15 | ☐ 16 | ☐ 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## Republican Party of Minnesota - Federal

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Road

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
#N/A

Occupation (for Individual)
#N/A

Receipt For: 2016
☐ Primary ✗ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : 618553-996441-1-P**

Amount of Each Receipt this Period
3042.86

✗ Memo Item

JFC Transfer-Trump Victory

Partnership Subitemization of Trump Victory c/o Red Curve Solutions

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Rakolta, John, , , III

Mailing Address 777 Woodward Avenue

| City | State | Zip Code |
|------|-------|----------|
| Detroit | MI | 48226 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Walbridge

Occupation (for Individual)
Walbridge

Receipt For: 2016
☐ Primary ✗ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
4490.47

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : 617579-996441-1-P**

Amount of Each Receipt this Period
4233.33

✗ Memo Item

JFC Transfer-Trump Victory

Partnership Subitemization of Trump Victory c/o Red Curve Solutions

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Rakolta, Terry, , ,

Mailing Address 777 Woodward Avenue
Suite 300

| City | State | Zip Code |
|------|-------|----------|
| Detroit | MI | 48226-3582 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Owner

Occupation (for Individual)
Woodbridge

Receipt For: 2016
☐ Primary ✗ General
☐ Other (specify)

Aggregate Year-to-Date ▼
4233.33

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : 618555-996441-1-P**

Amount of Each Receipt this Period
4233.33

✗ Memo Item

JFC Transfer-Trump Victory

Partnership Subitemization of Trump Victory c/o Red Curve Solutions

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶ 0.00

TOTAL This Period (last page this line number only).................................. ▶

Image# 201705049053500031

# SCHEDULE A  (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| 11a | 11b | 11c | x 12 |
|-----|-----|-----|------|
| 13  | 14  | 15  | 16  | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## Connecticut Republican Party

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**A.**  Witkoff, Steven, , ,

Mailing Address  40 W 57th St

| City | State | Zip Code |
|------|-------|----------|
| New York | NY | 10019-4001 |

FEC ID number of contributing
federal political committee.    **C**

Name of Employer (for Individual)
The Witkoff Group

Occupation (for Individual)
Real Estate

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
4761.90

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : ABE76765BBF8649458C3**

Amount of Each Receipt this Period
4761.90

☒ Memo Item

'JFC Transfer-Trump Victory'

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**B.**  Scaramucci, Anthony, , ,

Mailing Address  17 Parkwoods Rd

| City | State | Zip Code |
|------|-------|----------|
| Manhasset | NY | 11030-1509 |

FEC ID number of contributing
federal political committee.    **C**

Name of Employer (for Individual)
Skybridge Capital

Occupation (for Individual)
Co-Managing Partner

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2142.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : A0B1EBCE40BE649FABC2**

Amount of Each Receipt this Period
2142.86

☒ Memo Item

'JFC Transfer-Trump Victory'

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**C.**  Prince, Erik, D., ,

Mailing Address  23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing
federal political committee.    **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

**Transaction ID : A4F5F78424FA0479ABFC**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

'JFC Transfer-Trump Victory'

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶   0.00

TOTAL This Period (last page this line number only)......................................... ▶

Image# 201705300055159378

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## South Carolina Republican Party

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
McGill, Donald, R, ,

Mailing Address 21555 Katy Fwy

| City | State | Zip Code |
|------|-------|----------|
| Katy | TX | 77450-1802 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Don McGill Toyota and Porsche

Occupation (for Individual)
Owner

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
10000.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : AA6C12F65D08A439BA0D

Amount of Each Receipt this Period
10000.00

☒ Memo Item

Trump Victory-Transfer Memo

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
McGill, John, O, ,

Mailing Address 21555 Katy Fwy

| City | State | Zip Code |
|------|-------|----------|
| Katy | TX | 77450-1802 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Don McGill Toyota and Porsche

Occupation (for Individual)
GM

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
8995.24

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : ACCA9D3172D29467DA6C

Amount of Each Receipt this Period
8995.24

☒ Memo Item

Trump Victory-Transfer Memo

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : AD0D43004D89942378B2

Amount of Each Receipt this Period
3042.86

☒ Memo Item

Trump Victory-Transfer Memo

---

SUBTOTAL of Receipts This Page (optional).................................................► 0.00

TOTAL This Period (last page this line number only).................................► 476371.81

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 48 OF 180

| 11a | 11b | 11c | ✗ 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**North Carolina Republican Party**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , ,

Mailing Address 23318 Foxcroft Road

| City | State | Zip Code |
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M 10 / D D 17 / Y Y Y Y 2016

**Transaction ID : A42FC1BA725C44FEB97E**

Amount of Each Receipt this Period
3042.86

✗ Memo Item

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Winchester, Dennis, , ,

Mailing Address 124 Blackland Road NW

| City | State | Zip Code |
| Atlanta | GA | 30342-4410 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Quikrete Co.

Occupation (for Individual)
Managing Director

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
533.33

Date of Receipt
M M 10 / D D 17 / Y Y Y Y 2016

**Transaction ID : A569E087D615A4F60863**

Amount of Each Receipt this Period
533.33

✗ Memo Item

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Hill, Vernon, , ,

Mailing Address 262 E Main Street

| City | State | Zip Code |
| Moorestown | NJ | 08057-2931 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Site Development

Occupation (for Individual)
Executive

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
10000.00

Date of Receipt
M M 10 / D D 17 / Y Y Y Y 2016

**Transaction ID : A7B20248495CB46A1946**

Amount of Each Receipt this Period
10000.00

✗ Memo Item

---

SUBTOTAL of Receipts This Page (optional).................................................► 0.00

TOTAL This Period (last page this line number only).................................►

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 60 OF 102

| 11a | 11b | 11c | ✗ 12 |
|-----|-----|-----|------|
| 13  | 14  | 15  | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Tennessee Republican Party Federal Election Account**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
McGill, John, , ,

Mailing Address 21555 Katy FWY

| City | State | Zip Code |
|------|-------|----------|
| Katy | TX | 77450-1802 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Requested

Occupation (for Individual)
Requested

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
8995.24

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : A57F4A24628C349F2BBF

Amount of Each Receipt this Period
8995.24

✗ Memo Item

JFC Transfer - Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Requested

Occupation (for Individual)
Requested

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : A8EFA637C29584575BCA

Amount of Each Receipt this Period
3042.86

✗ Memo Item

JFC Transfer - Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Horowitz, Jeffrey, , ,

Mailing Address 7273 Fisher Island Dr

| City | State | Zip Code |
|------|-------|----------|
| Miami Beach | FL | 33109-0759 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Requested

Occupation (for Individual)
Requested

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
661.90

Date of Receipt
M M / D D / Y Y Y Y
10 / 17 / 2016

Transaction ID : A381F3B313A0642E28F9

Amount of Each Receipt this Period
661.90

✗ Memo Item

JFC Transfer - Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶ 0.00

TOTAL This Period (last page this line number only).................................. ▶

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**West Virginia Republican Party, Inc.**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
London, Jack, P, Dr.,

Mailing Address 1100 North Glebe Road

| City | State | Zip Code |
|------|-------|----------|
| Arlington | VA | 22201-5798 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)
CACI International Inc.

Occupation (for Individual)
Executive

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.85

Date of Receipt
10 / 10 / 2016

Transaction ID : A21DE382BD7F04D01B6D

Amount of Each Receipt this Period
2380.95

☒ Memo Item

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)
Owner

Occupation (for Individual)
Prince Group

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.85

Date of Receipt
10 / 11 / 2016

Transaction ID : A672C85F6C11D4B6CB34

Amount of Each Receipt this Period
3042.85

☒ Memo Item

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Levy, Leora, , ,

Mailing Address 59 Pecksland Road

| City | State | Zip Code |
|------|-------|----------|
| Greenwich | CT | 06831-3711 |

FEC ID number of contributing federal political committee.  C

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Retired

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
661.90

Date of Receipt
10 / 11 / 2016

Transaction ID : AAB6EC993746440159AA

Amount of Each Receipt this Period
661.90

☒ Memo Item

---

SUBTOTAL of Receipts This Page (optional)............................................................. ▶   0.00

TOTAL This Period (last page this line number only)............................................ ▶

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| 11a | 11b | 11c | x 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

## Kansas Republican Party

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Powell, Dana, , Mrs,

Mailing Address 11 Lynn Batts Lane STE 200

| City | State | Zip Code |
| San Antonio | TX | 78218 |

FEC ID number of contributing
federal political committee.

C

Name of Employer (for Individual)
Homemaker

Occupation (for Individual)
Homemaker

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
4761.90

Date of Receipt
09 / 30 / 2016

**Transaction ID : SA12.23427**

Amount of Each Receipt this Period
4761.90

[x] Memo Item

JFC Transfer-Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Price, William, F, Mr., Jr.

Mailing Address 18434 Coastline Drive

| City | State | Zip Code |
| Malibu | CA | 90265 |

FEC ID number of contributing
federal political committee.

C

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Retired

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
07 / 11 / 2016

**Transaction ID : SA12.23429**

Amount of Each Receipt this Period
2380.95

[x] Memo Item

JFC Transfer-Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
| Middleburg | VA | 20117 |

FEC ID number of contributing
federal political committee.

C

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
10 / 11 / 2016

**Transaction ID : SA12.23431**

Amount of Each Receipt this Period
3042.86

[x] Memo Item

JFC Transfer-Trump Victory

---

SUBTOTAL of Receipts This Page (optional)............................................................. ▶    0.00

TOTAL This Period (last page this line number only)............................................. ▶

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 84 OF 123

| 11a | 11b | 11c | ☒ 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

## ALABAMA REPUBLICAN PARTY

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**A.** PRICE, WILLIAM, F, MR., JR.

Mailing Address 18434 COASTLINE DRIVE

| City | State | Zip Code |
| MALIBU | CA | 90265 |

FEC ID number of contributing
federal political committee.    C

Name of Employer (for Individual)
RETIRED

Occupation (for Individual)
RETIRED

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Date of Receipt
07 / 11 / 2016

Transaction ID : SA12.29293

Amount of Each Receipt this Period
2380.95

☒ Memo Item

JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
2380.95

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**B.** PRINCE, ERIK, D, MR.,

Mailing Address 23318 FOXCROFT RD

| City | State | Zip Code |
| MIDDLEBURG | VA | 20117 |

FEC ID number of contributing
federal political committee.    C

Name of Employer (for Individual)
PRINCE GROUP

Occupation (for Individual)
OWNER

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Date of Receipt
10 / 11 / 2016

Transaction ID : SA12.29295

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
3042.86

---

Full Name of Individual (Last, First, Middle Initial) or Full Organization Name

**C.** RAKOLTA, JOHN, , , III

Mailing Address 777 WOODWARD AVENUE

| City | State | Zip Code |
| DETROIT | MI | 48226 |

FEC ID number of contributing
federal political committee.    C

Name of Employer (for Individual)
WALBRIDGE

Occupation (for Individual)
CAO

Receipt For:
☐ Primary   ☐ General
☐ Other (specify)

Date of Receipt
07 / 26 / 2016

Transaction ID : SA12.29296

Amount of Each Receipt this Period
4233.33

☒ Memo Item

JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
4233.33

---

SUBTOTAL of Receipts This Page (optional)............................................................► 0.00

TOTAL This Period (last page this line number only)............................................►

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Republican Party of Arkansas**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Prince, Erik, D, ,**

Mailing Address 23318 Foxcroft Road

| City | State | Zip Code |
|---|---|---|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): Best efforts
Occupation (for Individual): Best efforts

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼ 3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

**Transaction ID : A46185115EB384DBDB06**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer-Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Stone, Reagan, R, ,**

Mailing Address 3227 Ocean Drive

| City | State | Zip Code |
|---|---|---|
| Corpus Christi | TX | 78404-1616 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): Self Employed
Occupation (for Individual): Rancher

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼ 1376.19

Date of Receipt
M M / D D / Y Y Y Y
10 / 12 / 2016

**Transaction ID : A6A021E084D58439F992**

Amount of Each Receipt this Period
1376.19

☒ Memo Item

JFC Transfer-Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Ball, George, , ,**

Mailing Address 105 New Britain Road

| City | State | Zip Code |
|---|---|---|
| Doylestown | PA | 18901-2642 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): W. Atlee Burpee Company
Occupation (for Individual): Chairman and CEO

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼ 5423.82

Date of Receipt
M M / D D / Y Y Y Y
10 / 12 / 2016

**Transaction ID : A97988136AF484F3D888**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer-Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................► 0.00

TOTAL This Period (last page this line number only).................................►

Image# 201610279036663867

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**NY Republican Federal Campaign Committee**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Prince, Erik, , ,**

Mailing Address 23318 Foxcroft Road

| City | State | Zip Code |
|---|---|---|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
owner

Receipt For: 2016
☐ Primary ☒ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M 10 / D D 11 / Y Y Y Y 2016

**Transaction ID : 141774-228835-1-P**
Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer-Trump Victory

Transfer Subitemization of Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Winchester, Dennis, , ,**

Mailing Address 124 Blackland Road NW

| City | State | Zip Code |
|---|---|---|
| Atlanta | GA | 30342-4410 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)
Quikcrete

Occupation (for Individual)
Managing Director

Receipt For: 2016
☐ Primary ☒ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
533.33

Date of Receipt
M M 10 / D D 11 / Y Y Y Y 2016

**Transaction ID : 141812-228835-1-P**
Amount of Each Receipt this Period
533.33

☒ Memo Item

JFC Transfer-Trump Victory

Transfer Subitemization of Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**Ball, George, , ,**

Mailing Address 105 New Britain Road

| City | State | Zip Code |
|---|---|---|
| Doylestown | PA | 18901-2642 |

FEC ID number of contributing federal political committee.  **C**

Name of Employer (for Individual)
W. Atlee Burpee Company

Occupation (for Individual)
Chairman and CEO

Receipt For: 2016
☐ Primary ☒ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
5423.82

Date of Receipt
M M 10 / D D 12 / Y Y Y Y 2016

**Transaction ID : 141639-228835-1-P**
Amount of Each Receipt this Period
1190.48

☒ Memo Item

JFC Transfer-Trump Victory

Transfer Subitemization of Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................► 0.00

TOTAL This Period (last page this line number only).................................►

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 65 OF 73

| 11a | 11b | 11c | ☒ 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)

**Wyoming Republican Party, Inc.**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Levy, Leora, , ,

Mailing Address 59 Pecksland Road

| City | State | Zip Code |
| Greenwich | CT | 06831-3711 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Retired

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
695.00

Date of Receipt
M M 10 / D D 11 / Y Y Y Y 2016

**Transaction ID : A188A5C19545D4A019BA**

Amount of Each Receipt this Period
661.90

☒ Memo Item

JFC Transfer-Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M 10 / D D 11 / Y Y Y Y 2016

**Transaction ID : A5963C34F068E4AB1ABB**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer-Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Winchester, Dennis, , ,

Mailing Address 124 Blackland Road, NW

| City | State | Zip Code |
| Atlanta | GA | 30342-4410 |

FEC ID number of contributing
federal political committee. **C**

Name of Employer (for Individual)
Quikrete Co.

Occupation (for Individual)
Managing Director

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
533.33

Date of Receipt
M M 10 / D D 11 / Y Y Y Y 2016

**Transaction ID : A7FAB0860CA914B72BDD**

Amount of Each Receipt this Period
533.33

☒ Memo Item

JFC Transfer-Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶   0.00

TOTAL This Period (last page this line number only)................................. ▶

Image# 201612079037730543

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Mississippi Republican Party**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
McIntyre, William, S, Mr.,

Mailing Address 4815 Shadywood Lane

| City | State | Zip Code |
|------|-------|----------|
| Dallas | TX | 75209-2021 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
ACIG Insurance Company

Occupation (for Individual)
ACIG Insurance Company

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
661.90

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

**Transaction ID : AAE960F6ABFD341C1B35**

Amount of Each Receipt this Period
661.90

☒ Memo Item

JFC Transfer-Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Prince Group

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

**Transaction ID : AA0AEB75C39DC4113B58**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

JFC Transfer-Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Dickson, Mark, , Mr.,

Mailing Address 11040 Palmer Ave

| City | State | Zip Code |
|------|-------|----------|
| South Gate | CA | 90280-7408 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Astro Aluminum

Occupation (for Individual)
Executive

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
3249.70

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

**Transaction ID : AD28AAE59B70B4035BD3**

Amount of Each Receipt this Period
2380.95

☒ Memo Item

JFC Transfer-Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶ 0.00

TOTAL This Period (last page this line number only)......................................... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 188 OF 754

11a ☐ 11b ☐ 11c ☐ 12 ☒
13 ☐ 14 ☐ 15 ☐ 16 ☐ 17 ☐

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Republican Federal Committee of Pennsylvania

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
McIntyre, William, , ,

Mailing Address 4815 Shadywood Lane

| City | State | Zip Code |
|------|-------|----------|
| Dallas | TX | 75209-2021 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
ACIG Insurance Company

Occupation (for Individual)
Chairman

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
661.90

Date of Receipt
10 / 11 / 2016

Transaction ID : AF66ACD5CE76F43EA90C

Amount of Each Receipt this Period
661.90

☒ Memo Item

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
10 / 11 / 2016

Transaction ID : AB70405B97CCB4001BF9

Amount of Each Receipt this Period
3042.86

☒ Memo Item

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Mosbacher, Georgette, , ,

Mailing Address 1020 5th Ave

| City | State | Zip Code |
|------|-------|----------|
| New York | NY | 10028-0133 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
GME Inc

Occupation (for Individual)
CEO

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
661.90

Date of Receipt
10 / 12 / 2016

Transaction ID : A6BEB72F8143244BBB16

Amount of Each Receipt this Period
661.90

☒ Memo Item

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶ 0.00

TOTAL This Period (last page this line number only)........................................ ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 24497 OF 60900

| 11a | 11b | 11c | x 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**REPUBLICAN NATIONAL COMMITTEE**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRIEFERT, BILL, , ,

Mailing Address P.O. BOX 1540

| City | State | Zip Code |
| MOUNT PLEASANT | TX | 75456-1540 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
PRIEFERT MANUFACTURING

Occupation (for Individual)
PRESIDENT

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2300.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 03 / 2016

Transaction ID : SA.68385173.7.1024

Amount of Each Receipt this Period
2300.00

☒ Memo Item
CONTRIBUTION

CONTRIBUTION MEMO OF TRUMP VICTORY COMMITTEE JFC TRANSFER

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, D., MR.,

Mailing Address 23318 FOXCROFT ROAD

| City | State | Zip Code |
| MIDDLEBURG | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
INFORMATION REQUESTED PER BEST EFFORTS

Occupation (for Individual)
INFORMATION REQUESTED PER BE

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
33400.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

Transaction ID : SA.68707848.7.1024

Amount of Each Receipt this Period
33400.00

☒ Memo Item
CONTRIBUTION

CONTRIBUTION MEMO OF TRUMP VICTORY COMMITTEE JFC TRANSFER

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PULLANO, FRANK, , ,

Mailing Address 777 MOUNT CARMEL AVE

| City | State | Zip Code |
| NORTH HAVEN | CT | 06473-1016 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
INFORMATION REQUESTED PER BEST EFFORTS

Occupation (for Individual)
INFORMATION REQUESTED PER BES

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
2300.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 14 / 2016

Transaction ID : SA.68873912.7.1024

Amount of Each Receipt this Period
2300.00

☒ Memo Item
CONTRIBUTION

CONTRIBUTION MEMO OF TRUMP VICTORY COMMITTEE JFC TRANSFER

---

SUBTOTAL of Receipts This Page (optional).................................................► 0.00

TOTAL This Period (last page this line number only)...............................►

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 219 OF 354

☑ 11a ☐ 11b ☐ 11c ☐ 12
☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
TRUMP VICTORY

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, D, MR.,

Mailing Address 23318 FOXCROFT RD

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20117 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
PRINCE GROUP

Occupation (for Individual)
OWNER

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
100000.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016
Transaction ID : SA11AI.20190

Amount of Each Receipt this Period
100000.00

☐ Memo Item

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRUNSKIS, JOHN, V, DR.,

Mailing Address 600 HART RD.
SUITE 300

| City | State | Zip Code |
|---|---|---|
| BARRINGTON | IL | 60010 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
ILLINOIS PAIN INSTITUTE

Occupation (for Individual)
PHYSICIAN

Receipt For:
☐ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
500.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 04 / 2016
Transaction ID : SA11AI.19758

Amount of Each Receipt this Period
500.00

☐ Memo Item

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PULLANO, FRANK, , ,

Mailing Address 777 MOUNT CARMEL AVE

| City | State | Zip Code |
|---|---|---|
| NORTH HAVEN | CT | 06473 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
INFORMATION REQUESTED

Occupation (for Individual)
INFORMATION REQUESTED

Receipt For:
☐ Primary ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
5000.00

Date of Receipt
M M / D D / Y Y Y Y
10 / 14 / 2016
Transaction ID : SA11AI.20788

Amount of Each Receipt this Period
5000.00

☐ Memo Item

---

SUBTOTAL of Receipts This Page (optional).................................................► 105500.00

TOTAL This Period (last page this line number only)........................................►

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| 11a | 11b | 11c | ✗ 12 |
|---|---|---|---|
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**ILLINOIS REPUBLICAN PARTY**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**PRINCE, ERIK, D, MR.,**

Mailing Address 23318 FOXCROFT RD

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20117 |

FEC ID number of contributing federal political committee.    **C**

Name of Employer (for Individual)
PRINCE GROUP

Occupation (for Individual)
OWNER

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Date of Receipt
10 / 11 / 2016

**Transaction ID : SA12.12826**

Amount of Each Receipt this Period
3042.86

✗ Memo Item
JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
3042.86

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**RAKOLTA, JOHN, , , III**

Mailing Address 777 WOODWARD AVENUE

| City | State | Zip Code |
|---|---|---|
| DETROIT | MI | 48226 |

FEC ID number of contributing federal political committee.    **C**

Name of Employer (for Individual)
WALBRIDGE

Occupation (for Individual)
CAO

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Date of Receipt
07 / 26 / 2016

**Transaction ID : SA12.12827**

Amount of Each Receipt this Period
4233.33

✗ Memo Item
JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
4233.33

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
**RAKOLTA, TERRY, , ,**

Mailing Address 777 WOODWARD AVENUE, SUITE 300

| City | State | Zip Code |
|---|---|---|
| DETROIT | MI | 48226 |

FEC ID number of contributing federal political committee.    **C**

Name of Employer (for Individual)
WOODBRIDGE

Occupation (for Individual)
OWNER

Receipt For:
☐ Primary   ☐ General
☐ Other (specify)

Date of Receipt
07 / 28 / 2016

**Transaction ID : SA12.12828**

Amount of Each Receipt this Period
4233.33

✗ Memo Item
JFC TRANSFER:TRUMP VICTORY

Aggregate Year-to-Date ▼
4233.33

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶    0.00

TOTAL This Period (last page this line number only).................................... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

☐ 11a ☐ 11b ☐ 11c ☒ 12
☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐ 17

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**California Republican Party Federal Acct**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Powell, Dana, , ,

Mailing Address 11 Lynn Batts Ln
Ste 200

| City | State | Zip Code |
|------|-------|----------|
| San Antonio | TX | 78218-3076 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Homemaker

Occupation (for Individual)
Homemaker

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
4761.9

Date of Receipt
M M / D D / Y Y Y Y
09 / 30 / 2016
**Transaction ID : 984972-496396-1-P**

Amount of Each Receipt this Period
4761.9

☒ Memo Item

Transfer Subitemization of Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Price, William, , ,

Mailing Address 18434 Coastline Dr

| City | State | Zip Code |
|------|-------|----------|
| Malibu | CA | 90265-5707 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Retired

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
M M / D D / Y Y Y Y
07 / 11 / 2016
**Transaction ID : 984973-496396-1-P**

Amount of Each Receipt this Period
2380.95

☒ Memo Item

Transfer Subitemization of Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, , ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|------|-------|----------|
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016
**Transaction ID : 984974-496396-1-P**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

Transfer Subitemization of Trump Victory

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶ 0.00

TOTAL This Period (last page this line number only)...................................... ▶

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

PAGE 58 OF 100

| | | | |
|---|---|---|---|
| ☐ 11a | ☐ 11b | ☐ 11c | ☒ 12 |
| ☐ 13 | ☐ 14 | ☐ 15 | ☐ 16 | ☐ 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**REPUBLICAN PARTY OF LOUISIANA**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRICE, WILLIAM, F, MR., JR.

Mailing Address 18434 COASTLINE DRIVE

| City | State | Zip Code |
|---|---|---|
| MALIBU | CA | 90265 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
RETIRED

Occupation (for Individual)
RETIRED

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
07 11 2016

Transaction ID : SA12.35797

Amount of Each Receipt this Period
2380.95

☒ Memo Item
JFC TRANSFER: TRUMP VICTORY

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, D, MR.,

Mailing Address 23318 FOXCROFT RD

| City | State | Zip Code |
|---|---|---|
| MIDDLEBURG | VA | 20117 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
PRINCE GROUP

Occupation (for Individual)
OWNER

Receipt For:
☐ Primary  ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
10 11 2016

Transaction ID : SA12.35798

Amount of Each Receipt this Period
3042.86

☒ Memo Item
JFC TRANSFER: TRUMP VICTORY

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
RAKOLTA, JOHN, , , III

Mailing Address 777 WOODWARD AVENUE

| City | State | Zip Code |
|---|---|---|
| DETROIT | MI | 48226 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
WALBRIDGE

Occupation (for Individual)
CAO

Receipt For:
☐ Primary  ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
4233.33

Date of Receipt
07 26 2016

Transaction ID : SA12.35799

Amount of Each Receipt this Period
4233.33

☒ Memo Item
JFC TRANSFER: TRUMP VICTORY

---

SUBTOTAL of Receipts This Page (optional).................................................. ▶ 0.00

TOTAL This Period (last page this line number only)..................................... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE 68 OF 96

| 11a | 11b | 11c | ☒ 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**North Dakota Republican Party**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Powell, Dana, , Mrs,

Mailing Address 11 Lynn Batts Lane STE 200

| City | State | Zip Code |
| San Antonio | TX | 78218 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Homemaker

Occupation (for Individual)
Homemaker

Receipt For: 2016
☒ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
4761.90

Date of Receipt
M M / D D / Y Y Y Y
09 / 30 / 2016
**Transaction ID : 0197178-0144**

Amount of Each Receipt this Period
4761.90

☒ Memo Item

Joint Fundraiser

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Price, William, F, Mr., Jr.

Mailing Address 18434 Coastline Drive

| City | State | Zip Code |
| Malibu | CA | 90265 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Retired

Occupation (for Individual)
Retired

Receipt For: 2016
☒ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
M M / D D / Y Y Y Y
07 / 11 / 2016
**Transaction ID : 0197178-0145**

Amount of Each Receipt this Period
2380.95

☒ Memo Item

Joint Fundraiser

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
| Middleburg | VA | 20117 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For: 2016
☒ Primary ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016
**Transaction ID : 0197178-0146**

Amount of Each Receipt this Period
3042.86

☒ Memo Item

Joint Fundraiser

---

**SUBTOTAL** of Receipts This Page (optional)..................................................► 0.00

**TOTAL** This Period (last page this line number only)..................................►

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| 11a | 11b | 11c | x 12 |
| 13 | 14 | 15 | 16 | 17 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**MISSOURI REPUBLICAN STATE COMMITTEE-FEDERAL**

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Estey, Patricia, R, Ms.,

Mailing Address 3051 Arabian Rd

| City | State | Zip Code |
| Las Vegas | NV | 89107-4540 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer (for Individual)
Pere Antoines, Inc.

Occupation (for Individual)
Mangement

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
10000.00

Date of Receipt
| M M | D D | Y Y Y Y |
| 10 | 06 | 2016 |

**Transaction ID : A950A6269A1F84B7DAFB**

Amount of Each Receipt this Period
10000.00

[x] Memo Item

JFC Transfer - Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Rastin, Thomas, P, Dr.,

Mailing Address 1240 Gambier Rd

| City | State | Zip Code |
| Mount Vernon | OH | 43050-3842 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer (for Individual)
Ariel Corporation

Occupation (for Individual)
Executive V.P.

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
3195.00

Date of Receipt
| M M | D D | Y Y Y Y |
| 09 | 22 | 2016 |

**Transaction ID : A34D81B5E9FF34863B2D**

Amount of Each Receipt this Period
152.14

[x] Memo Item

JFC Transfer - Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, Mr.,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
| Middleburg | VA | 20117-3240 |

FEC ID number of contributing
federal political committee.  **C**

Name of Employer (for Individual)
Prince Group

Occupation (for Individual)
Owner

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify)

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
| M M | D D | Y Y Y Y |
| 10 | 11 | 2016 |

**Transaction ID : AC9945868CD2C45CC8CD**

Amount of Each Receipt this Period
3042.86

[x] Memo Item

JFC Transfer - Trump Victory

---

SUBTOTAL of Receipts This Page (optional)..........................................▶  0.00

TOTAL This Period (last page this line number only)...........................▶

# SCHEDULE A (FEC Form 3X)
# ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

FOR LINE NUMBER:
(check only one)

| 11a | 11b | 11c | **x** 12 |
| 13 | 14 | 15 | 16 | 17 |

PAGE 74 OF 153

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## REPUBLICAN PARTY OF VIRGINIA INC

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Price, William, F, , Jr.

Mailing Address 18434 Coastline Dr

| City | State | Zip Code |
|---|---|---|
| Malibu | CA | 90265 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): None
Occupation (for Individual): Retired

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
07 11 2016

**Transaction ID : SA12.313672**

Amount of Each Receipt this Period
2380.95

**x** Memo Item
JFC transfer -Trump Victory

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Prince, Erik, D, ,

Mailing Address 23318 Foxcroft Rd

| City | State | Zip Code |
|---|---|---|
| Middleburg | VA | 20117 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): Frontier Services Group
Occupation (for Individual): Chairman

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
10 11 2016

**Transaction ID : SA12.313674**

Amount of Each Receipt this Period
3042.86

**x** Memo Item
JFC transfer - Trump Victory

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
Rakolta, John, , , III

Mailing Address 777 Woodward Avenue

| City | State | Zip Code |
|---|---|---|
| Detroit | MI | 48226 |

FEC ID number of contributing federal political committee. **C**

Name of Employer (for Individual): Walbridge
Occupation (for Individual): CAO

Receipt For:
- [ ] Primary
- [ ] General
- [ ] Other (specify)

Aggregate Year-to-Date ▼
4233.33

Date of Receipt
07 26 2016

**Transaction ID : SA12.313614**

Amount of Each Receipt this Period
4233.33

**x** Memo Item
JFC transfer - Trump Victory

---

SUBTOTAL of Receipts This Page (optional)..................................................... ▶ 0.00

TOTAL This Period (last page this line number only)....................................... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

Image# 201707279069835454

# SCHEDULE A (FEC Form 3X)
## ITEMIZED RECEIPTS

Use separate schedule(s)
for each category of the
Detailed Summary Page

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions
or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
## Republican Party of Wisconsin

---

**A.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRICE, WILLIAM, , , JR.

Mailing Address  18434 COASTLINE DRIVE

| City | State | Zip Code |
|------|-------|----------|
| MALIBU | CA | 90265 |

FEC ID number of contributing
federal political committee.   **C**

Name of Employer (for Individual)   |   Occupation (for Individual)
RETIRED   |   RETIRED

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
2380.95

Date of Receipt
M M / D D / Y Y Y Y
07 / 11 / 2016

**Transaction ID : SA12.1011374**

Amount of Each Receipt this Period
2380.95

**x** Memo Item
TRANSFER

JFC ATTRIB: TRUMP VICTORY

---

**B.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
PRINCE, ERIK, , ,

Mailing Address  23318 FOXCROFT RD

| City | State | Zip Code |
|------|-------|----------|
| MIDDLEBURG | VA | 20117 |

FEC ID number of contributing
federal political committee.   **C**

Name of Employer (for Individual)   |   Occupation (for Individual)
PRINCE GROUP   |   OWNER

Receipt For:
☐ Primary   ☐ General
☐ Other (specify) ▼

Aggregate Year-to-Date ▼
3042.86

Date of Receipt
M M / D D / Y Y Y Y
10 / 11 / 2016

**Transaction ID : SA12.1011375**

Amount of Each Receipt this Period
3042.86

**x** Memo Item
TRANSFER

JFC ATTRIB: TRUMP VICTORY

---

**C.** Full Name of Individual (Last, First, Middle Initial) or Full Organization Name
RAKOLTA, JOHN, , , III

Mailing Address  777 WOODWARD AVENUE

| City | State | Zip Code |
|------|-------|----------|
| DETROIT | MI | 48226 |

FEC ID number of contributing
federal political committee.   **C**

Name of Employer (for Individual)   |   Occupation (for Individual)
WALBRIDGE   |   CAO

Receipt For:
☐ Primary   ☐ General
☐ Other (specify)

Aggregate Year-to-Date ▼
4233.33

Date of Receipt
M M / D D / Y Y Y Y
07 / 26 / 2016

**Transaction ID : SA12.1011376**

Amount of Each Receipt this Period
4233.33

**x** Memo Item
TRANSFER

JFC ATTRIB: TRUMP VICTORY

---

SUBTOTAL of Receipts This Page (optional)............................................. ▶   0.00

TOTAL This Period (last page this line number only)............................... ▶

FEC **Schedule A (Form 3X)** Rev. 06/2016

# SCHEDULE A-P
## ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

| 16 | 17a | 17b | 17c | 17d | ☒ 18 |
| 19a | 19b | 20a | 20b | 20c | 21 |

PAGE 9921 / 12929

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
DONALD J. TRUMP FOR PRESIDENT, INC.

---

**A.** Full Name (Last, First, Middle Initial)
PRIMM, RON, , ,

Mailing Address 609 STOCKLEY GARDENS

| City NORFOLK | State VA | Zip Code 23507 |

FEC ID number of contributing federal political committee.  C

Name of Employer THE PRIMM COMPANY
Occupation ADVERTISING

Receipt For: 2016
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
200.00

Transaction ID : SA18.70444
Date of Receipt
M M 10  D D 07  Y Y Y Y 2016

JFC TRANSFER: TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE [SA18.8282]

Amount of Each Receipt this Period
200.00

☒ Memo Item

---

**B.** Full Name (Last, First, Middle Initial)
PRINCE, ERIK, , ,

Mailing Address 23318 FOXCROFT RD

| City MIDDLEBURG | State VA | Zip Code 20117 |

FEC ID number of contributing federal political committee.  C

Name of Employer PRINCE GROUP
Occupation OWNER

Receipt For: 2016
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
2700.00

Transaction ID : SA18.73998
Date of Receipt
M M 10  D D 11  Y Y Y Y 2016

JFC TRANSFER: TRUMP VICTORY [SA18.8284]

Amount of Each Receipt this Period
2700.00

☒ Memo Item

---

**C.** Full Name (Last, First, Middle Initial)
PRINCE, MARLENE, , ,

Mailing Address 700 N BENTSEN PALM DR LOT 4

| City MISSION | State TX | Zip Code 78572 |

FEC ID number of contributing federal political committee.  C

Name of Employer INFORMATION REQUESTED
Occupation INFORMATION REQUESTED

Receipt For: 2016
☐ Primary  ☒ General
☐ Other (specify) ▼

Election Cycle-to-Date ▼
400.00

Transaction ID : SA18.40497
Date of Receipt
M M 09  D D 19  Y Y Y Y 2016

JFC TRANSFER: TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE [SA18.8280]

Amount of Each Receipt this Period
400.00

☒ Memo Item

---

**Subtotal Of Receipts This Page** (optional)..........................................▶ 0.00

**Total This Period** (last page this line number only) ........................▶

FEC **Schedule A–P (Form 3P)** (Rev. 05/2016)

# EXHIBIT Q

to the Second Declaration

of Matthew Cole

Form **990-PF**

Department of the Treasury
Internal Revenue Service

OMB No 1545-0052

## Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation
▶ Do not enter social security numbers on this form as it may be made public.
▶ Information about Form 990-PF and its instructions is at www.irs.gov/form990pf.

**2017**

Open to Public Inspection

**For calendar year 2017, or tax year beginning 07-01-2017 , and ending 06-30-2018**

Name of foundation
FREIHEIT FOUNDATION

% STACY DELUKE

Number and street (or P O box number if mail is not delivered to street address)  Room/suite
PO BOX 808

City or town, state or province, country, and ZIP or foreign postal code
MIDDLEBURG, VA  20118

**A Employer identification number**
38-2902413

**B** Telephone number (see instructions)
(703) 953-0577

**C** If exemption application is pending, check here ▶ ☐

**G** Check all that apply  ☐ Initial return  ☐ Initial return of a former public charity
☐ Final return  ☐ Amended return
☐ Address change  ☐ Name change

**H** Check type of organization  ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

**I** Fair market value of all assets at end of year (from Part II, col (c), line 16)▶$ 585,027

**J** Accounting method  ☒ Cash  ☐ Accrual
☐ Other (specify) _____
(Part I, column (d) must be on cash basis )

**D 1.** Foreign organizations, check here ▶ ☐
**2** Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

### Part I  Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions) )

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| **Revenue** | 1 Contributions, gifts, grants, etc , received (attach schedule) | 26,000 | | | |
| | 2 Check ▶ ☐ if the foundation is **not** required to attach Sch B | | | | |
| | 3 Interest on savings and temporary cash investments | 529 | 529 | | |
| | 4 Dividends and interest from securities | | | | |
| | 5a Gross rents | | | | |
| | b Net rental income or (loss) | | | | |
| | 6a Net gain or (loss) from sale of assets not on line 10 | | | | |
| | b Gross sales price for all assets on line 6a | | | | |
| | 7 Capital gain net income (from Part IV, line 2) | | 0 | | |
| | 8 Net short-term capital gain | | | | |
| | 9 Income modifications | | | | |
| | 10a Gross sales less returns and allowances | | | | |
| | b Less  Cost of goods sold | | | | |
| | c Gross profit or (loss) (attach schedule) | | | | |
| | 11 Other income (attach schedule) | | | | |
| | 12 **Total.** Add lines 1 through 11 | 26,529 | 529 | | |
| **Operating and Administrative Expenses** | 13 Compensation of officers, directors, trustees, etc | 0 | | | |
| | 14 Other employee salaries and wages | | | | |
| | 15 Pension plans, employee benefits | | | | |
| | 16a Legal fees (attach schedule) | | | | |
| | b Accounting fees (attach schedule) | | | | |
| | c Other professional fees (attach schedule) | | | | |
| | 17 Interest | | | | |
| | 18 Taxes (attach schedule) (see instructions) | | | | |
| | 19 Depreciation (attach schedule) and depletion | | | | |
| | 20 Occupancy | | | | |
| | 21 Travel, conferences, and meetings | | | | |
| | 22 Printing and publications | | | | |
| | 23 Other expenses (attach schedule) | 32 | 16 | | 16 |
| | 24 **Total operating and administrative expenses.** Add lines 13 through 23 | 32 | 16 | | 16 |
| | 25 Contributions, gifts, grants paid | 26,000 | | | 26,000 |
| | 26 **Total expenses and disbursements.** Add lines 24 and 25 | 26,032 | 16 | | 26,016 |
| | 27 Subtract line 26 from line 12 | | | | |
| | a Excess of revenue over expenses and disbursements | 497 | | | |
| | b **Net investment income** (if negative, enter -0-) | | 513 | | |
| | c **Adjusted net income** (if negative, enter -0-) | | | | |

**For Paperwork Reduction Act Notice, see instructions.**   Cat No 11289X   Form **990-PF** (2017)

| **Part II** | **Balance Sheets** Attached schedules and amounts in the description column should be for end-of-year amounts only  (See instructions ) | Beginning of year | End of year | |
|---|---|---|---|---|
| | | **(a)** Book Value | **(b)** Book Value | **(c)** Fair Market Value |

**Assets**

| | | | | |
|---|---|---|---|---|
| 1 | Cash—non-interest-bearing . . . . . . . . . . . . | | | |
| 2 | Savings and temporary cash investments  . . . . . . . | 584,530 | 585,027 | 585,027 |
| 3 | Accounts receivable ▶ _____ | | | |
| | Less  allowance for doubtful accounts ▶ _____ | | | |
| 4 | Pledges receivable ▶ _____ | | | |
| | Less  allowance for doubtful accounts ▶ _____ | | | |
| 5 | Grants receivable . . . . . . . . . . . . . . | | | |
| 6 | Receivables due from officers, directors, trustees, and other | | | |
| | disqualified persons (attach schedule) (see instructions) . . | | | |
| 7 | Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less  allowance for doubtful accounts ▶ _____ | | | |
| 8 | Inventories for sale or use . . . . . . . . . . . | | | |
| 9 | Prepaid expenses and deferred charges . . . . . . . . | | | |
| 10a | Investments—U S  and state government obligations (attach schedule) | | | |
| b | Investments—corporate stock (attach schedule) . . . . . . | | | |
| c | Investments—corporate bonds (attach schedule) . . . . . . | | | |
| 11 | Investments—land, buildings, and equipment  basis ▶ _____ | | | |
| | Less  accumulated depreciation (attach schedule) ▶ _____ | | | |
| 12 | Investments—mortgage loans . . . . . . . . . . | | | |
| 13 | Investments—other (attach schedule) . . . . . . . . | | | |
| 14 | Land, buildings, and equipment  basis ▶ _____ | | | |
| | Less  accumulated depreciation (attach schedule) ▶ _____ | | | |
| 15 | Other assets (describe ▶ _____ ) | | | |
| 16 | **Total assets** (to be completed by all filers—see the instructions  Also, see page 1, item I) | 584,530 | 585,027 | 585,027 |

**Liabilities**

| | | | | |
|---|---|---|---|---|
| 17 | Accounts payable and accrued expenses . . . . . . . . | | | |
| 18 | Grants payable . . . . . . . . . . . . . . . | | | |
| 19 | Deferred revenue . . . . . . . . . . . . . . | | | |
| 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| 21 | Mortgages and other notes payable (attach schedule) . . . . . | | | |
| 22 | Other liabilities (describe ▶ _____ ) | | | |
| 23 | **Total liabilities** (add lines 17 through 22) . . . . . . . . | 0 | 0 | |

**Net Assets or Fund Balances**

| | | | | |
|---|---|---|---|---|
| | **Foundations that follow SFAS 117, check here ▶** ☐ **and complete lines 24 through 26 and lines 30 and 31.** | | | |
| 24 | Unrestricted . . . . . . . . . . . . . . . | | | |
| 25 | Temporarily restricted . . . . . . . . . . . . | | | |
| 26 | Permanently restricted . . . . . . . . . . . . | | | |
| | **Foundations that do not follow SFAS 117, check here ▶** ☑ **and complete lines 27 through 31.** | | | |
| 27 | Capital stock, trust principal, or current funds . . . . . . | | | |
| 28 | Paid-in or capital surplus, or land, bldg , and equipment fund | | | |
| 29 | Retained earnings, accumulated income, endowment, or other funds | 584,530 | 585,027 | |
| 30 | **Total net assets or fund balances** (see instructions) . . . . | 584,530 | 585,027 | |
| 31 | **Total liabilities and net assets/fund balances** (see instructions) . | 584,530 | 585,027 | |

| **Part III** | **Analysis of Changes in Net Assets or Fund Balances** | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year—Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return)      . . . . . . . . . . . . . . | **1** | 584,530 |
| 2 | Enter amount from Part I, line 27a . . . . . . . . . . . . . . . . . . . . . | **2** | 497 |
| 3 | Other increases not included in line 2 (itemize) ▶ _____ | **3** | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 585,027 |
| 5 | Decreases not included in line 2 (itemize) ▶ _____ | **5** | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 30  . | **6** | 585,027 |

| Part IV | Capital Gains and Losses for Tax on Investment Income |
|---------|-------------------------------------------------------|

| (a)<br>List and describe the kind(s) of property sold (e g , real estate,<br>2-story brick warehouse, or common stock, 200 shs MLC Co ) | (b)<br>How acquired<br>P—Purchase<br>D—Donation | (c)<br>Date acquired<br>(mo , day, yr ) | (d)<br>Date sold<br>(mo , day, yr ) |
|---|---|---|---|
| **1a** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| (e)<br>Gross sales price | (f)<br>Depreciation allowed<br>(or allowable) | (g)<br>Cost or other basis<br>plus expense of sale | (h)<br>Gain or (loss)<br>(e) plus (f) minus (g) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i)<br>F M V as of 12/31/69 | (j)<br>Adjusted basis<br>as of 12/31/69 | (k)<br>Excess of col (i)<br>over col (j), if any | (l)<br>Gains (Col (h) gain minus<br>col (k), but not less than -0-) or<br>Losses (from col (h)) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

| **2** | Capital gain net income or (net capital loss) | { | If gain, also enter in Part I, line 7<br>If (loss), enter -0- in Part I, line 7 | } | **2** | |
|---|---|---|---|---|---|---|

**3** Net short-term capital gain or (loss) as defined in sections 1222(5) and (6)

If gain, also enter in Part I, line 8, column (c) (see instructions)  If (loss), enter -0-
in Part I, line 8  . . . . . . . . . . . . . . . . . . . . . .  } **3**

| Part V | Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income |
|--------|------------------------------------------------------------------------------|

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income )

If section 4940(d)(2) applies, leave this part blank

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period?   ☐ Yes  ☑ No
If "Yes," the foundation does not qualify under section 4940(e)  Do not complete this part

**1** Enter the appropriate amount in each column for each year, see instructions before making any entries

| (a)<br>Base period years Calendar<br>year (or tax year beginning in) | (b)<br>Adjusted qualifying distributions | (c)<br>Net value of noncharitable-use assets | (d)<br>Distribution ratio<br>(col (b) divided by col (c)) |
|---|---|---|---|
| 2016 | 30,000 | 575,972 | 0 052086 |
| 2015 | 30,000 | 575,882 | 0 052094 |
| 2014 | 0 | 575,774 | 0 0 |
| 2013 | 0 | 575,774 | 0 0 |
| 2012 | 0 | 575,774 | 0 0 |

| **2** | **Total** of line 1, column (d)  . . . . . . . . . . . . . . . . . . . . . | **2** | 0 10418 |
|---|---|---|---|
| **3** | Average distribution ratio for the 5-year base period—divide the total on line 2 by 5, or by the<br>number of years the foundation has been in existence if less than 5 years  . . . . . . . | **3** | 0 020836 |
| **4** | Enter the net value of noncharitable-use assets for 2017 from Part X, line 5  . . . . . . | **4** | 575,799 |
| **5** | Multiply line 4 by line 3  . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 11,997 |
| **6** | Enter 1% of net investment income (1% of Part I, line 27b)  . . . . . . . . . . . . | **6** | 5 |
| **7** | Add lines 5 and 6  . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 12,002 |
| **8** | Enter qualifying distributions from Part XII, line 4  , . . . . . . . . . . . . . . | **8** | 26,016 |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate  See the Part VI
instructions

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948—see instructions) |

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1

Date of ruling or determination letter _____ **(attach copy of letter if necessary–see instructions)**

**b** Domestic foundations that meet the section 4940(e) requirements in Part V, check

here ▶ ☑ and enter 1% of Part I, line 27b  · · · · · · · · · · · · · · · | **1** | 5

**c** All other domestic foundations enter 2% of line 27b  Exempt foreign organizations enter 4% of Part I, line 12, col  (b)

| **2** | Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only  Others enter -0-) | **2** | |
| **3** | Add lines 1 and 2. · · · · · · · · · · · · · · · · · · · · · · · · · · · | **3** | 5 |
| **4** | Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only  Others enter -0-) | **4** | |
| **5** | **Tax based on investment income.** Subtract line 4 from line 3  If zero or less, enter -0- · · · · · | **5** | 5 |
| **6** | Credits/Payments | | |

| **a** | 2017 estimated tax payments and 2016 overpayment credited to 2017 | **6a** | 19 |
| **b** | Exempt foreign organizations—tax withheld at source  · · · · · · | **6b** | |
| **c** | Tax paid with application for extension of time to file (Form 8868) · · · | **6c** | |
| **d** | Backup withholding erroneously withheld · · · · · · · · · · · | **6d** | |

| **7** | Total credits and payments  Add lines 6a through 6d. · · · · · · · · · · · · · · | **7** | 19 |
| **8** | Enter any **penalty** for underpayment of estimated tax  Check here ☐ if Form 2220 is attached | **8** | |
| **9** | **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** · · · · · · · ▶ | **9** | |
| **10** | **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** · · ▶ | **10** | 14 |
| **11** | Enter the amount of line 10 to be  **Credited to 2018 estimated tax ▶** 14  **Refunded ▶** | **11** | |

| Part VII-A | Statements Regarding Activities |

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? · · · · · · · · · · · · · · · · · · | **1a** | | No |
| **b** | Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see Instructions for definition)?. · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1b** | | No |
| | *If the answer is "Yes" to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities* | | | |
| **c** | Did the foundation file **Form 1120-POL** for this year?. · · · · · · · · · · · · · · · · | **1c** | | No |
| **d** | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year | | | |
| | **(1)** On the foundation  ▶ $ _____  **(2)** On foundation managers ▶ $ _____ | | | |
| **e** | Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers ▶ $ _____ | | | |
| **2** | Has the foundation engaged in any activities that have not previously been reported to the IRS? · · · · · · · | **2** | | No |
| | *If "Yes," attach a detailed description of the activities* | | | |
| **3** | Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* · · · · | **3** | | No |
| **4a** | Did the foundation have unrelated business gross income of $1,000 or more during the year?. · · · · · · · | **4a** | | No |
| **b** | If "Yes," has it filed a tax return on **Form 990-T** for this year?. · · · · · · · · · · · · · · | **4b** | | |
| **5** | Was there a liquidation, termination, dissolution, or substantial contraction during the year? · · · · · · · · | **5** | | No |
| | *If "Yes," attach the statement required by General Instruction T* | | | |
| **6** | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either | | | |
| | • By language in the governing instrument, or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? · · · · · · · · · · · · · · | **6** | Yes | |
| **7** | Did the foundation have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col (c), and Part XV* · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **7** | Yes | |
| **8a** | Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ MI _____ | | | |
| **b** | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation* . | **8b** | Yes | |
| **9** | Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2017 or the taxable year beginning in 2017 (see instructions for Part XIV)? *If "Yes," complete Part XIV* · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **9** | | No |
| **10** | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses* · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **10** | | No |

| Part VII-A | Statements Regarding Activities (continued) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule  (see instructions). . . . . . . . . . . . . . | 11 | | No |
| 12 | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement (see instructions)   . . . . . . . . . . . . . . . . . | 12 | | No |
| 13 | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? Website address ▶ N/A | 13 | Yes | |

14  The books are in care of ▶ STACY DELUKE _____      Telephone no  ▶ (703) 953-0577 _____

Located at ▶ PO BOX 808  MIDDLEBURG  VA _____      ZIP+4 ▶ 20118 _____

15  Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** —Check here . . . . . . . . . . ▶ ☐
and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . ▶ | 15 |

| | | | Yes | No |
|---|---|---|---|---|
| 16 | At any time during calendar year 2017, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | 16 | | No |
| | See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR)  If "Yes", enter the name of the foreign country ▶ | | | |

| Part VII-B | Statements Regarding Activities for Which Form 4720 May Be Required | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| | **File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.** | | Yes | No |
| 1a | During the year did the foundation (either directly or indirectly) | | | |
| | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person?     ☐ Yes  ☑ No | | | |
| | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person?. . . . . . . . . . . . . . . . . . . . . .     ☐ Yes  ☑ No | | | |
| | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person?     ☐ Yes  ☑ No | | | |
| | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person?     ☐ Yes  ☑ No | | | |
| | **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)?. . . . . . . . . . . . . .     ☐ Yes  ☑ No | | | |
| | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days ). . . . . .     ☐ Yes  ☑ No | | | |
| b | If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53 4941(d)-3 or in a current notice regarding disaster assistance (see instructions)? . . . . . . . . . | 1b | | |
| | Organizations relying on a current notice regarding disaster assistance check here. . . . . . . . ▶     ☐ | | | |
| c | Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2017?. . . . . . . . . . . . . . . | 1c | | No |
| 2 | Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)) | | | |
| a | At the end of tax year 2017, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2017?. . . . . . . . . . . . . .     ☐ Yes  ☑ No | | | |
| | If "Yes," list the years ▶  20____ ,   20____ ,   20____ ,   20____ | | | |
| b | Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement—see instructions ) . . . . . . . . . . . . . . . | 2b | | No |
| c | If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here ▶  20____ ,   20____ ,   20____ ,   20____ | | | |
| 3a | Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year?. . . . . . . . . . . . . . . . . . . . . . .     ☐ Yes  ☐ No | | | |
| b | If "Yes," did it have excess business holdings in 2017 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969, **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest, or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period?(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2017 ). . . . . . . . . . . . . . . . . | 3b | | |
| 4a | Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | 4a | | No |
| b | Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2017? | 4b | | No |

| **Part VII-B** | **Statements Regarding Activities for Which Form 4720 May Be Required** (Continued) |

**5a** During the year did the foundation pay or incur any amount to

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? ☐ Yes ☑ No

(2) Influence the outcome of any specific public election (see section 4955), or to carry on, directly or indirectly, any voter registration drive? . . . . . . . . . . ☐ Yes ☑ No

(3) Provide a grant to an individual for travel, study, or other similar purposes? ☐ Yes ☑ No

(4) Provide a grant to an organization other than a charitable, etc , organization described in section 4945(d)(4)(A)? (see instructions) . . . . . . . . . . . . . . ☐ Yes ☑ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? . . . . ☐ Yes ☑ No

**b** If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53 4945 or in a current notice regarding disaster assistance (see instructions)? . . . . . . | **5b** |

Organizations relying on a current notice regarding disaster assistance check here. . . . . . . . . ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant? . . . . . . . . . ☐ Yes ☐ No

*If "Yes," attach the statement required by Regulations section 53 4945–5(d)*

**6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

**b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . | **6b** | | **No** |

*If "Yes" to 6b, file Form 8870*

**7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? ☐ Yes ☑ No

**b** If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? . . . . | **7b** |

| Part VIII | Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors |
|---|---|

**1   List all officers, directors, trustees, foundation managers and their compensation (see instructions).**

| **(a)** Name and address | Title, and average hours per week **(b)** devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | Expense account, **(e)** other allowances |
|---|---|---|---|---|
| ERIK D PRINCE<br>PO BOX 808<br>MIDDLEBURG, VA  20118 | PRESIDENT<br>1 0 | 0 | 0 | 0 |
| STACY DELUKE<br>PO BOX 808<br>MIDDLEBURG, VA  20118 | SECRETARY<br>1 0 | 0 | 0 | 0 |
| BRETT MILLER<br>PO BOX 808<br>MIDDLEBURG, VA  20118 | VICE PRESIDENT<br>1 0 | 0 | 0 | 0 |

**2   Compensation of five highest-paid employees (other than those included on line 1—see instructions). If none, enter "NONE."**

| **(a)** Name and address of each employee paid more than $50,000 | Title, and average hours per week **(b)** devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | Expense account, **(e)** other allowances |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Total** number of other employees paid over $50,000.  . . . . . . . . . . . . . . . . . . .  ▶ 

**3   Five highest-paid independent contractors for professional services (see instructions). If none, enter "NONE".**

| **(a)** Name and address of each person paid more than $50,000 | **(b)** Type of service | **(c)** Compensation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Total** number of others receiving over $50,000 for professional services.  . . . . . . . . . . . . .  ▶ 

| Part IX-A | Summary of Direct Charitable Activities |
|---|---|

| List the foundation's four largest direct charitable activities during the tax year  Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc | Expenses |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |

| Part IX-B | Summary of Program-Related Investments (see instructions) |
|---|---|

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1 |  |
| 2 |  |
| All other program-related investments  See instructions<br>3 |  |

**Total.** Add lines 1 through 3   . . . . . . . . . . . . . . . . . . . .  ▶

| **Part X** | **Minimum Investment Return** (All domestic foundations must complete this part  Foreign foundations, see instructions ) | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc , purposes | | |
| a | Average monthly fair market value of securities. . . . . . . . . . . . . . . . . . . . . . | 1a | 0 |
| b | Average of monthly cash balances. . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | 584,568 |
| c | Fair market value of all other assets (see instructions). . . . . . . . . . . . . . . . . . . | 1c | 0 |
| d | **Total** (add lines 1a, b, and c). . . . . . . . . . . . . . . . . . . . . . . . . . . | 1d | 584,568 |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation). . . . . . . . . . . . . .           \| **1e** \| | | |
| 2 | Acquisition indebtedness applicable to line 1 assets. . . . . . . . . . . . . . . . . . . | **2** | 0 |
| 3 | Subtract line 2 from line 1d. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 584,568 |
| 4 | Cash deemed held for charitable activities  Enter 1 1/2% of line 3 (for greater amount, see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 8,769 |
| 5 | **Net value of noncharitable-use assets.** Subtract line 4 from line 3  Enter here and on Part V, line 4 | **5** | 575,799 |
| 6 | **Minimum investment return.** Enter 5% of line 5. . . . . . . . . . . . . . . . . . . . | **6** | 28,790 |

| **Part XI** | **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part ) | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6. . . . . . . . . . . . . . . . . . . . . | **1** | 28,790 |
| 2a | Tax on investment income for 2017 from Part VI, line 5. . . . . . .          \| **2a** \|                     5 | | |
| b | Income tax for 2017  (This does not include the tax from Part VI ). . .          \| **2b** \| | | |
| c | Add lines 2a and 2b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** | 5 |
| 3 | Distributable amount before adjustments  Subtract line 2c from line 1. . . . . . . . . . . . | **3** | 28,785 |
| 4 | Recoveries of amounts treated as qualifying distributions. . . . . . . . . . . . . . . . . | **4** | |
| 5 | Add lines 3 and 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 28,785 |
| 6 | Deduction from distributable amount (see instructions). . . . . . . . . . . . . . . . . . | **6** | |
| 7 | **Distributable amount** as adjusted  Subtract line 6 from line 5  Enter here and on Part XIII, line 1. . . | **7** | 28,785 |

| **Part XII** | **Qualifying Distributions** (see instructions) | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc , purposes | | |
| a | Expenses, contributions, gifts, etc —total from Part I, column (d), line 26. . . . . . . . . . . | 1a | 26,016 |
| b | Program-related investments—total from Part IX-B. . . . . . . . . . . . . . . . . . . | 1b | 0 |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc , purposes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 0 |
| 3 | Amounts set aside for specific charitable projects that satisfy the | | |
| a | Suitability test (prior IRS approval required). . . . . . . . . . . . . . . . . . . . . | 3a | 0 |
| b | Cash distribution test (attach the required schedule). . . . . . . . . . . . . . . . . . | 3b | 0 |
| 4 | **Qualifying distributions.** Add lines 1a through 3b  Enter here and on Part V, line 8, and Part XIII, line 4 | **4** | 26,016 |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income  Enter 1% of Part I, line 27b (see instructions). . . . . . . . . . . . . . . . . . . | **5** | 5 |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4. . . . . . . . . . . . . . . | **6** | 26,011 |

**Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years

| Part XIII | Undistributed Income (see instructions) |

|  | | (a)<br>Corpus | (b)<br>Years prior to 2016 | (c)<br>2016 | (d)<br>2017 |
|---|---|---|---|---|---|
| **1** | Distributable amount for 2017 from Part XI, line 7 | | | | 28,785 |
| **2** | Undistributed income, if any, as of the end of 2017 | | | | |
| **a** | Enter amount for 2016 only. . . . . . . | | | 25,977 | |
| **b** | Total for prior years    2015 ,  2014 ,  2013 | | 0 | | |
| **3** | Excess distributions carryover, if any, to 2017 | | | | |
| **a** | From 2012. . . . . . | | | | |
| **b** | From 2013. . . . . .          0 | | | | |
| **c** | From 2014. . . . . .          0 | | | | |
| **d** | From 2015. . . . . .          0 | | | | |
| **e** | From 2016. . . . . .          0 | | | | |
| **f** | **Total** of lines 3a through e. . . . . . . . . | 0 | | | |
| **4** | Qualifying distributions for 2017 from Part | | | | |
|  | XII, line 4 ▶ $ _____   26,016 | | | | |
| **a** | Applied to 2016, but not more than line 2a | | | 25,977 | |
| **b** | Applied to undistributed income of prior years<br>(Election required—see instructions). . . . . | | | | |
| **c** | Treated as distributions out of corpus (Election<br>required—see instructions). . . . . . . . . | | | | |
| **d** | Applied to 2017 distributable amount. . . . . | | | | 39 |
| **e** | Remaining amount distributed out of corpus | 0 | | | |
| **5** | Excess distributions carryover applied to 2017 | 0 | | | 0 |
|  | *(If an amount appears in column (d), the<br>same amount must be shown in column (a) )* | | | | |
| **6** | **Enter the net total of each column as<br>indicated below:** | | | | |
| **a** | Corpus  Add lines 3f, 4c, and 4e  Subtract line 5 | 0 | | | |
| **b** | Prior years' undistributed income  Subtract<br>line 4b from line 2b . . . . . . . . . . . . | | 0 | | |
| **c** | Enter the amount of prior years' undistributed<br>income for which a notice of deficiency has<br>been issued, or on which the section 4942(a)<br>tax has been previously assessed. . . . . . | | | | |
| **d** | Subtract line 6c from line 6b  Taxable amount<br>—see instructions . . . . . . . . . . . . | | 0 | | |
| **e** | Undistributed income for 2016  Subtract line<br>4a from line 2a  Taxable amount—see<br>instructions . . . . . . . . . . . . . . . | | | | |
| **f** | Undistributed income for 2017  Subtract<br>lines 4d and 5 from line 1  This amount must<br>be distributed in 2018 . . . . . . . . . . . | | | | 28,746 |
| **7** | Amounts treated as distributions out of<br>corpus to satisfy requirements imposed by<br>section 170(b)(1)(F) or 4942(g)(3) (Election may<br>be required - see instructions) . . . . . . . . | | | | |
| **8** | Excess distributions carryover from 2012 not<br>applied on line 5 or line 7 (see instructions) . . . | | | | |
| **9** | **Excess distributions carryover to 2018.**<br>Subtract lines 7 and 8 from line 6a . . . . . . | 0 | | | |
| **10** | Analysis of line 9 | | | | |
| **a** | Excess from 2013. . . . | | | | |
| **b** | Excess from 2014. . . .          0 | | | | |
| **c** | Excess from 2015. . . .          0 | | | | |
| **d** | Excess from 2016. . . .          0 | | | | |
| **e** | Excess from 2017. . . .          0 | | | | |

| **Part XIV** | Private Operating Foundations (see instructions and Part VII-A, question 9) |
|---|---|

**1a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2017, enter the date of the ruling . . . . . . . ▶ ☐

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| **2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . . . . | Tax year | Prior 3 years | | | (e) Total |
|---|---|---|---|---|---|
| | **(a)** 2017 | **(b)** 2016 | **(c)** 2015 | **(d)** 2014 | |
| | | | | | |
| **b** 85% of line 2a . . . . . . . . . | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed . . . . . | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities Subtract line 2d from line 2c . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon | | | | | |
| **a** "Assets" alternative test—enter | | | | | |
| **(1)** Value of all assets . . . . . . | | | | | |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . | | | | | |
| **c** "Support" alternative test—enter | | | | | |
| **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . | | | | | |
| **(3)** Largest amount of support from an exempt organization | | | | | |
| **(4)** Gross investment income | | | | | |

| **Part XV** | Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year—see instructions.) |
|---|---|

**1** **Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000) (See section 507(d)(2))

ERIK D PRINCE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest

**2** **Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds If the foundation makes gifts, grants, etc (see instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d

**a** The name, address, and telephone number or email address of the person to whom applications should be addressed

**b** The form in which applications should be submitted and information and materials they should include

**c** Any submission deadlines

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors

**Part XV**   **Supplementary Information** (continued)

### 3 Grants and Contributions Paid During the Year or Approved for Future Payment

| Recipient | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a** *Paid during the year*<br>FREEDOM ALLIANCE<br>22570 MARKEY COURT<br>DULLES, VA 20166 | NONE | PC | GENERAL SUPPORT | 26,000 |
| | | | | |
| **Total .** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  **3a** | | | | 26,000 |
| **b** *Approved for future payment* | | | | |
| **Total .** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  **3b** | | | | |

### Part XVI-A  Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See instructions ) |
|---|---|---|---|---|---|
| **1** Program service revenue | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments.   .   .   . | | | | | |
| **3** Interest on savings and temporary cash investments   .   .   .   .   .   .   .   .   .   .   .   . | | | 14 | 529 | |
| **4** Dividends and interest from securities.   .   .   . | | | | | |
| **5** Net rental income or (loss) from real estate | | | | | |
| a Debt-financed property.   .   .   .   .   . | | | | | |
| b Not debt-financed property.   .   .   .   . | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income.   .   .   .   . | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory   .   .   .   .   .   .   .   .   .   .   .   . | | | | | |
| **9** Net income or (loss) from special events | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | |
| **11** Other revenue  a_____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| **12** Subtotal  Add columns (b), (d), and (e).   . | | | | 529 | |
| **13 Total.** Add line 12, columns (b), (d), and (e).   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **13** _____ | | | | | 529 |

(See worksheet in line 13 instructions to verify calculations )

### Part XVI-B  Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes)  (See instructions ) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |
|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | | |
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of | | | | |
|    **(1)** Cash. | | 1a(1) | | No |
|    **(2)** Other assets. | | 1a(2) | | No |
| **b** Other transactions | | | | |
|    **(1)** Sales of assets to a noncharitable exempt organization. | | 1b(1) | | No |
|    **(2)** Purchases of assets from a noncharitable exempt organization. | | 1b(2) | | No |
|    **(3)** Rental of facilities, equipment, or other assets. | | 1b(3) | | No |
|    **(4)** Reimbursement arrangements. | | 1b(4) | | No |
|    **(5)** Loans or loan guarantees. | | 1b(5) | | No |
|    **(6)** Performance of services or membership or fundraising solicitations. | | 1b(6) | | No |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees. | | 1c | | No |

**d** If the answer to any of the above is "Yes," complete the following schedule  Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation  If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received

| (a) Line No | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? . . . . . . . . . . . . ☐ Yes ☑ No

**b** If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

**Sign Here**

| ****** | 2018-10-31 | ****** | May the IRS discuss this return with the preparer shown below (see instr )? ☑ **Yes** ☐ **No** |
|---|---|---|---|
| Signature of officer or trustee | Date | Title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ | PTIN P00059529 |
|---|---|---|---|---|
| Richard Noreen | | | | |
| Firm's name ▶ BDO USA LLP | | | | Firm's EIN ▶ |
| Firm's address ▶ 200 OTTAWA AVE NW STE 300 GRAND RAPIDS, MI 49503 | | | | Phone no  (616) 774-7000 |

**Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.**

## TY 2017 Depreciation Schedule

**Name:** FREIHEIT FOUNDATION

**EIN:** 38-2902463

## TY 2017 Other Expenses Schedule

**Name:** FREIHEIT FOUNDATION

**EIN:** 38-2902413

**Other Expenses Schedule**

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| SHIPPING | 32 | 16 | | 16 |

# Schedule B

**(Form 990, 990-EZ, or 990-PF)**

Department of the Treasury
Internal Revenue Service

## Schedule of Contributors

▶ Attach to Form 990, 990-EZ, or 990-PF

▶ Information about Schedule B (Form 990, 990-EZ, or 990-PF) and its instructions is at *www irs gov/form990.*

OMB No 1545-0047

## 2017

| Name of the organization<br>FREIHEIT FOUNDATION | Employer identification number<br>38-2902413 |
|---|---|

**Organization type** (check one)

| Filers of: | Section: |
|---|---|
| Form 990 or 990-EZ | ☐ 501(c)( ) (enter number) organization |
| | ☐ 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation |
| | ☐ 527 political organization |
| Form 990-PF | ☑ 501(c)(3) exempt private foundation |
| | ☐ 4947(a)(1) nonexempt charitable trust treated as a private foundation |
| | ☐ 501(c)(3) taxable private foundation |

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note.** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule  See instructions

## General Rule

☑ For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or other property) from any one contributor  Complete Parts I and II  See instructions for determining a contributor's total contributions

## Special Rules

☐ For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33¹ ₃% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000 or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h, or (ii) Form 990-EZ, line 1  Complete Parts I and II

☐ For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals  Complete Parts I, II, and III

☐ For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc , purposes, but no such contributions totaled more than $1,000  If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc , purpose  Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc , contributions totaling $5,000 or more during the year .  .  .  .  .  .  .  .  . ▶ $ _____

**Caution.** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer "No" on Part IV, line 2, of its Form 990, or check the box on line H of its Form 990-EZ or on its Form 990PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF)

| Name of organization | Employer identification number |
|---|---|
| FREIHEIT FOUNDATION | 38-2902413 |

| **Part I** | **Contributors** (See instructions) Use duplicate copies of Part I if additional space is needed |
|---|---|

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | ERIK PRINCE<br>PO BOX 808<br><br>MIDDLEBURG, VA 20118 | $ 26,000 | Person ☑<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |
| . | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |
| . | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |
| . | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |
| . | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |
| . | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br><br>(Complete Part II for noncash contributions ) |

| Name of organization | Employer identification number |
|---|---|
| FREIHEIT FOUNDATION | 38-2902413 |

**Part II**    Noncash Property (See instructions) Use duplicate copies of Part II if additional space is needed

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions) | (d) Date received |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

| Name of organization | Employer identification number |
|---|---|
| FREIHEIT FOUNDATION | 38-2902413 |

**Part III**  *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns **(a)** through **(e) and** the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less for** the year. (Enter this information once. See instructions.) ▶  $ _____
Use duplicate copies of Part III if additional space is needed

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | (e) Transfer of gift | | |
| | Transferee's name, address, and ZIP 4 | Relationship of transferor to transferee | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | (e) Transfer of gift | | |
| | Transferee's name, address, and ZIP 4 | Relationship of transferor to transferee | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | (e) Transfer of gift | | |
| | Transferee's name, address, and ZIP 4 | Relationship of transferor to transferee | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | (e) Transfer of gift | | |
| | Transferee's name, address, and ZIP 4 | Relationship of transferor to transferee | |

# EXHIBIT R

## to the Second Declaration

## of Matthew Cole

Form **990-PF**

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation

► Do not enter social security numbers on this form as it may be made public.
► Go to www.irs.gov/Form990PF for instructions and the latest information.

OMB No 1545-0052

**2018**

Open to Public Inspection

**For calendar year 2018, or tax year beginning 07-01-2018 , and ending 06-30-2019**

Name of foundation
EDGAR AND ELSA PRINCE FOUNDATION

% ALLAN HOEKSTRA

Number and street (or P O box number if mail is not delivered to street address)   Room/suite
190 S RIVER AVE Suite 300

City or town, state or province, country, and ZIP or foreign postal code
HOLLAND, MI  49423

**A** Employer identification number
38-2190330

**B** Telephone number (see instructions)
(616) 494-8100

**C** If exemption application is pending, check here ► ☐

**G** Check all that apply
☐ Initial return    ☐ Initial return of a former public charity
☐ Final return    ☐ Amended return
☐ Address change    ☐ Name change

**D 1.** Foreign organizations, check here ► ☐

**2** Foreign organizations meeting the 85%
test, check here and attach computation ► ☐

**E** If private foundation status was terminated
under section 507(b)(1)(A), check here ► ☐

**H** Check type of organization    ☑ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust    ☐ Other taxable private foundation

**I** Fair market value of all assets at end
of year (from Part II, col (c),
line 16) ►$ 15,338,903

**J** Accounting method    ☑ Cash    ☐ Accrual
☐ Other (specify)
(Part I, column (d) must be on cash basis )

**F** If the foundation is in a 60-month termination
under section 507(b)(1)(B), check here ► ☐

| **Part I** | Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions) ) | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc , received (attach schedule) | 0 | | | |
| 2 | Check ► ☑ if the foundation is **not** required to attach Sch B | | | | |
| 3 | Interest on savings and temporary cash investments | 120,861 | 120,861 | | |
| 4 | Dividends and interest from securities | 262,494 | 262,494 | | |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 806,633 | | | |
| b | Gross sales price for all assets on line 6a | 17,159,485 | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 797,946 | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less  Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) | 24 | | | |
| 12 | **Total.** Add lines 1 through 11 | 1,190,012 | 1,181,301 | | |
| 13 | Compensation of officers, directors, trustees, etc | 0 | | | |
| 14 | Other employee salaries and wages | | | | |
| 15 | Pension plans, employee benefits | | | | |
| 16a | Legal fees (attach schedule) | | | | |
| b | Accounting fees (attach schedule) | 8,496 | 4,248 | 0 | 4,248 |
| c | Other professional fees (attach schedule) | 68,468 | 68,468 | | |
| 17 | Interest | | | | |
| 18 | Taxes (attach schedule) (see instructions) | 9,894 | 9,894 | | |
| 19 | Depreciation (attach schedule) and depletion | | | | |
| 20 | Occupancy | | | | |
| 21 | Travel, conferences, and meetings | | | | |
| 22 | Printing and publications | | | | |
| 23 | Other expenses (attach schedule) | 175,000 | | | |
| 24 | **Total operating and administrative expenses.** Add lines 13 through 23 | 261,858 | 82,610 | 0 | 4,248 |
| 25 | Contributions, gifts, grants paid | 3,854,800 | | | 3,854,800 |
| 26 | **Total expenses and disbursements.** Add lines 24 and 25 | 4,116,658 | 82,610 | 0 | 3,859,048 |
| 27 | Subtract line 26 from line 12 | | | | |
| a | **Excess of revenue over expenses and disbursements** | -2,926,646 | | | |
| b | Net investment income (if negative, enter -0-) | | 1,098,691 | | |
| c | Adjusted net income (if negative, enter -0-) | | | | |

For Paperwork Reduction Act Notice, see instructions.    Cat No 11289X    Form **990-PF** (2018)

| Part II | | Balance Sheets | Attached schedules and amounts in the description column should be for end-of-year amounts only  (See instructions ) | Beginning of year | End of year | |
|---|---|---|---|---|---|---|
| | | | | **(a)** Book Value | **(b)** Book Value | **(c)** Fair Market Value |
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . . . | | | | |
| | 2 | Savings and temporary cash investments . . . . . . | | -12,829 | 350,981 | 350,981 |
| | 3 | Accounts receivable ▶ _____ | | | | |
| | | Less  allowance for doubtful accounts ▶ _____ | | | | |
| | 4 | Pledges receivable ▶ _____ | | | | |
| | | Less  allowance for doubtful accounts ▶ _____ | | | | |
| | 5 | Grants receivable . . . . . . . . . . . . . | | | | |
| | 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) . . . . . | | | | |
| | 7 | Other notes and loans receivable (attach schedule) ▶ _____2,450,000 | | | | |
| | | Less  allowance for doubtful accounts ▶ _____ | | 2,800,000 | 2,450,000 | 2,450,000 |
| | 8 | Inventories for sale or use . . . . . . . . . . | | | | |
| | 9 | Prepaid expenses and deferred charges . . . . . . . | | | | |
| | 10a | Investments—U S  and state government obligations (attach schedule) | | | | |
| | b | Investments—corporate stock (attach schedule) . . . . . . | | 8,174,630 | 151,866 | 1,866 |
| | c | Investments—corporate bonds (attach schedule) . . . . | | 7,340,933 | 12,423,241 | 12,536,056 |
| | 11 | Investments—land, buildings, and equipment  basis ▶ _____ | | | | |
| | | Less  accumulated depreciation (attach schedule) ▶ _____ | | | | |
| | 12 | Investments—mortgage loans . . . . . . . . . | | | | |
| | 13 | Investments—other (attach schedule) . . . . . . . . | | | | |
| | 14 | Land, buildings, and equipment  basis ▶ _____ | | | | |
| | | Less  accumulated depreciation (attach schedule) ▶ _____ | | | | |
| | 15 | Other assets (describe ▶ _____ ) | | | | |
| | 16 | **Total assets** (to be completed by all filers—see the instructions  Also, see page 1, item I) | | 18,302,734 | 15,376,088 | 15,338,903 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . . . . | | | | |
| | 18 | Grants payable . . . . . . . . . . . . . . | | | | |
| | 19 | Deferred revenue . . . . . . . . . . . . . | | | | |
| | 20 | Loans from officers, directors, trustees, and other disqualified persons | | | | |
| | 21 | Mortgages and other notes payable (attach schedule) . . . . . . | | | | |
| | 22 | Other liabilities (describe ▶ _____ ) | | | | |
| | 23 | **Total liabilities** (add lines 17 through 22) . . . . . . . . . | | 0 | 0 | |
| **Net Assets or Fund Balances** | | **Foundations that follow SFAS 117, check here ▶ ☐ and complete lines 24 through 26 and lines 30 and 31.** | | | | |
| | 24 | Unrestricted . . . . . . . . . . . . . . | | | | |
| | 25 | Temporarily restricted . . . . . . . . . . . . | | | | |
| | 26 | Permanently restricted . . . . . . . . . . . . | | | | |
| | | **Foundations that do not follow SFAS 117, check here ▶ ☑ and complete lines 27 through 31.** | | | | |
| | 27 | Capital stock, trust principal, or current funds . . . . . . | | 18,302,734 | 15,376,088 | |
| | 28 | Paid-in or capital surplus, or land, bldg , and equipment fund | | | | |
| | 29 | Retained earnings, accumulated income, endowment, or other funds | | | | |
| | 30 | **Total net assets or fund balances** (see instructions) . . . | | 18,302,734 | 15,376,088 | |
| | 31 | **Total liabilities and net assets/fund balances** (see instructions) . | | 18,302,734 | 15,376,088 | |

| Part III | Analysis of Changes in Net Assets or Fund Balances | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year—Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return)　　. . . . . . . . . . . . . . | 1 | 18,302,734 |
| 2 | Enter amount from Part I, line 27a . . . . . . . . . . . . . . . . . . . . . | 2 | -2,926,646 |
| 3 | Other increases not included in line 2 (itemize) ▶ _____ | 3 | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 15,376,088 |
| 5 | Decreases not included in line 2 (itemize) ▶ _____ | 5 | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 30　　. | 6 | 15,376,088 |

**Part IV** Capital Gains and Losses for Tax on Investment Income

| **(a)** List and describe the kind(s) of property sold (e g , real estate, 2-story brick warehouse, or common stock, 200 shs MLC Co ) | **(b)** How acquired P—Purchase D—Donation | **(c)** Date acquired (mo , day, yr ) | **(d)** Date sold (mo , day, yr ) |
|---|---|---|---|
| **1 a** PUBLICLY TRADED SECURITIES | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

| | **(e)** Gross sales price | **(f)** Depreciation allowed (or allowable) | **(g)** Cost or other basis plus expense of sale | **(h)** Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| **a** | 17,159,485 | | 16,361,539 | 797,946 |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** | | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | **(i)** F M V as of 12/31/69 | **(j)** Adjusted basis as of 12/31/69 | **(k)** Excess of col (i) over col (j), if any | **(l)** Gains (Col (h) gain minus col (k), but not less than -0-) **or** Losses (from col (h)) |
|---|---|---|---|---|
| **a** | | | | 797,946 |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** | | | | |

| **2** | Capital gain net income or (net capital loss) | If gain, also enter in Part I, line 7 If (loss), enter -0- in Part I, line 7 | **2** | 797,946 |
|---|---|---|---|---|
| **3** | Net short-term capital gain or (loss) as defined in sections 1222(5) and (6) If gain, also enter in Part I, line 8, column (c) (see instructions) If (loss), enter -0- in Part I, line 8 . . . . . . . . . . . . . . . . . . . | | **3** | |

**Part V** Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income )

If section 4940(d)(2) applies, leave this part blank

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period? ☐ Yes ☑ No
If "Yes," the foundation does not qualify under section 4940(e) Do not complete this part

**1** Enter the appropriate amount in each column for each year, see instructions before making any entries

| **(a)** Base period years Calendar year (or tax year beginning in) | **(b)** Adjusted qualifying distributions | **(c)** Net value of noncharitable-use assets | **(d)** Distribution ratio (col (b) divided by col (c)) |
|---|---|---|---|
| 2017 | 3,769,537 | 20,728,496 | 0 181853 |
| 2016 | 4,809,399 | 24,330,456 | 0 19767 |
| 2015 | 2,996,135 | 26,921,816 | 0 11129 |
| 2014 | 4,676,227 | 30,436,484 | 0 153639 |
| 2013 | 4,885,125 | 32,768,541 | 0 14908 |

| **2** | **Total** of line 1, column (d) . . . . . . . . . . . . . . . . . . . . . . | **2** | 0 793532 |
|---|---|---|---|
| **3** | Average distribution ratio for the 5-year base period—divide the total on line 2 by 5 0, or by the number of years the foundation has been in existence if less than 5 years . . . . . . . | **3** | 0 158706 |
| **4** | Enter the net value of noncharitable-use assets for 2018 from Part X, line 5 . . . . . . | **4** | 16,863,518 |
| **5** | Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 2,676,341 |
| **6** | Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . . . | **6** | 10,987 |
| **7** | Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 2,687,328 |
| **8** | Enter qualifying distributions from Part XII, line 4  ,  . . . . . . . . . . . . . . | **8** | 3,859,048 |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate See the Part VI instructions

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948—see instructions) | | |
|---|---|---|---|

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1

Date of ruling or determination letter _____ **(attach copy of letter if necessary—see instructions)**

**b** Domestic foundations that meet the section 4940(e) requirements in Part V, check

here ▶ ☑ and enter 1% of Part I, line 27b  · · · · · · · · · · · · · · · · · · · ·

| | | |
|---|---|---|
| **1** | | 10,987 |

**c** All other domestic foundations enter 2% of line 27b  Exempt foreign organizations enter 4% of Part I, line 12, col (b)

| | | | |
|---|---|---|---|
| **2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only  Others enter -0-) | **2** | | |
| **3** Add lines 1 and 2. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **3** | | 10,987 |
| **4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only  Others enter -0-) | **4** | | |
| **5** **Tax based on investment income.** Subtract line 4 from line 3  If zero or less, enter -0- · · · · · | **5** | | 10,987 |

**6** Credits/Payments

| | | | | |
|---|---|---|---|---|
| **a** 2018 estimated tax payments and 2017 overpayment credited to 2018 | **6a** | 20,018 | | |
| **b** Exempt foreign organizations—tax withheld at source  · · · · · · | **6b** | | | |
| **c** Tax paid with application for extension of time to file (Form 8868) · · · | **6c** | | | |
| **d** Backup withholding erroneously withheld · · · · · · · · · · · | **6d** | | | |

| | | | |
|---|---|---|---|
| **7** Total credits and payments  Add lines 6a through 6d. · · · · · · · · · · · · · · · | **7** | | 20,018 |
| **8** Enter any **penalty** for underpayment of estimated tax  Check here ☐ if Form 2220 is attached | **8** | | |
| **9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** · · · · · · · ▶ | **9** | | |
| **10** **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** · · ▶ | **10** | | 9,031 |
| **11** Enter the amount of line 10 to be  **Credited to 2019 estimated tax** ▶ 9,031     **Refunded** ▶ | **11** | | |

| Part VII-A | Statements Regarding Activities | | | | |
|---|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? · · · · · · · · · · · · · · · · · · | | **1a** | | | No |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes? (see Instructions for definition). · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **1b** | | | No |
| *If the answer is "Yes" to **1a** or **1b**, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities* | | | | | |
| **c** Did the foundation file **Form 1120-POL** for this year?. · · · · · · · · · · · · · · · · · · | | **1c** | | | No |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year  **(1)** On the foundation  ▶ $ _____  **(2)** On foundation managers ▶ $ _____ | | | | | |
| **e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers ▶ $ _____ | | | | | |
| **2** Has the foundation engaged in any activities that have not previously been reported to the IRS?  · · · · · · · *If "Yes," attach a detailed description of the activities* | | **2** | | | No |
| **3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes*  · · · · | | **3** | | | No |
| **4a** Did the foundation have unrelated business gross income of $1,000 or more during the year?. · · · · · · · · | | **4a** | | | No |
| **b** If "Yes," has it filed a tax return on **Form 990-T** for this year?. · · · · · · · · · · · · · · · | | **4b** | | | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year?  · · · · · · · · · · *If "Yes," attach the statement required by General Instruction T* | | **5** | | | No |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either  • By language in the governing instrument, or  • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? · · · · · · · · · · · · · · | | **6** | | Yes | |
| **7** Did the foundation have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col (c), and Part XV* · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **7** | | Yes | |
| **8a** Enter the states to which the foundation reports or with which it is registered (see instructions)  ▶MI _____ | | | | | |
| **b** If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation .* | | **8b** | | Yes | |
| **9** Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2018 or the taxable year beginning in 2018? See the instructions for Part XIV If "Yes," complete Part XIV  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **9** | | | No |
| **10** Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses*  · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | **10** | | | No |

| Part VII-A | **Statements Regarding Activities** (continued) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule  See instructions . . . . . . . . . . . . | 11 | | No |
| 12 | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement  See instructions . . . . . . . . . . . . . . . | 12 | | No |
| 13 | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? | 13 | Yes | |
| | Website address ▶ N/A | | | |

14  The books are in care of ▶ ALLAN HOEKSTRA _____  Telephone no ▶ (616) 494-8100 _____

Located at ▶ 190 S RIVER AVE SUITE 300  HOLLAND  MI _____  ZIP+4 ▶ 49423 _____

15  Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** —check here . . . . . . . . . . . .  ▶ ☐
    and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . .  ▶ | 15 |

| | | | Yes | No |
|---|---|---|---|---|
| 16 | At any time during calendar year 2018, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . . . . . | 16 | | No |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114  If "Yes", enter the name of the foreign country ▶ | | | |

| Part VII-B | **Statements Regarding Activities for Which Form 4720 May Be Required** | | | |
|---|---|---|---|---|

| | **File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.** | | Yes | No |
|---|---|---|---|---|
| **1a** | During the year did the foundation (either directly or indirectly) | | | |
| | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person?   ☐ Yes  ☑ No | | | |
| | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☑ No | | | |
| | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person?   ☐ Yes  ☑ No | | | |
| | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person?   ☐ Yes  ☑ No | | | |
| | **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? . . . . . . . . . . . . .   ☐ Yes  ☑ No | | | |
| | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days ). . . . . .   ☐ Yes  ☑ No | | | |
| **b** | If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53 4941(d)-3 or in a current notice regarding disaster assistance? See instructions . . . . . . . . | 1b | | |
| | Organizations relying on a current notice regarding disaster assistance check here. . . . . . . .  ▶ ☐ | | | |
| **c** | Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2018?. . . . . . . . . . . . | 1c | | No |
| **2** | Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)) | | | |
| **a** | At the end of tax year 2018, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2018?. . . . . . . . . . . . .   ☐ Yes  ☑ No | | | |
| | If "Yes," list the years ▶  20____ ,  20____ ,  20____ ,  20____ | | | |
| **b** | Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement—see instructions ). . . . . . . . . . . . . | 2b | | |
| **c** | If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here ▶  20____ ,  20____ ,  20____ ,  20____ | | | |
| **3a** | Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year?. . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☑ No | | | |
| **b** | If "Yes," did it have excess business holdings in 2018 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969, **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest, or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period?(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2018 ). . . . . . . . . . . . . . . . . . . | 3b | | |
| **4a** | Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | 4a | | No |
| **b** | Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2018? | 4b | | No |

**Part VII-B**    **Statements Regarding Activities for Which Form 4720 May Be Required** *(continued)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| **5a** | During the year did the foundation pay or incur any amount to | | | | |
| | (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?    ☐ **Yes** ☑ **No** | | | | |
| | (2) Influence the outcome of any specific public election (see section 4955), or to carry on, directly or indirectly, any voter registration drive? . . . . . . . . . . . .   ☐ **Yes** ☑ **No** | | | | |
| | (3) Provide a grant to an individual for travel, study, or other similar purposes?    ☐ **Yes** ☑ **No** | | | | |
| | (4) Provide a grant to an organization other than a charitable, etc , organization described in section 4945(d)(4)(A)? See instructions. . . . . . . . . . . . . . .   ☐ **Yes** ☑ **No** | | | | |
| | (5) Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals? . . . .   ☐ **Yes** ☑ **No** | | | | |
| **b** | If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53 4945 or in a current notice regarding disaster assistance? See instructions . . . . . . | | **5b** | | |
| | Organizations relying on a current notice regarding disaster assistance check here. . . . . . . . . . ▶ ☐ | | | | |
| **c** | If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?. . . . . . . . . .   ☐ **Yes** ☐ **No** | | | | |
| | *If "Yes," attach the statement required by Regulations section 53 4945–5(d)* | | | | |
| **6a** | Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?. . . . . . . . . . . . . . . . . . . . .   ☐ **Yes** ☑ **No** | | | | |
| **b** | Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . | | **6b** | | No |
| | *If "Yes" to 6b, file Form 8870* | | | | |
| **7a** | At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction?   ☐ **Yes** ☑ **No** | | | | |
| **b** | If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? . . . . | | **7b** | | |
| **8** | Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment during the year? . . . . . . . . . . . . . . . .   ☐ **Yes** ☑ **No** | | | | |

**Part VIII**    **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors**

**1**    **List all officers, directors, trustees, foundation managers and their compensation. See instructions**

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation **(If not paid, enter -0-)** | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| See Additional Data Table | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**2**    **Compensation of five highest-paid employees (other than those included on line 1—see instructions). If none, enter "NONE."**

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total** number of other employees paid over $50,000. . . . . . . . . . . . . . . . . . ▶

**Part VIII**  **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** *(continued)*

**3   Five highest-paid independent contractors for professional services (see instructions). If none, enter "NONE".**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| WELLS FARGO ADVISORS | INVESTMENT MGMT | 68,468 |
| 555 E LANCASTER AVE 4TH FLOOR<br>RADNOR, PA  19087 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total** number of others receiving over $50,000 for professional services. . . . . . . . . . . . . . ▶ |

**Part IX-A**  **Summary of Direct Charitable Activities**

| List the foundation's four largest direct charitable activities during the tax year  Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc | Expenses |
|---|---|
| **1** | |
| **2** | |
| **3** | |
| **4** | |

**Part IX-B**  **Summary of Program-Related Investments** (see instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| **1** | |
| **2** | |
| All other program-related investments  See instructions<br>**3** | |
| **Total.** Add lines 1 through 3        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | |

| **Part X** | **Minimum Investment Return** (All domestic foundations must complete this part  Foreign foundations,see instructions ) | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc , purposes | | |
| a | Average monthly fair market value of securities. . . . . . . . . . . . . . . . . . . . . . | 1a | 13,190,486 |
| b | Average of monthly cash balances. . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | 1,261,087 |
| c | Fair market value of all other assets (see instructions). . . . . . . . . . . . . . . . . . . | 1c | 2,668,750 |
| d | **Total** (add lines 1a, b, and c). . . . . . . . . . . . . . . . . . . . . . . . . . . | 1d | 17,120,323 |
| e | Reduction claimed for blockage or other factors reported on lines 1a and | | |
| | 1c (attach detailed explanation). . . . . . . . . . . . . .   | 1e | | |
| 2 | Acquisition indebtedness applicable to line 1 assets. . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Subtract line 2 from line 1d. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 17,120,323 |
| 4 | Cash deemed held for charitable activities  Enter 1 1/2% of line 3 (for greater amount, see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 256,805 |
| 5 | **Net value of noncharitable-use assets.** Subtract line 4 from line 3  Enter here and on Part V, line 4 | 5 | 16,863,518 |
| 6 | **Minimum investment return.** Enter 5% of line 5. . . . . . . . . . . . . . . . . . . | 6 | 843,176 |

| **Part XI** | **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part ) | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6. . . . . . . . . . . . . . . . . . . . . | 1 | 843,176 |
| 2a | Tax on investment income for 2018 from Part VI, line 5. . . . . . .   | 2a | 10,987 | | |
| b | Income tax for 2018  (This does not include the tax from Part VI ). . .   | 2b | | | |
| c | Add lines 2a and 2b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2c | 10,987 |
| 3 | Distributable amount before adjustments  Subtract line 2c from line 1. . . . . . . . . . . . . | 3 | 832,189 |
| 4 | Recoveries of amounts treated as qualifying distributions. . . . . . . . . . . . . . . . . | 4 | |
| 5 | Add lines 3 and 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 832,189 |
| 6 | Deduction from distributable amount (see instructions). . . . . . . . . . . . . . . . . . | 6 | |
| 7 | **Distributable amount** as adjusted  Subtract line 6 from line 5  Enter here and on Part XIII, line 1. . . | 7 | 832,189 |

| **Part XII** | **Qualifying Distributions** (see instructions) | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc , purposes | | |
| a | Expenses, contributions, gifts, etc —total from Part I, column (d), line 26. . . . . . . . . . . | 1a | 3,859,048 |
| b | Program-related investments—total from Part IX-B. . . . . . . . . . . . . . . . . . . | 1b | 0 |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc , purposes. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0 |
| 3 | Amounts set aside for specific charitable projects that satisfy the | | |
| a | Suitability test (prior IRS approval required). . . . . . . . . . . . . . . . . . . . . | 3a | 0 |
| b | Cash distribution test (attach the required schedule). . . . . . . . . . . . . . . . . . | 3b | 0 |
| 4 | **Qualifying distributions.** Add lines 1a through 3b  Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 3,859,048 |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income  Enter 1% of Part I, line 27b  See instructions. . . . . . . . . . . . . . . . . . . | 5 | 10,987 |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4. . . . . . . . . . . . . . | 6 | 3,848,061 |
| | **Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years | | |

| | | (a)<br>Corpus | (b)<br>Years prior to 2017 | (c)<br>2017 | (d)<br>2018 |
|---|---|---|---|---|---|
| **1** | Distributable amount for 2018 from Part XI, line 7 | | | | 832,189 |
| **2** | Undistributed income, if any, as of the end of 2018 | | | | |
| **a** | Enter amount for 2017 only. . . . . . . | | | 0 | |
| **b** | Total for prior years　2016 , 2015 , 2014 | | 0 | | |
| **3** | Excess distributions carryover, if any, to 2018 | | | | |
| **a** | From 2013. . . . . . 　3,260,555 | | | | |
| **b** | From 2014. . . . . . 　4,676,227 | | | | |
| **c** | From 2015. . . . . . 　1,661,727 | | | | |
| **d** | From 2016. . . . . . 　3,680,848 | | | | |
| **e** | From 2017. . . . . . 　2,773,076 | | | | |
| **f** | **Total** of lines 3a through e. . . . . . . . . | 16,052,433 | | | |
| **4** | Qualifying distributions for 2018 from Part XII, line 4 ▶ $ _____ 3,859,048 | | | | |
| **a** | Applied to 2017, but not more than line 2a | | | 0 | |
| **b** | Applied to undistributed income of prior years (Election required—see instructions). . . . . | | | | |
| **c** | Treated as distributions out of corpus (Election required—see instructions). . . . . . . . . | | | | |
| **d** | Applied to 2018 distributable amount. . . . . | | | | 832,189 |
| **e** | Remaining amount distributed out of corpus | 3,026,859 | | | |
| **5** | Excess distributions carryover applied to 2018 | | | | |
| | *(If an amount appears in column (d), the same amount must be shown in column (a) )* | | | | |
| **6** | **Enter the net total of each column as indicated below:** | | | | |
| **a** | Corpus Add lines 3f, 4c, and 4e Subtract line 5 | 19,079,292 | | | |
| **b** | Prior years' undistributed income Subtract line 4b from line 2b . . . . . . . . . . . | | 0 | | |
| **c** | Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed. . . . . | | | | |
| **d** | Subtract line 6c from line 6b Taxable amount —see instructions . . . . . . . . . . . | | 0 | | |
| **e** | Undistributed income for 2017 Subtract line 4a from line 2a Taxable amount—see instructions . . . . . . . . . . . . . . | | | 0 | |
| **f** | Undistributed income for 2018 Subtract lines 4d and 5 from line 1 This amount must be distributed in 2019 . . . . . . . . . . | | | | 0 |
| **7** | Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required - see instructions) . . . . . . . | | | | |
| **8** | Excess distributions carryover from 2013 not applied on line 5 or line 7 (see instructions) . . . | 3,260,555 | | | |
| **9** | **Excess distributions carryover to 2019.** Subtract lines 7 and 8 from line 6a . . . . . . | 15,818,737 | | | |
| **10** | Analysis of line 9 | | | | |
| **a** | Excess from 2014. . . . 　4,676,227 | | | | |
| **b** | Excess from 2015. . . . 　1,661,727 | | | | |
| **c** | Excess from 2016. . . . 　3,680,848 | | | | |
| **d** | Excess from 2017. . . . 　2,773,076 | | | | |
| **e** | Excess from 2018. . . . 　3,026,859 | | | | |

| **Part XIV** | **Private Operating Foundations** (see instructions and Part VII-A, question 9) |
|---|---|

**1a** If the foundation has received a ruling or determination letter that it is a private operating
foundation, and the ruling is effective for 2018, enter the date of the ruling . . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| | Tax year | | Prior 3 years | | (e) Total |
|---|---|---|---|---|---|
| **2a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . . . . | **(a)** 2018 | **(b)** 2017 | **(c)** 2016 | **(d)** 2015 | |
| **b** 85% of line 2a . . . . . . . . . | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed . . . . . | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities Subtract line 2d from line 2c . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon | | | | | |
| **a** "Assets" alternative test—enter | | | | | |
| **(1)** Value of all assets . . . . . . | | | | | |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed. . . | | | | | |
| **c** "Support" alternative test—enter | | | | | |
| **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii). . . . | | | | | |
| **(3)** Largest amount of support from an exempt organization | | | | | |
| **(4)** Gross investment income | | | | | |

| **Part XV** | **Supplementary Information (Complete this part only if the foundation had $5,000 or more in assets at any time during the year—see instructions.)** |
|---|---|

**1** **Information Regarding Foundation Managers:**
 **a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000) (See section 507(d)(2) )
 **b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest

**2** **Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds If the foundation makes gifts, grants, etc to individuals or organizations under other conditions, complete items 2a, b, c, and d See instructions

 **a** The name, address, and telephone number or email address of the person to whom applications should be addressed

 **b** The form in which applications should be submitted and information and materials they should include

 **c** Any submission deadlines

 **d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors

**Part XV**  **Supplementary Information** (continued)

**3**    **Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a**  *Paid during the year*<br>See Additional Data Table | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | |
| **b**  *Approved for future payment*<br>HOLLAND CHRISTIAN SCHOOLS<br>956 OTTAWA AVE<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 1,350,000 |
| HOLLAND MUSEUM<br>31 WEST 10TH STREET<br>HOLLAND, MI  494233101 | NONE | PC | OPERATING SUPPORT | 25,000 |
| JOURNEY ACADEMY<br>161 SPAULDING AVE<br>ADA, MI  49301 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | |

## Part XVI-A    Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See instructions ) |
|---|---|---|---|---|---|
| | **(a)** Business code | **(b)** Amount | **(c)** Exclusion code | **(d)** Amount | |
| **1** Program service revenue | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| **g** Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments. | | | | | |
| **3** Interest on savings and temporary cash investments | | | 14 | 120,861 | |
| **4** Dividends and interest from securities. | | | 14 | 262,494 | |
| **5** Net rental income or (loss) from real estate | | | | | |
| **a** Debt-financed property. | | | | | |
| **b** Not debt-financed property. | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income. | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory | | | 18 | 806,633 | |
| **9** Net income or (loss) from special events | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | |
| **11** Other revenue | | | | | |
| **a** MISCELLANEOUS INCOME | | | 01 | 24 | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| **12** Subtotal  Add columns (b), (d), and (e). | | | | 1,190,012 | |
| **13  Total.** Add line 12, columns (b), (d), and (e). | | | | **13** | 1,190,012 |

(See worksheet in line 13 instructions to verify calculations )

## Part XVI-B    Relationship of Activities to the Accomplishment of Exempt Purposes

**Line No.**
▼

Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes)  (See instructions )

**Part XVII** | **Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations**

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501 (c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | | | |
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of | | | | | |
|   **(1)** Cash. | | | 1a(1) | | No |
|   **(2)** Other assets. | | | 1a(2) | | No |
| **b** Other transactions | | | | | |
|   **(1)** Sales of assets to a noncharitable exempt organization. | | | 1b(1) | | No |
|   **(2)** Purchases of assets from a noncharitable exempt organization. | | | 1b(2) | | No |
|   **(3)** Rental of facilities, equipment, or other assets. | | | 1b(3) | | No |
|   **(4)** Reimbursement arrangements. | | | 1b(4) | | No |
|   **(5)** Loans or loan guarantees. | | | 1b(5) | | No |
|   **(6)** Performance of services or membership or fundraising solicitations. | | | 1b(6) | | No |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees. | | | 1c | | No |

**d** If the answer to any of the above is "Yes," complete the following schedule  Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation  If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received

| (a) Line No | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations
described in section 501(c) (other than section 501(c)(3)) or in section 527? . . . . . . . . . . . . . ☐ Yes  ☑ No

**b** If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

| Sign Here ▶ | ****** | 2018-09-15 | ****** | May the IRS discuss this return with the preparer shown below (see instr )? ☑ **Yes** ☐ **No** |
|---|---|---|---|---|
| | Signature of officer or trustee | Date | Title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ | PTIN P00238135 |
|---|---|---|---|---|---|
| | Daniel Fuller | | | | |
| | Firm's name ▶  BDO USA LLP | | | | Firm's EIN ▶ |
| | Firm's address ▶  200 OTTAWA AVE NW STE 300 GRAND RAPIDS, MI  49503 | | | | Phone no  (616) 774-7000 |

**Form 990PF Part VIII Line 1 - List all officers, directors, trustees, foundation managers and their compensation**

| (a) Name and address | Title, and average hours per week (b) devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | Expense account, (e) other allowances |
|---|---|---|---|---|
| ELSA D PRINCE BROEKHUIZEN<br><br>190 S RIVER AVE STE 300<br>HOLLAND, MI 49423 | PRESIDENT<br>1 0 | 0 | 0 | 0 |
| ERIK D PRINCE<br><br>36863 HOMEWOOD LANE<br>MIDDLEBURG, VA 20118 | DIRECTOR<br>1 0 | 0 | 0 | 0 |
| EMILIE WIERDA<br><br>3800 60TH ST<br>HOLLAND, MI 49423 | DIRECTOR<br>1 0 | 0 | 0 | 0 |
| EILEEN ELLENS<br><br>670 OLD ORCHARD ROAD<br>HOLLAND, MI 49423 | DIRECTOR<br>1 0 | 0 | 0 | 0 |
| ALLAN HOEKSTRA<br><br>190 S RIVER AVE STE 300<br>HOLLAND, MI 49423 | SECRETARY/TREASURER<br>1 0 | 0 | 0 | 0 |
| RENSSELAER O BROEKHUIZEN<br><br>190 S RIVER AVE STE 300<br>HOLLAND, MI 49423 | DIRECTOR<br>1 0 | 0 | 0 | 0 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| HAGGAI INSTITUTE<br>4725 PEACHTREE CORNERS CIRCLE<br>NORCORSS, GA  30092 | NONE | PC | OPERATING SUPPORT | 600,000 |
| RIDGE POINT COMMUNITY CHURCH<br>340 140TH AVE<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 75,000 |
| HOLLAND CHRISTIAN SCHOOLS<br>956 OTTAWA AVE<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 180,250 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| POTTER'S HOUSE CHRISTIAN SCHOOL<br>810 VAN RAALTE DR SW<br>WYOMING, MI 49509 | NONE | PC | OPERATING SUPPORT | 62,500 |
| BETHANY CHRISTIAN SERVICES<br>901 EASTERN AVE NE<br>PO BOX 294<br>GRAND RAPIDS, MI 49501 | NONE | PC | OPERATING SUPPORT | 500,000 |
| FAMILY RESEARCH COUNCIL<br>801 G STREET NW<br>WASHINGTON, DC 20001 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| PRISON FELLOWSHIP MINISTRIES<br>PO BOX 1550<br>MERRIFIELD, VA  221161550 | NONE | PC | OPERATING SUPPORT | 95,000 |
| LIFE INTERNATIONAL72 RANSOM NE<br>GRAND RAPIDS, MI  495033217 | NONE | PC | OPERATING SUPPORT | 20,000 |
| CHRISTIAN LEADERS INSTITUTE<br>614 FULTON STREET<br>GRAND RAPIDS, MI  49417 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| EVERGREEN COMMONS<br>480 STATE STREET<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 75,000 |
| MISSION EURASIAPO BOX 496<br>WHEATON, IL  60187 | NONE | PC | OPERATING SUPPORT | 50,000 |
| WORLD RENEW2852 KALAMAZOO SE<br>GRAND RAPIDS, MI  49424 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| KUYPER COLLEGE<br>3333 EAST BELTLINE NE<br>GRAND RAPIDS, MI 49525 | NONE | PC | OPERATING SUPPORT | 35,000 |
| LEADING THE WAYPO BOX 20100<br>ATLANTA, GA 30325 | NONE | PC | OPERATING SUPPORT | 50,000 |
| LIFE FOCUS201 W LAKE ST<br>CHICAGO, IL 60606 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| ACTON INSITUTE98 E FULTON STREET GRAND RAPIDS, MI 49503 | NONE | PC | OPERATING SUPPORT | 30,000 |
| AMERICAN VALUES 2800 SHIRLINGTON RD ARLINGTON, VA 49509 | NONE | PC | OPERATING SUPPORT | 30,000 |
| FREEDOM ALLIANCE 22570 MARKEY COURT DULLES, VA 20166 | NONE | PC | OPERATING SUPPORT | 30,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| GATEWAYS TO BETTER EDUCATION<br>PO BOX 514<br>LAKE FOREST, CA  926090514 | NONE | PC | OPERATING SUPPORT | 30,000 |
| GEORGETOWN HARMONY HOMES<br>8393 10TH AVE<br>JENISON, MI  49428 | NONE | PC | OPERATING SUPPORT | 50,000 |
| HOSPICE OF HOLLAND<br>270 HOOVER BLVD<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| OPEN DOORSPO BOX 27001<br>SANTA ANA, CA 92799 | NONE | PC | OPERATING SUPPORT | 30,000 |
| KEYS FOR KIDS2060 43RD ST SE<br>GRAND RAPIDS, MI 49508 | NONE | PC | OPERATING SUPPORT | 10,000 |
| HOLLAND TULIP TIME FESTIVAL<br>74 W 8TH STREET<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| AMERICAN HEART ASSOCIATION<br>7272 GREENVILLE AVE<br>DALLAS, TX  75231 | NONE | PC | OPERATING SUPPORT | 10,000 |
| ARTPRIZE41 SHELDON BLVD SE<br>GRAND RAPIDS, MI  49503 | NONE | PC | OPERATING SUPPORT | 25,000 |
| HOLLAND MUSEUM<br>31 WEST 10TH STREET<br>HOLLAND, MI  494233101 | NONE | PC | OPERATING SUPPORT | 25,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| INTERNATIONAL AID17011 HICKORY ST SPRING LAKE, MI 49456 | NONE | PC | OPERATING SUPPORT | 20,000 |
| MEDIA RESEARCH CENTER 1900 CAMPUS COMMONS DRIVE STE 600 RESTON, VA 20191 | NONE | PC | OPERATING SUPPORT | 25,000 |
| YOUNG LIVES293 N 145TH AVE HOLLAND, MI 49424 | NONE | PC | OPERATING SUPPORT | 50,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| 70 X 7 LIFE RECOVERY97 W 22ND ST HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 20,000 |
| CHRISTIAN LEARNING CENTER 4340 BURLINGAME SW WYOMING, MI 495093770 | NONE | PC | OPERATING SUPPORT | 25,000 |
| COUNCIL FOR NATIONAL POLICY 1411 K STREET NW SUITE 601 WASHINGTON, DC 20005 | NONE | PC | OPERATING SUPPORT | 15,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| PARTNERS IN HOUSING<br>906 S DIVISION AVE SUITE 205<br>GRAND RAPIDS, MI  49507 | NONE | PC | OPERATING SUPPORT | 40,000 |
| RIGHT TO LIFE OF MICHIGAN<br>2340 PORTER ST SW<br>PO BOX 901<br>GRAND RAPIDS, MI  495090901 | NONE | PC | OPERATING SUPPORT | 25,000 |
| ZUNI CHRISTIAN MISSION SCHOOL<br>PO BOX 445<br>ZUNI, NM  87327 | NONE | PC | OPERATING SUPPORT | 20,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| COMPASSIONATE HEART MINISTRIES<br>100 PINE ST 150<br>ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 15,000 |
| HOLLAND DEACON'S CONFERENCE<br>224 W 30TH ST<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 20,000 |
| INTERCOLLEGIATE STUDIES INSTITUTE INC<br>3901 CENTERVILLE ROAD<br>WILMINTON, DE 19807 | NONE | PC | OPERATING SUPPORT | 15,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| KIDS HOPE USA100 S PINE STREET ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 20,000 |
| WEDGEWOOD CHRISTIAN YOUTH & FAMILY SERVICES 3300 36TH STREET SE GRAND RAPIDS, MI 49512 | NONE | PC | OPERATING SUPPORT | 30,000 |
| WORDS OF HOPE700 BALL AVE NE GRAND RAPIDS, MI 49503 | NONE | PC | OPERATING SUPPORT | 20,500 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| YOUNG LIFE CAPERNAUMPO BOX 520<br>COLORADO SPRINGS, CO 809010520 | NONE | PC | OPERATING SUPPORT | 10,000 |
| BARNABAS MINISTRIES<br>9479 RILEY ST 200<br>ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 10,000 |
| BIBLE LEAGUE1 BIBLE LEAGUE PLAZA<br>CRETE, IL 60417 | NONE | PC | OPERATING SUPPORT | 10,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| CENTER FOR MILITARY READINESS<br>PO BOX 51600<br>LIVONIA, MI  48151 | NONE | PC | OPERATING SUPPORT | 15,000 |
| LEADERSHIP INSTITUTE<br>STEVE PJ WOOD BUILDING<br>1101 NORTH HIGHLAND STREET<br>ARLINGTON, VA  22201 | NONE | PC | OPERATING SUPPORT | 15,000 |
| MACKINAC CENTER FOR PUBLIC POLICY<br>140 WEST MAIN STREET<br>PO BOX 568<br>MIDLAND, MI  48640 | NONE | PC | OPERATING SUPPORT | 10,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| SILVER RING THING<br>238 MOON CLINTON RD STE 9<br>MOON TWP, PA  15108 | NONE | PC | OPERATING SUPPORT | 10,000 |
| SPECTRUM HEALTH FOUNDATION<br>100 MICHIGAN STREET NE<br>GRAND RAPIDS, MI  49503 | NONE | PC | OPERATING SUPPORT | 160,000 |
| STARLIGHT MINISTRIES<br>3376 CENTRAL BLVD<br>HUDSONVILLE, MI  49426 | NONE | PC | OPERATING SUPPORT | 20,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| WEST MICHIGAN AVIATION ACADEMY<br>5363 44TH STREET SE<br>GRAND RAPIDS, MI 49512 | NONE | PC | OPERATING SUPPORT | 12,500 |
| WOMEN'S RIGHTS WITHOUT FRONTIERS<br>722 DULANEY VALLEY ROAD STE 325<br>TOWSON, MD 21204 | NONE | PC | OPERATING SUPPORT | 10,000 |
| LOVE INC ALLEGAN COUNTYPO BOX 36<br>4621 135TH AVE<br>HAMILTON, MI 49419 | NONE | PC | OPERATING SUPPORT | 15,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| ALTERNATIVES PREGNANCY CARE CENTER<br>4200 WEST MICHIGAN AVE STE 100<br>KALAMAZOO, MI 49006 | NONE | PC | OPERATING SUPPORT | 10,000 |
| HOLLAND CHORALEPO BOX 1513<br>HOLLAND, MI 494221513 | NONE | PC | OPERATING SUPPORT | 5,000 |
| LUKE SOCIETY INC<br>3409 S GATEWAY BLVD 1000<br>SIOUX FALLS, SD 57106 | NONE | PC | OPERATING SUPPORT | 5,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| PREGNANCY RESOURCE CENTER<br>415 CHERRY STREET SE<br>GRAND RAPIDS, MI 495034601 | NONE | PC | OPERATING SUPPORT | 5,000 |
| PREGNANCY SERVICES OF GREATER LANSING<br>1045 E GRAND RIVER AVE<br>EAST LANSING, MI 48823 | NONE | PC | OPERATING SUPPORT | 5,000 |
| WESTERN THEOLOGICAL SEMINARY<br>101 E 13TH ST<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| AMERICANS UNITED FOR LIFE<br>2101 WILSON BOULEVARD SUITE 525<br>ARLINGTON, VA  22201 | NONE | PC | OPERATING SUPPORT | 2,500 |
| JOAN NICOLE PRINCE HOME<br>22 GLENVIEW DR<br>SCOTIA, NY  12302 | NONE | PC | OPERATING SUPPORT | 28,000 |
| TURNING POINTE SCHOOL OF DANCE<br>437 136TH AVE<br>HOLLAND, MI  49424 | NONE | PC | OPERATING SUPPORT | 1,500 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| ALLIANCE DEFENDING FREEDOM<br>15100 N 90TH STREET<br>SCOTTSDALE, AZ 85260 | NONE | PC | OPERATING SUPPORT | 100,000 |
| AMERICAN CANCER SOCIETY<br>250 WILLIAMS STREET NW<br>ATLANTA, GA 30303 | NONE | PC | OPERATING SUPPORT | 1,300 |
| AMERICAN PUBLIC RADIO<br>480 CEDAR STREET<br>ST PAUL, MN 55101 | NONE | PC | OPERATING SUPPORT | 35,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| AQUINAS COLLEGE<br>1607 ROBINSON RD SE<br>GRAND RAPIDS, MI 49506 | NONE | PC | OPERATING SUPPORT | 1,000 |
| BETHSHAN12927 S MONITOR AVE<br>PALOS HEIGHTS, IL 60463 | NONE | PC | OPERATING SUPPORT | 5,000 |
| BIG RED FOUNDATION<br>305 HOOVER BLVD STE 400<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 2,500 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| BUEN PASTOR MINISTRIES<br>111 W 13TH ST<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 2,500 |
| BUFFALO BILL CENTER OF THE WEST<br>720 SHERIDAN AVE<br>CODY, WY 82414 | NONE | PC | OPERATING SUPPORT | 500 |
| CARY CHRISTIAN CENTERPO BOX 57<br>CARY, MS 39054 | NONE | PC | OPERATING SUPPORT | 2,500 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a**  *Paid during the year* | | | | |
| CENTER FOR URBAN RENEWAL & EDUCATION<br>1317 F STREET NW SUITE 900<br>WASHINGTON, DC  20004 | NONE | PC | OPERATING SUPPORT | 40,000 |
| CODY RECREATION FOUNDATION<br>PO BOX 1531<br>CODY, WI  82414 | NONE | PC | OPERATING SUPPORT | 10,000 |
| COMPASS FILM ACADEMY<br>41 SHELDON BLVD SE<br>GRAND RAPIDS, MI  49503 | NONE | PC | OPERATING SUPPORT | 15,000 |
| Total .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶  **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| CONCERNED WOMEN FOR AMERICA<br>1000 N PAYNE STREET<br>ALEXANDRIA, VA 22314 | NONE | PC | OPERATING SUPPORT | 10,000 |
| CROSSROADS PRISON MINISTRIES<br>PO BOX 900<br>GRAND RAPIDS, MI 49509 | NONE | PC | OPERATING SUPPORT | 11,000 |
| DEAF OPPORTUNITY OUTREACH<br>135 N STATE ST 200<br>ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 50,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| ELIM CHRISTIAN SERVICES<br>13020 S CENTRAL AVE<br>CRESTWOOD, IL 60418 | NONE | PC | OPERATING SUPPORT | 5,000 |
| FOCUS ON THE FAMILY<br>8605 EXPLORER DR<br>COLORADO SPRINGS, CO 80920 | NONE | PC | OPERATING SUPPORT | 10,000 |
| GIDEON'S INTERNATIONAL<br>PO BOX 140800<br>NASHVILLE, TN 37214 | NONE | PC | OPERATING SUPPORT | 1,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| GRAND HAVEN CHRISTIAN SCHOOLS<br>1102 GRANT AVE<br>GRAND HAVEN, MI  49417 | NONE | PC | OPERATING SUPPORT | 15,000 |
| GRAND RAPIDS CHRISTIAN SCHOOLS<br>1508 ALEXANDER ST SE<br>GRAND RAPIDS, MI  49506 | NONE | PC | OPERATING SUPPORT | 5,000 |
| HOLLAND RESCUE MISSION<br>661 EAST 24TH ST SUITE 300<br>HOLLAND, MI  49423 | NONE | PC | OPERATING SUPPORT | 25,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| HOPE COLLEGE141 E 12TH ST HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 1,500 |
| HUDSONVILLE CHRISTIAN SCHOOLS 3435 OAK ST HUDSONVILLE, MI 49426 | NONE | PC | OPERATING SUPPORT | 10,000 |
| INSTITUTE OF WORLD POLITICS 1521 16TH ST NW WASHINGTON, DC 20036 | NONE | PC | OPERATING SUPPORT | 5,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| JOURNEY ACADEMY<br>161 SPAULDING AVE SE<br>ADA, MI 49301 | NONE | PC | OPERATING SUPPORT | 25,000 |
| JUDICIAL WATCH<br>425 THIRD STREET SW<br>WASHINGTON, DC 20024 | NONE | PC | OPERATING SUPPORT | 2,500 |
| LAKESHORE HABITAT FOR HUMANITY<br>12727 RILEY ST<br>HOLLAND, MI 49424 | NONE | PC | OPERATING SUPPORT | 50,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| LAKESHORE PREGNANCY CENTER<br>339 S RIVER AVE<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 5,000 |
| LIVE ACTION<br>2200 WILSON BLVD SUITE 102 PMB 111<br>ARLINGTON, VA 22201 | NONE | PC | OPERATING SUPPORT | 50,000 |
| OUTDOOR DISCOVERY CENTER<br>4214 56TH ST<br>HOLLAND, MI 49423 | NONE | PC | OPERATING SUPPORT | 50,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| PEOPLE HELPING PEOPLE OF PULLMAN INC<br>925 56TH ST<br>PULLMAN, MI 49450 | NONE | PC | OPERATING SUPPORT | 32,000 |
| PROTECT LIFE MICHIGANPO BOX 23042<br>LANSING, MI 48909 | NONE | PC | OPERATING SUPPORT | 15,000 |
| SPECIAL OLYMPICS OF MICHIGAN<br>CENTRAL MICHIGAN UNIVERSITY<br>MOUNT PLEASANT, MI 48859 | NONE | PC | OPERATING SUPPORT | 2,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| STUDENTS FOR LIFE OF AMERICA<br>4755 JEFFERSON DAVIS HIGHWAY<br>FREDERICKSBURG, VA  22408 | NONE | PC | OPERATING SUPPORT | 5,000 |
| SUMMIT MINISTRIESPO BOX 207<br>MANITOU SPRINGS, CO  80829 | NONE | PC | OPERATING SUPPORT | 25,000 |
| VAN ANDEL INSTITUTE<br>333 BOSTWICK AVE NE<br>GRAND RAPIDS, MI  49503 | NONE | PC | OPERATING SUPPORT | 1,000 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| WINGS HOME530 LINN ST<br>ALLEGAN, MI 49010 | NONE | PC | OPERATING SUPPORT | 2,000 |
| WINGS OF MERCY<br>100 S PINE ST SUITE 393<br>ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 250 |
| WINNING AT HOME300 S STATE ST<br>ZEELAND, MI 49464 | NONE | PC | OPERATING SUPPORT | 300,000 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 3,854,800 |

**Form 990PF Part XV Line 3 - Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| WORLD LITERACY FOUNDATION<br>PO BOX 44<br>GRANDVILLE, MI  49468 | NONE | PC | OPERATING SUPPORT | 10,000 |
| WORLD OF LIFE BAPTIST CHURCH<br>1900 N BAGLEY ST<br>ALPENA, MI  49707 | NONE | PC | OPERATING SUPPORT | 1,000 |
| YWAM OF MONTANA501 BLACKTAIL RD<br>LAKESIDE, MT  59922 | NONE | PC | OPERATING SUPPORT | 7,500 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 3,854,800 |

## TY 2018 Accounting Fees Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| ACCOUNTING FEES | 8,496 | 4,248 | | 4,248 |

**Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.**

## TY 2018 Depreciation Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

## TY 2018 Investments Corporate Bonds Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

**Investments Corporate Bonds Schedule**

| Name of Bond | End of Year Book Value | End of Year Fair Market Value |
|---|---|---|
| WELLS FARGO - SEE ATTACHED | 12,423,241 | 12,536,056 |

## TY 2018 Investments Corporate Stock Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

Investments Corporation Stock Schedule

| Name of Stock | End of Year Book Value | End of Year Fair Market Value |
|---|---|---|
| ALTIMA STOCK | 150,000 | |
| WELLS FARGO - SEE ATTACHED | 1,866 | 1,866 |

## TY 2018 Other Expenses Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

**Other Expenses Schedule**

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| NOTE MATCHING REDUCTION | 175,000 | | | |
| AGREEMENT | | | | |

## TY 2018 Other Income Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

**Other Income Schedule**

| Description | Revenue And Expenses Per Books | Net Investment Income | Adjusted Net Income |
|---|---|---|---|
| MISCELLANEOUS INCOME | 24 | | |

**Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.**

## TY 2018 Other
## Notes/Loans Receivable
## Long Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

| Borrower's Name | Relationship to Insider | Original Amount of Loan | Balance Due | Date of Note | Maturity Date | Repayment Terms | Interest Rate | Security Provided by Borrower | Purpose of Loan | Description of Lender Consideration | Consideration FMV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FAITH FAMILY FREEDOM LLC | | 3,500,000 | 2,450,000 | | | | 0 % | | | | |

## TY 2018 Other Professional Fees Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| INVESTMENT FEE | 68,468 | 68,468 | | |

## TY 2018 Taxes Schedule

**Name:** EDGAR AND ELSA PRINCE FOUNDATION

**EIN:** 38-2190330

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| FOREIGN TAXES PAID | 9,894 | 9,894 | | |

# EXHIBIT S

## to the Second Declaration
## of Matthew Cole

219537527

| SCC eFile | **2019 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 219537527 |
|---|---|---|

1.) CORPORATION NAME:

**TOWNVIEW PROPERTIES MANAGEMENT, INC.**

DUE DATE: **8/31/2019**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:

**BRETT MILLER**
**36789 HOMEWOOD LANE**
**MIDDLEBURG, VA**

SCC ID NO: **05441662**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**LOUDOUN COUNTY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS: 36789 HOMEWOOD LANE

CITY/ST/ZIP: MIDDLEBURG, VA 20117

7.) DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | x OFFICER | x DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | ERIK D PRINCE<br>PRES/CEO<br>23318 FOCCROFT ROAD<br>MIDDLEBURG, VA 20117 | | |

| | | x OFFICER | x DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | BRETT MILLER<br>VP/SEC/TREAS<br>36789 HOMEWOOD LANE<br>MIDDLEBURG, VA 20117 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ BRETT MILLER | BRETT MILLER, VP/SEC/TREAS | 9/3/2019 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

# EXHIBIT T

## to the Second Declaration

## of Matthew Cole

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/blackwater-founder-erik-prince-considering-wyoming-senate-bid-1507485496

POLITICS

# Blackwater Founder Erik Prince Considering Wyoming Senate Bid

Weighing Republican primary challenge to Sen. John Barrasso



Erik Prince at Blackwater Worldwide's Moyock, N.C., offices in 2008.
**PHOTO:** GERRY BROOME/ASSOCIATED PRESS

Associated Press
Updated Oct. 8, 2017 2:58 pm ET

WASHINGTON—Blackwater Worldwide founder Erik Prince is considering a Republican primary challenge to Wyoming Sen. John Barrasso, a senior member of the Senate GOP leadership team, in a race that could pit the party's establishment against insurgents fueled by allies of President Donald Trump.

Mr. Prince was in Wyoming this weekend to discuss a possible Senate campaign with family members and has been encouraged to run by Steve Bannon, a former top White House strategist to Mr. Trump, according to a person who spoke on condition of anonymity to describe the private deliberations.

Mr. Prince's potential candidacy was first reported by the New York Times. A Barrasso campaign spokesman declined to comment, and Mr. Prince didn't immediately comment on the report.

Following the Republican failure to scrap former President Barack Obama's health-care law, Mr. Bannon has been recruiting populist Republican Senate candidates to counter the influence of Senate Majority Leader Mitch McConnell, who has become the target of a simmering anti-incumbent mood. Mr. Barrasso is a close McConnell ally and would receive extensive support from the Senate GOP leader and the Senate Republicans' campaign arm in a competitive primary.

Mr. Trump has expressed his displeasure with Arizona Sen. Jeff Flake, who is seeking re-election next year, and the White House has encouraged primary challengers in the state. Mr. McConnell's ability to protect vulnerable Republican senators, meanwhile, has been thrown into question since Sen. Luther Strange's loss to conservative firebrand Roy Moore in a Senate GOP runoff in Alabama.

Mr. Prince, a former Navy SEAL, rose to prominence during the Iraq war when his private security company received lucrative government contracts and came under scrutiny when several Blackwater employees were involved in the shooting deaths of 14 civilians in Baghdad in 2007.

Mr. Prince is also the founder of Frontier Resource Group, a private-equity firm, and the brother of Education Secretary Betsy DeVos, the former chair of the Michigan Republican Party.

The wealthy military contractor has maintained ties to Trump officials and contributed $250,000 to the Trump campaign, the national party and a pro-Trump super PAC led by Rebekah Mercer, a top Republican donor and confidante of Mr. Bannon.

Mr. Prince was approached by some Trump advisers during the summer to develop proposals for Afghanistan to gradually swap out U.S. troops and put military contractors in their place. That plan wasn't adopted by Mr. Trump and his military advisers.

To run for Senate, Mr. Prince would need to establish residency in Wyoming. He lives in Middleburg, Va., but his family owns a large ranch in the state's Wapiti Valley and he has had an address in the area previously.

*—Copyright 2017 the Associated Press*

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

EXHIBIT U

to the Second Declaration

of Matthew Cole

**The New York Times** | https://nyti.ms/2y4Rneb

# Erik Prince, Blackwater Founder, Weighs Primary Challenge to Wyoming Republican

By <u>Jeremy W. Peters</u>, <u>Maggie Haberman</u> and <u>Glenn Thrush</u>

Oct. 8, 2017

WASHINGTON — Erik Prince, the founder of the security contractor Blackwater, is seriously considering a Republican primary challenge for a Senate seat in Wyoming, potentially adding a high-profile contender to a fledgling drive to oust establishment lawmakers with insurgents in the mold of President Trump.

Mr. Prince appears increasingly likely to challenge John Barrasso, a senior member of the Senate Republican leadership, according to people who have spoken to him in recent days. He has been urged to run next year by Stephen K. Bannon, who is leading the effort to shake up the Republican leadership with financial backing from the New York hedge fund billionaire Robert Mercer and his daughter Rebekah.

Over the weekend, Mr. Prince traveled to Wyoming with his family to explore ways to establish residency there, said one person who had spoken to him.

If he runs, Mr. Prince would face formidable obstacles in seeking to unseat Mr. Barrasso, a popular and genial but low-profile senator who will have the full backing of Senator Mitch McConnell, the majority leader, and the well-funded political committees loyal to him. Mr. Prince, who has never run for public office, has been a polarizing figure for years, as Blackwater faced a welter of ethical and legal problems over its work for the military in places like Iraq, including an episode in 2007 in which its employees killed 17 civilians in Baghdad.

While his ties to Wyoming are thin, the state is attractive to Mr. Prince because it has none of the personal political entanglements he would face in his home state of Michigan. Public records show that Mr. Prince, a former member of the Navy SEALs who has lived all over the world, had an address in Wapiti, Wyo., in the state's northwest corner, for several years in the late 1990s and early 2000s.

Though Mr. Prince carries baggage, Republicans have privately said that a primary challenge against a lawmaker like Mr. Barrasso is the kind they fear most: an out-of-the-blue run by a renegade from the right against a senator whose sin is not a lack of conservative credentials, but an association with Mr. McConnell and other party leaders.

Those anxieties became all the more serious late last month when Roy Moore, a conservative firebrand, defeated Senator Luther Strange, a McConnell ally, in an Alabama Republican primary. Allies of Mr. McConnell spent tens of millions of dollars defending Mr. Strange, but Mr. Moore won by nine percentage points.



Mr. Barrasso, center, will have the full backing of Senator Mitch McConnell, the majority leader, right.  Pete Marovich for The New York Times

The Prince campaign, if it materializes, would be just the kind of race that Mr. Bannon hopes to replicate across the country. With financing from the Mercers and their network of other conservative donors, Mr. Bannon is looking to build a political coalition that recruits people to run against Republican incumbents from Maine to Montana.

He has set his sights most immediately on states like Arizona, Nevada and Mississippi, where he believes a more populist, maverick-style conservative could threaten a sitting Republican senator. But he is also eyeing candidates to run for the Senate in Tennessee,

where the retirement of Bob Corker leaves an opening, and in Nebraska, where he believes that Senator Deb Fisher, a first-term Republican, is vulnerable.

In meeting with potential candidates, Mr. Bannon has emphasized one credential above all else, people who have spoken with him said. He wants to ensure they will commit to voting against Mr. McConnell for Republican leader.

Mr. Prince, 48, has strong ties to the Trump administration. He served as an informal adviser during the transition, and he is the brother of Betsy DeVos, the education secretary. He has told his sister that he would like to run against Mr. Barrasso, a person with knowledge of the conversation said.

In 1997, Mr. Prince founded Blackwater as a private, for-profit force to aid the military, and he is wealthy enough to self-finance his race. For months this year, Mr. Prince — with Mr. Bannon's support — pushed a plan to replace soldiers with contractors in Afghanistan. The proposal, which would have radically changed the way the fight in that country is conducted, was vehemently opposed by the national security adviser, Lt. Gen. H. R. McMaster, and the defense secretary, Jim Mattis.

Beyond his support of the use of contractors in war zones, Mr. Prince's views on political issues are less widely known. He has been described as a libertarian. In 1992, he supported Pat Buchanan's run for president.

Mr. Prince is emblematic of the type of parallel government apparatus that Mr. Bannon built inside the administration during his time as Mr. Trump's chief strategist. Mr. Bannon, with help from the Mercer family, is now trying to build the same kind of parallel structure inside the Republican Party. And Mr. Prince is not the only candidate on his wish list.

Mr. Bannon is expected to throw his support behind Chris McDaniel, a conservative state senator from Mississippi who is considering a primary challenge to United States Senator Roger Wicker, who has served since 2007 and is close to Republican leaders.

Mr. Bannon is also hoping to persuade Ann LePage, the wife of Maine's outspoken governor, Paul LePage, to run for the Republican nomination to challenge Senator Angus King, an independent who is up for re-election in 2018.

# EXHIBIT V

## to the Second Declaration

## of Matthew Cole

# Meet Erik Prince, former Navy SEAL and founder of the most notorious security contractor who Steve Bannon wants to run for Senate

*Brennan Weiss Oct 9, 2017, 4:06 PM*



Prince, 48, has already had a lengthy and controversial career in the political arena.
Susan Walsh/AP

The founder of one of the most controversial US government security contractors is seriously considering running for a Senate seat in Wyoming.

The New York Times reported on Sunday that Erik Prince, founder of the security contractor originally known as Blackwater, is eyeing a Republican primary challenge against Sen. John Barrasso, who will be up for reelection in the 2018 midterms.

Steve Bannon, the former White House senior adviser and current chairman of Breitbart News, has pushed Prince to run as part of his effort to replace "establishment" Republicans in Congress with people Bannon believes will support President Donald Trump's legislative agenda.

Prince, 48, has worked for and donated to numerous Republican candidates and causes, including Rep. Dana Rohrabacher of California and conservative Christian lobbying groups. He supported Trump's presidential run, contributing $250,000 to his campaign efforts.

Although he has never held public office, Prince's potential candidacy comes with significant baggage. Here's a look at his storied life and career thus far:

## Prince is from Michigan, but his work has taken him around the globe, from Virginia to the United Arab Emirates. The Princes are power players in the Michigan Republican Party, and prominent GOP donors at the national level.



Prince is seen at Blackwater's offices in Moyock, N.C., Monday, July 21, 2008
[Gerry Broome/AP](Gerry Broome/AP)

**Prince's sister is Betsy DeVos, the Secretary of Education and former chairwoman of the Michigan Republican Party. Her husband, Dick DeVos, the heir to the Amway fortune, ran for governor of Michigan in 2006 and lost.**



Betsy DeVos, Secretary of Education, sits with President Donald Trump.
Alex Wong/Getty Images

*Sources:* [*Business Insider*](), [*Politico*]()

**DeVos and Prince come from a wealthy family. Their father, Edgar Prince, founded what would become a $1 billion company, manufacturing a patent that he sold to General Motors.**



Former President George Bush, right, and Betsy DeVos, chairman of the Michigan Republican Party, answer reporters' questions Tuesday, Feb. 8, 2000, in Sterling Heights, Mich.
AP Photo/Paul Warner

**Their father was also heavily involved in founding the Family Research Council, a conservative group that often lobbies against gay marriage and abortion. Today, Erik Prince considers himself a libertarian.**



Retired Gen. William Boykin, left, and Family Research Council President Tony Perkins, right, listen as Republican presidential candidate Donald Trump speaks during a town hall in October 2016.
Evan Vucci/AP

*Sources: Politico, Family Research Council*

## His ties to Wyoming are thin, but public records show Prince had an address in the state in the late 1990s and early 2000s.



Prince traveled extensively around the world as a child and continued to do so
throughout his time as the CEO of Blackwater.
Linda Spillers/AP

*Source: The New York Times*

**After a brief stint at the US Naval Academy, Prince
graduated from Hillsdale College in Minnesota in 1992.
He then worked as an intern at the White House under
President George H.W. Bush.**



Prince joined the White House as a low-level intern after college.
<u>Gerry Broome/AP</u>

*Source: <u>The Hillsdale Collegian</u>*

**The internship made a lasting impression on him and ultimately led to him withdrawing support for Bush. He later told the Grand Rapids Press in an interview that he "saw a lot of things I didn't agree with — homosexual groups being invited in, the budget agreement, the Clean Air Act."**



Prince listens during a panel discussion on protecting people and physical security hosted by North Carolina Technology Association in June 2007.
Sara Davis/AP

*Source: The Hill*

## After working a bit in government, Prince went on to join the US Navy, eventually becoming a SEAL officer, conducting operations in Haiti, the Middle East, and the Balkans.



Prince was commissioned as an officer in the Navy through the Officer Candidate School.
Reuters

**He said Blackwater, which aimed to provide security training and support to the military and law enforcement organizations, "would do for the national security apparatus what FedEx did for the Postal Service."**



A US Army paratrooper watches as a Blackwater-affiliated aircraft flies overhead while dropping supplies in Paktika Province, Afghanistan, Nov 9.
US Army photo by Spc. Micah E. Clare

*Source: 2007 Blackwater Congressional Hearing testimony*

**Blackwater received billions of dollars in government contracts over the course of the following decade, and soon became the largest of the US State Department's three private security contractors.**



Prince in Blackwater's North Carolina offices in 2008.
Gerry Broome/AP

*Source: The Independent*

**But the higher profile brought more scrutiny. In 2007, Blackwater came under intense criticism after company employees opened fire on Iraqi civilians in Baghdad, killing 17 and injuring almost two dozen in what became known as the Nisour Square Massacre.**



Prince stands during a hearing on Capitol Hill in 2007.
[Mark Wilson/Getty](#)

*Source: [The Guardian](#)*

**Prince, who was not on the ground during the shooting, criticized the FBI's investigation into the matter and resisted claims that Blackwater guards were responsible. In 2014, a US court found four employees guilty of either manslaughter or first-degree murder.**



In this Oct. 2, 2007 file photo, Prince is sworn in on Capitol Hill to testify before the House Oversight Committee hearing examining Blackwater's mission and performance in Iraq and Afghanistan.
AP Photos/Susan Walsh, File

## A few years after the Nisour Square Massacre, it was revealed that Prince had been part of covert CIA assassination operations targeting terrorists.



Afghan Security police stand guard at the site of a truck bombing, in Kabul in 2016. Rahmat Gul/AP

*Source: Vanity Fair*

**In 2009, Prince resigned as Blackwater's CEO amid mounting legal troubles and criticism, including accusations of money laundering and brokering mercenary services to foreign governments. A year later, he sold Blackwater, now known as Academi.**



Prince testifies before the House Oversight and Government Reform Committee on security contracting in Iraq and Afghanistan.
REUTERS/Larry Downing

*Source:* [*The Intercept*](#)

## After Blackwater, Prince moved to Abu Dhabi in the United Arab Emirates to work on putting together a battalion of foreign troops for the country under the direction of the crown prince.



Prince holds a photograph of the remains of a blown up vehicle in Iraq during testimony on Capitol Hill.
Larry Downing/Reuters

*Source: The New York Times*

**At the time, The New York Times reported that the mission was intended to "conduct special operations inside and outside the country, defend ... from terrorist attacks and put down internal revolts", like the Arab Spring that swept the Middle East in 2010-11.**



Prince testifies during a House Oversight and Government Reform Committee hearing on Capitol Hill October 2, 2007 in Washington DC.
Mark Wilson/Getty

**Prince also helped launch a Blackwater video game in 2011. He said its goal was to "give players the chance to experience what it is like to be on a Blackwater team on a mission without being dropped into a real combat situation."**



Amazon

*Sources: Amazon, The Escapist*

**Prince later started work as a private equity investor in Africa, purchasing stakes in a diesel refinery project in South Sudan and two aviation companies in Kenya. Today, he works mostly on behalf of Chinese investors in the oil and gas sectors as the chairman and executive director of the China-based Frontier Services Group.**



Prince is escorted into the hearing room on Capitol Hill in 2007.
Susan Walsh/AP

*Source: Frontier Services Group*

**Back at home in the US, Prince has been an active Trump supporter. He even served as an informal adviser during the transition period.**



Prince contributed $250,000 to Donald Trump's presidential campaign in 2016.
Larry Downing/Reuters

*Source: The New York Times*

**In January, Prince reportedly attended a secret meeting with a confidant of President Vladimir Putin to establish a back-channel line of communication between Russia and Trump. Prince maintains the meeting had "nothing to do with President Trump."**



Robert Mueller (pictured) is investigating President Donald Trump's ties to Russia.
Prince is reportedly a part of that investigation.
Thomson Reuters

*Sources: [The Washington Post](), [Business Insider]()*

**Prince continues to make headlines. In August, he wrote a controversial op-ed in The New York Times calling for Trump to replace soldiers in Afghanistan with government contractors. The Commander in Chief has not yet taken the advice.**



Prince testifies on Capitol Hill in Washington, D.C.
AP Photos/Susan Walsh

*Source: [The New York Times](The New York Times)*

## He hasn't officially announced his candidacy for the Wyoming Senate seat, but Prince sure could make ripples if he does.



Prince identifies as a libertarian and has supported many conservative and Republican causes throughout his life.
Gerry Broome/AP





More: Features  erik prince  Blackwater  Steve Bannon