IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED

1:48 pm, 11/5/20

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| ERIK PRINCE,<br><br>    Plaintiff,<br><br>VS.<br><br>THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, and individual, and ALEX EMMONS, an individual,<br><br>    Defendants. | Case No. 20-CV-84-ABJ |

## ORDER ON SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court on Defendants' Motion to Dismiss. ECF No. 18. In Plaintiff's response, he raised the issue of transferring the case or permitting jurisdictional discovery in the event the Court has concerns about personal jurisdiction. ECF No. 23. Rather than having a hearing on these issues, due to the COVID-19 pandemic, the Court orders both parties to submit supplemental briefing on the issue of transfer and jurisdictional discovery. Plaintiff has until November 30, 2020 to file a supplemental brief on the issue and Defendants will have 14 days from the date of Plaintiff's filing to submit a response.

Dated this 5th day of November, 2020.

Alan B. Johnson
United States District Judge