IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



**FILED**

*3:00 pm, 1/15/21*

**Margaret Botkins
Clerk of Court**

ERIK PRINCE,

    Plaintiff,

VS.

THE INTERCEPT, et al.,

    Defendants.

Case No.  20-CV-84-ABJ

## JUDGMENT

Defendants filed a Motion to Dismiss. ECF Nos. 18 & 19. The Court has now entered an Order of Dismissal. It is therefore **ORDERED** and **ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

Dated this _15th_ day of January, 2021.

_____
Alan B. Johnson
United States District Judge